Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:   (760) 843-8155

James S. Terrell, Esq. (SBN 170409)
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:   (760) 952-1085

*Attorneys for Plaintiffs*, Christopher Urquijo, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 5:22-cv-02133-SSS-DTB <br><br> *Assigned to*: <br> Hon. District Judge Sunshine S. Sykes <br> Hon. Mag. Judge David T. Bristow <br><br> **PLAINTIFFS' NOTICE OF ASSOCIATION OF COUNSEL** |

**TO THIS HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Please take notice that Plaintiffs' counsel Sharon J. Brunner and James S. Terrell associate in this action attorneys Dale K. Galipo and Renee V. Masongsong of the Law Offices of Dale K. Galipo, in representation of all named Plaintiffs.

Mr. Galipo and Ms. Masongsong, and the Law Offices of Dale K. Galipo, are hereby authorized to file motions, receive notices, and make necessary court appearances. The contact information for the Law Offices of Dale K. Galipo is as follows:

Dale K. Galipo, Esq.
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq.
rvalentine@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818.347.3333 / Fax: 818.347.4118

DATED: August 22, 2024          LAW OFFICE OF SHARON J. BRUNNER

                                By:  *s/ Sharon J. Brunner*
                                Sharon J. Brunner
                                Attorney for Plaintiffs

DATED: August 22, 2024          LAW OFFICE OF JAMES S. TERRELL

                                By:  *s/ James S. Terrell*
                                James S. Terrell
                                Attorney for Plaintiffs

DATED: August 22, 2024          LAW OFFICES OF DALE K. GALIPO

                                By:  *s/ Dale K. Galipo*
                                Dale K. Galipo
                                Renee V. Masongsong
                                Attorney for Plaintiffs