AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased,
*Plaintiff(s)*

v.

STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.
*Defendant(s)*

Civil Action No. 5:22-cv-02133-SSS-KK

**SUMMONS IN A CIVIL ACTION** On Third Amended Complaint

To: *(Defendant's name and address)* Danielle Loftin, a nominal Defendant

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law office of James Terrell
JAMES TERRELL
15411 Anacapa Rd.
Victorville, CA 92392

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRIAN D. KARTH**
*CLERK OF COURT*

Date: 5-28-2024

*Signature of Clerk or*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:22-cv-02133-SSS-KK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Danielle Loftin, a nominal Defendant

was received by me on *(date)* August 29, 2024    .

☑ I personally served the summons on the individual at *(place)* 9901 Jay St. Adelanto, CA 92301
on *(date)* 08/29/2024    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20 for travel and $ 70 for services, for a total of $ 70.00 .

I declare under penalty of perjury that this information is true.

Date: 8/29/2024

*Server's signature*

Gordon Maine, PI #24890
*Printed name and title*

16391 Viho Road Apple Valley, CA 92307
*Server's address*

Additional information regarding attempted service, etc:
Served: Third Amended Complaint
Summons for Third Amended Complaint to Defendant Danielle, Loftin, a nominal Defendant
Civil Cover Sheet
Notice of Interested Parties
Notice of ADR
Notice of Assignment