1  ROB BONTA
   Attorney General of California
2  Donna M. Dean
   Supervising Deputy Attorney General
3  Mark A. Brown
   Deputy Attorney General
4  State Bar No. 143199
    300 S. Spring Street, Suite 1702
5   Los Angeles, CA 90013
    Telephone: (213) 269-6528
6   Fax:       (213) 731-2120
    E-mail: Douglas.Baxter@doj.ca.gov
7  *Attorneys for Defendant State of
   California (by and through the California
8  Highway Patrol), Nicholas Mercado, and Sergio
   Vasquez*

9

10               **IN THE UNITED STATES DISTRICT COURT**

11              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased,<br><br>                      Plaintiffs,<br>   v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, AND DOES 1-10,<br><br>                      Defendants. | Case No.: 5:22-cv-02133-SSS (DTBx)<br><br>**STIPULATED REQUEST FOR AN ORDER CONTINUING DISCOVERY, TRIAL AND PRE-TRIAL DATES**<br><br>Courtroom: 2<br>Judge: The Honorable Sunshine Suzanne Sykes<br>Trial Date: May 5, 2025<br>Action Filed: December 1, 2022 |

1

1  Plaintiffs Christopher Urquijo and Lori Meeks ("Plaintiffs") and Defendants
2  State of California, acting by and through the California Highway Patrol, Daniel
3  Howard, Nicholas Mercado, and Sergio Vasquez ("Defendants") (collectively "the
4  Parties"), through their respective counsel of record, hereby stipulate to this request
5  that the Court continue the Trial Date and Pre-Trial Dates (including discovery
6  deadlines) in this matter in order to efficiently organize damages discovery, engage
7  in mediation, and prepare final pre-trial papers. In support of this request, the
8  Parties set forth the facts below and further stipulate as follows:
9      1.) The Trial Date in this action is currently May 5, 2025, with a series of pre-
10 trial preparation dates between October 2024 and May 2025.
11     2.) The Parties previously requested an extension of the Trial and Pre-trial
12 dates, which the Court approved on March 18, 2024.  (Dkt 60.)
13     3.) The Parties have made considerable progress in handling this case since
14 the Court's initial Scheduling Order, following the Rule 26 proceedings. They
15 stipulated to a Protective Order in September 2023.  Defendants have subpoenaed
16 records from third parties.  Defendants State, Mercado, and Vasquez, served
17 requests for production of documents, and interrogatories on August 26, 2024, on
18 plaintiffs. The parties are in the process of scheduling depositions of Urquijo,
19 Meeks, Mercado, and Vasquez.
20     4.) Defendant Howard has filed a motion to dismiss, which was joined by
21 Mercado and Vasquez, on the grounds the action against those defendants is barred
22 by the statute of limitations. (Dkt. 72 and 75.)  Plaintiffs opposed the motion. (Dkt.
23 76). On July 16, 2024, the Court, on its own motion, took the motion off calendar
24 and under submission.  (Dkt 79.) Defendants contend that the resolution of this
25 motion on liability issues could either dispose or limit this action, or significantly
26 enhance the possibility that the parties reach a settlement.
27
28

5.) On August 29, 2024, plaintiffs completed service of summons and complaint on defendant Danielle Loftin. (Dkt. 85). Loftin has not yet made an appearance in this action.

6.) Fact discovery is scheduled to close on October 11, 2024. The parties are in the process of scheduling depositions for Urquijo, Meeks, Mercado, and Vasquez. Defendants State, Mercado, and Vasquez, served requests for production of documents, and interrogatories on August 26, 2024, on plaintiffs.

7). Counsel for the State, Mercado, and Vasquez, Deputy Attorney General Mark Brown, will be retiring on October 31, 2024. A new Deputy Attorney General will be assigned to the case and will need time to familiarize himself/herself with the issues raised in this action and the status of the litigation.

