IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased,<br><br>                Plaintiffs,<br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, AND DOES 1-10,<br><br>                Defendants. | Case No.: 5:22-cv-02133-SSS (DTBx)<br><br>**[PROPOSED] ORDER RE: STIPULATION TO CONTINUE DISCOVERY, TRIAL AND PRE-TRIAL DATES**<br><br>Courtroom:  2<br>Judge:  The Honorable Sunshine Suzanne Sykes<br>Trial Date:  May 5, 2025<br>Action Filed: December 1, 2022 |

    The Court has reviewed and considered the Stipulation by Plaintiffs Christopher Urquijo and Lori Meeks ("Plaintiffs") and Defendants State of California, Nicolas Mercado, Sergio Vasquez, and Daniel Howard ("Defendants")

1

for an Order Continuing Discovery, Trial, and Pre-Trial Dates in this action. (Dkt 82.)

The Court, having considered the stipulation and finding good cause, hereby GRANTS the stipulation. The new deadlines are set forth in the Scheduling Order Chart filed with this Order.

All deadlines established by this prior Order (Dkt. 60) are hereby vacated.

**IT IS SO ORDERED**.

Dated: September \_\_\_\_, 2024

                                              _____
                                              Sunshine Suzanne Sykes
                                              United States District Court Judge