IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased,<br><br>                              Plaintiffs,<br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, AND DOES 1-10,<br><br>                              Defendants. | Case No.: 5:22-cv-02133-SSS (DTBx)<br><br>**ORDER RE: STIPULATION TO CONTINUE DISCOVERY, TRIAL AND PRE-TRIAL DATES**<br><br>Courtroom: 2<br>Judge: The Honorable Sunshine Suzanne Sykes<br>Trial Date: May 5, 2025<br>Action Filed: December 1, 2022 |

The Court has reviewed and considered the Stipulation by Plaintiffs Christopher Urquijo and Lori Meeks ("Plaintiffs") and Defendants State of California, Nicolas Mercado, Sergio Vasquez, and Daniel Howard ("Defendants")

1  for an Order Continuing Discovery, Trial, and Pre-Trial Dates in this action. (Dkt
2  82.)
3      The Court, having considered the stipulation and finding good cause, hereby
4  GRANTS the stipulation. The new deadlines are set forth in the Scheduling Order
5  Chart filed with this Order.
6      All deadlines established by this prior Order (Dkt. 60) are hereby vacated.

8  **IT IS SO ORDERED**.
9  Dated: September 16, 2024

                              Sunshine Suzanne Sykes
                              United States District Court Judge

# DISTRICT JUDGE SUNSHINE SYKES
# AMENDED SCHEDULE OF PRETRIAL AND TRIAL DATES

| Case No.: 5:22-cv-02133-SSS-DTBx | Case Name: | *Urquijo, et al. v. State of California ,et al* | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** <br> **Note:** Trial shall begin on Mondays at 9:00 a.m. Final Pretrial Conference shall be on Fridays at 1:00 p.m. | | **Original Date** | **Time Computation**[1] | **Amended Date** |
| Trial | | 5/5/2025 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: _ Days | **Monday at 9:00 a.m.** | 2/23/2026 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: 5 Days |
| Final Pretrial Conference ("FPTC") [L.R. 16] | | 4/18/2025 | **Friday at 1:00pm at least 17 days before trial** | 1/23/2026 |
| **Event** <br> **Note:** All deadlines shall be on Fridays. Hearings shall be on Fridays at 2:00 p.m. | | **Original Date** | **Time Computation** | **Amended Date** |
| Last Date to <u>Hear</u> Motion to Amend Pleadings or Add Parties | | 10/13/2023 | **6 weeks after Scheduling Conference** | 10/13/2023 |
| Fact Discovery Cut-Off <br> (no later than deadline for filing dispositive motions) | | 10/11/204 | **27 weeks before FPTC** | 7/18/2025 |
| Expert Disclosure (Initial) | | 10/18/2024 | **26 weeks before FPTC** | 7/25/2025 |
| Expert Disclosure (Rebuttal) | | 11/1/2024 | **24 weeks before FPTC** | 8/1/2025 |
| Expert Discovery Cut-Off | | 11/25/2024 | **22 weeks before FPTC** | 8/15/2025 |
| Last Date to <u>Hear</u> Motions <br> • Rule 56 Motions are due at least 7 weeks before hearing; Rule 56 Opposition due at least 5 weeks before hearing; Rule 56 Reply due at least 4 weeks before hearing. <br> • Briefing deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | | 1/31/2025 | **11 weeks before FPTC** | 11/7/2025 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | | 2/21/2025 <br> ☐ 1. Magistrate Judge <br> ☐ 2. Court Mediation Panel <br> ☐ 3. Private Mediation | **8 weeks before FPTC** | 11/28/225 <br> ☒ 1. Magistrate Judge <br> ☐ 2. Court Mediation Panel <br> ☐ 3. Private Mediation |

---

[1] Any date the parties propose, absent good cause, should be consistent with the Court's preferred timeline.

| | | | |
|---|---|---|---|
| Deadline to File Motions in Limine | 3/7.2025 | **6 weeks before FPTC** | 12/12/2025 |
| Deadline for Oppositions to Motions in Limine | 3/21/2025 | **4 weeks before FPTC** | 12/26/2025 |
| <u>Trial Filings</u> (first round)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 3/21/2025 | **4 weeks before FPTC** | 12/26/2025 |
| <u>Trial Filings</u> (second round)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 4/4/2025 | **2 weeks before FPTC** | 1/9/2026 |
| Hearing on Motions in Limine | 4/11/2025 | **1 week before FPTC** | 1/16/2026 |