LAW OFFICE OF JAMES S. TERRELL
James S. Terrell, Esq. (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Telephone: (760) 951-5850
Facsimile:  (760) 952-1085
Email: jim@talktoterrell.com
Attorney(s) for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br>　　　　　Plaintiffs,<br>　　vs.<br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br>　　　　　Defendants. | Case Number: 5:22-cv-02133-SSS-KK<br><br>Hon. Sunshine Suzanne Sykes<br><br>**Request for Clerk's Entry of Default** |

To the Clerk of the United District Court for the Central District of California:

**Request for Clerk's Entry of Default**
- 1 -

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Christopher Urquijo, et al., respectfully requests a Clerk's Entry of Default against Danielle Loftin, a nominal Defendant.

The basis for this request is that Defendant Danielle Loftin failed to plead as provided by the Federal Rules of Civil Procedure. Defendants' default is clear from the court file relevant hereto and from the attached declaration of James S. Terrell

Dated: October 4, 2024.

**LAW OFFICE OF SHARON J. BRUNNER**
**LAW OFFICE OF JAMES S. TERRELL**
**LAW OFFICE OF DALE K. GALIPO**

_/s/ James S. Terrell_
SHARON J. BRUNNER, ESQ.
JAMES S. TERRELL, ESQ.
*Attorneys for Plaintiff*

LAW OFFICE OF JAMES S. TERRELL
James S. Terrell, Esq. (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Telephone: (760) 951-5850
Facsimile: (760) 952-1085
Email: jim@talktoterrell.com
Attorney(s) for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br>          Plaintiffs,<br>vs.<br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br><br>          Defendants. | Case Number: 5:22-cv-02133-SSS-KK<br><br>Hon. Sunshine Suzanne Sykes<br><br>**Declaration of James S. Terrell In Support of Plaintiff's Request for Clerk's Entry of Default** |

### DECLARATION OF JAMES TERRELL

I, James Terrell, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this court. I make this declaration of my own personal knowledge and could and would so testify if called.

2. The Court issued a summons on Danielle Loftin on May 28, 2024. (ECF No. 71, Summons.)

3. Plaintiffs served Danielle Loftin with the Third Amended Complaint and Summons on August 29, 2024. (See ECF No. 71, POS.)

4. Defendant Danielle Loftin has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Defendant Danielle Loftin is not a minor or an incompetent person.

6. Defendant Danielle Loftin not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

7. On October 4, 2024, I served a copy of this request of the clerk's entry of default and Declaration of James Terrell in support of the request of clerk's entry of default by mail to Danielle Loftin at 9901 Jay St. Adelanto, CA 92301.  I also spoke to Danielle Loftin on or around October 1, 2024, and Ms. Loftin advised that she did not intend to participate in the lawsuit or file a response.

///

8. Danielle Loftin is a nominal Defendant, and the amount sought in default is zero.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 4th day of October 2024, at Victorville, California

Dated: October 4, 2024.

**LAW OFFICE OF SHARON J. BRUNNER &
LAW OFFICE OF JAMES S. TERRELL**

_/s/James Terrell_
JAMES TERRELL
*Attorneys for Plaintiff*