LAW OFFICE OF JAMES S. TERRELL
James S. Terrell, Esq. (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Telephone: (760) 951-5850
Facsimile:  (760) 952-1085
Email: jim@talktoterrell.com
Attorney(s) for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased. <br><br>         Plaintiffs, <br><br>     vs. <br><br> STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant. <br><br>         Defendants. | Case Number: 5:22-cv-02133-SSS-KK <br><br> Hon. Sunshine Suzanne Sykes <br><br> **NOTICE OF DEFAULT AND APPLICATION FOR ENTRY DEFAULT JUDGMENT BY COURT** <br><br> Date: November 1, 2024 <br> Time: 2:00 p.m. <br> Courtroom:2 |

TO THE COURT AND DEFENDANTS AND THEIR ATTORNEY OF

RECORD:

PLEASE TAKE NOTICE THAT on November 1, 2024, at 2:00 p.m. or as soon

thereafter as this matter may be heard by the above-entitled Court, located at

United States District Court, 3470 Twelfth Street, Riverside, California 92501-

3801, plaintiffs will and hereby do present their application for a default judgment

against defendant **Danielle Loftin**.

At the time and place of hearing, plaintiffs will present proof of the

following matters:

1. Defendant, Danielle Loftin, is not a minor or incompetent

person or in military service or otherwise exempted under the Soldiers' and

Sailors' Civil Relief Act of 1940. (See Declaration of James Terrell at ¶ 6.)

2. Notice of this application has been served as required by Rule 55(b)(2).

3. Notice of this application for default judgment by court has been

served on said defendant on October 2 as required by Central District Local Rule

55-1 (Declaration of James Terrell ¶ 7.)

4. The above-named Defendant has failed to plead or otherwise respond

to the complaint. (Id. at ¶ 5.)

///

5. Danielle Loftin is a nominal Defendant, and the amount sought in default is zero. (Id. at ¶ 8.)

Dated: October 2, 2024.

**LAW OFFICE OF SHARON J. BRUNNER**
**LAW OFFICE OF JAMES S. TERRELL**
**LAW OFFICE OF DALE K. GALIPO**


*/s/ James S. Terrell*
SHARON J. BRUNNER, ESQ.
JAMES S. TERRELL, ESQ.
*Attorneys for Plaintiff*

# DECLARATION OF JAMES TERRELL

I, James Terrell, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this court. I make this declaration of my own personal knowledge and could and would so testify if called.

2. The Court issued a summons on Danielle Loftin on May 28, 2024. (ECF No. 71, Summons.)

3. Plaintiffs served Danielle Loftin with the Complaint on August 29, 2024. (ECF no. 85, POS)

4. Defendant Danielle Loftin has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Defendant Danielle Loftin is not a minor or an incompetent person.

6. Defendant Danielle Loftin not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

7. On October 4th, 2024, I served a copy of this application for default judgment by mail to Danielle Loftin at 9901 Jay St. Adelanto, CA 92301.  I also spoke to Danielle Loftin on or around October 1, 2024, and Ms. Loftin advised that she did not intend to participate in the lawsuit or file a response.

///

8. Danielle Loftin is a nominal Defendant, and the amount sought in default is zero.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 4th day of October 2024, at Victorville, California


Dated: October 4th, 2024.

**LAW OFFICE OF SHARON J. BRUNNER &
LAW OFFICE OF JAMES S. TERRELL**


_/s/James Terrell_____
JAMES TERRELL
*Attorneys for Plaintiff*