LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee Valentine (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

LAW OFFICE OF JAMES S. TERRELL
James S. Terrell, Esq. (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Telephone: (760) 951-5850
Facsimile: (760) 952-1085
Email: jim@talktoterrell.com

LAW OFFICE OF SHARON J. BRUNNER
Sharon J. Brunner, Esq. (SBN: 229931)
Email: sharonjbrunner@yahoo.com
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: (760) 243-9997
Fax: (760) 843-8155

Attorney(s) for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, | Case Number: 5:22-cv-02133-SSS-KK<br><br>Hon. Sunshine Suzanne Sykes<br><br>**PROOF OF SERVICE ON DKT 91-95** |

PROOF OF SERVICE

- 1 -

| | |
|---|---|
| and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased. | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) |
| STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant. | ) ) ) ) ) ) ) ) |
| Defendants. | |

## PROOF OF SERVICE BY PERSONAL SERVICE

I, Gordon Maine:

I am over 18 years of age and not a party to the within action; and am employed in the County of San Bernardino. My business address is 16391 Viho Road Apple Valley, Ca 92307 760-559-4857

On October 7, 2024 I have served:

Dkt 91: NOTICE OF DEFAULT AND APPLICATION FOR ENTRY DEFAULT JUDGMENT BY COURT

Dkt 92 : NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT

Dkt 93: Request for Clerk's Entry of Default

Dkt 94: DEFAULT BY CLERK F.R.Civ.P. 55(a)

Dkt 95: NOTICE OF DEFAULT AND APPLICATION FOR ENTRY DEFAULT JUDGMENT BY COURT

on:
Danielle Marie Allen/Loftin
9901 Jay Street

Adelanto, CA 92301

_____ (By U.S. Mail) By depositing a copy of it in a U.S. Mail Box at Victorville, California in a sealed envelope, addressed as shown above, with postage fully prepaid.

**XXXXX**       By Personal Service)  I delivered above said document by hand to the above person(s)  at forementioned location.

\_\_\_\_\_(By Facsimile Transmission)  By forwarding the said document to the above-mentioned location at their correct facsimile number.

_____(By E-mail I sent the forementioned documents to

**I declare under penalty of perjury under the laws of California that the foregoing is true and correct.**

**Executed on October 7, 2024   at    Victorville     California.**

*[signature]*

**Gordon Maine, PI# 24890**
**Declarant**

PROOF OF SERVICE

- 3 -