AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CHRISTOPHER URQUIJO et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:22-cv-02133-SSS (KKx) |
| STATE OF CALIFORNIA et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF CALIFORNIA.

Date: 10-29-2024

/s Haiyang Allen Li
*Attorney's signature*

Haiyang A. Li SBN 288063
*Printed name and bar number*

300 So. Spring Street, Suite 1702
Los Angeles, CA  90013

*Address*

Allen.li@doj.ca.gov
*E-mail address*

(213) 269-6404
*Telephone number*

(916) 731-2120
*FAX number*

# CERTIFICATE OF SERVICE

| Case Name: | **Christopher Urquijo, et al. v. State of California, et al.** | No. | **5:22-cv-02133-SSS-DTBx** |
|---|---|---|---|

I hereby certify that on <u>October 31, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**APPEARANCE OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 31, 2024</u>, at Los Angeles, California.

| Adriana Zagal | /s/ Adriana Zagal |
|---|---|
| Declarant | Signature |

LA2023600905
67205037.docx