UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-02133-SSS-DTBx | Date | November 1, 2024 |
| Title | *Christopher Urquijo, et al. v. State of California, et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
| Irene Vazquez | RS-CS-2 (11.1.24) |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s):<br>James Stephen Terrell<br>Renee V. Masongsong | Attorney(s) Present for Defendant(s):<br>N/A |

**Proceedings:   ZOOM: APPLICATION FOR ENTRY OF DEFAULT JUDGMENT [Dkt. 95]**

   Counsel state their appearances. The Court confers with counsel. For the reasons stated on the record, the Court **GRANTS** the motion. Counsel is **DIRECTED** to lodge a proposed order and judgment on or before November 8, 2024.

   **IT IS SO ORDERED.**

Time:  00:07
Initials of Preparer: iv