Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:  (818) 347-3333
Fax:  (818) 347-4118

Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel:  (760) 243-9997
Fax:  (760) 843-8155

James S. Terrell, Esq. (SBN 170409)
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel:  (760) 951-5850
Fax:  (760) 952-1085

*Attorneys for Plaintiffs*, Christopher Urquijo, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 5:22-cv-02133-SSS-DTB<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR DEFAULT AND [PROPOSED] JUDGMENT DISMISSING NOMINAL DEFENDANT DANIELLE LOFTIN** |

-1-
NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR DEFAULT AND [PROPOSED] JUDGMENT DISMISSING NOMINAL DEFENDANT DANIELLE LOFTIN

**TO THIS HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Please take notice that, pursuant to this Court's Order (Dkt. 102), Plaintiffs hereby lodge the Proposed Order Granting Plaintiffs' Application for Default and Proposed Judgment Dismissing Nominal Defendant Danielle Loftin from this action.

DATED: November 8, 2024        LAW OFFICES OF DALE K. GALIPO

By: _____*s/ Renee V. Masongsong*_____
Dale K. Galipo
Renee V. Masongsong
Attorney for Plaintiffs