8). Dale Galipo and Renee Masongsong substituted in as counsel for plaintiffs Urquijo and Meeks on August 22, 2024. (Dkt. 81 and 82). Galipo and Masongsong will also need time to familiarize themselves with the issues raised in this action and the status of the litigation.

9.) Accordingly, the Parties now agree that the most efficient organization of this case is to continue the following phases: (i) fact discovery, (ii) expert discovery, (iii) completion of ADR, (iv) motion cutoff date, (v) Pre-trial preparations, and (vi) Trial.

10.) The Parties' counsel has reviewed their trial commitments in other matters with regard to the need for a continuance of the Trial and Pre-trial dates in this action. They have agreed that a continuation of the Trial Date in this action to February 17, 2026, is the most feasible solution.

11.) Because the case schedule has tight and inter-connected Pre-Trial Dates and deadlines, towards the existing May 5, 2025 Trial Date, the Parties request that each of the remaining discovery deadlines, Pre-Trial Dates, and the Trial Date, be continued by approximately 8 months. Below is a comparison of each of the current dates,

with the new dates requested by the Parties. The Pre-trial Conference would still be on a Friday, and the Trial Date would still be on a Monday.

|  | **CURRENT DATE:** | **REQUESTED DATE:** |
|---|---|---|
| Fast Discovery Cut-Off | 10/11/2025 | 7/18/2025 |
| Deadline for Initial Designation of Experts | 10/18/2024 | 7/25/2025 |
| Deadline for Designation of Rebuttal Experts | 11/1/2024 | 8/1/2025 |
| Expert Discovery Cutoff | 11/25/2024 | 8/15/2025 |
| Last Day to Hear Motions | 1/31/2025 | 11/7/2025 |
| Last Day to Conduct Settlement Conference | 2/21/2025 | 11/28/2025 |
| Final Pretrial Conference | 4/18/2025 | 1/23/2026 |
| Jury Trial | 5/5/2025 | 2/17/2026 |

12.) If either or both of the requested Trial Date or Pre-Trial Conference Date are incompatible with the Court's calendar, then the Parties respectfully request that the Court set the next dates that it has available for the Trial and Pre-Trial Conference in this action. The Parties could then meet and confer and present a stipulation to the Court concerning the setting of the other pre-trial dates and deadlines.

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | Dated: September 10, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | DONNA M. DEAN<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /S/ MARK BROWN |
| 6 | | MARK A. BROWN<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendant State of California (by and through the California Highway Patrol), Nicholas Mercado, and Sergio Vasquez* |
| 8 | | |
| 9 | | |
| 10 | Dated: September 10, 2024 | LAW OFFICE OF JAMES TERRELL<br>LAW OFFICE OF SHARON J. BRUNNER |
| 11 | | |
| 12 | | /S/ JAMES TERRELL |
| 13 | | James S. Terrell, Esq.<br>*Attorney for Plaintiffs Christopher Urquijo, and Sergio Vasquez* |
| 14 | | |
| 15 | Date: September 10, 2024 | LAW OFFICES OF DALE K. GALIPO |
| 16 | | /s/ Renee Masongsong |
| 17 | | Renee V. Masongsong, Esq.<br>*Attorneys for Plaintiffs Christopher Urquijo, and Lori Meeks* |
| 18 | | |
| 19 | Dated: September 10, 2024 | DEAN GAZZO ROISTACHER LLP |
| 20 | | /s/ Lee Roistacher |
| 21 | | Lee H. Roistacher, Esq.<br>*Attorney for Defendant Daniel Howard* |

5

**STIPULATION SIGNATURE CERTIFICATION**

I, Mark A. Brown, by my signature below, certify that the content of this document is acceptable to all named counsel above and that I have obtained authorization from counsel to affix their electronic signatures to this document.

Dated: September 10, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General


*/s/ Mark Brown*
MARK A. BROWN
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol), Nicholas Mercado, and Sergio Vasquez*

67059959.docx