Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:     lroistacher@deangazzo.com
            ksullivan@deangazzo.com

Attorneys for Defendant
Sergeant Daniel Howard

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>Defendants. | Case No.: 5:22-cv-02133-SSS-KK<br><br>**NOTICE OF MOTION AND MOTION TO CERTIFY ORDER FOR APPEAL AND STAY REQUEST [28 U.S.C. 1292(b)] BY DEFENDANT SERGEANT DANIEL HOWARD; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:      December 13, 2024<br>Time:      2:00 p.m.<br>Courtroom: 2<br>Judge:     Sunshine Suzanne Sykes<br>Magistrate: David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/05/2025 |

///

///

1

Case No. 5:22-cv-02133-SSS-KK

1    **PLEASE TAKE NOTICE** that on December 13, 2024 at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2 of the Honorable Suzanne Sykes, located at 3470 Twelfth Street, Courtroom 2, Riverside, CA 92501-3801, Defendant Sergeant Daniel Howard, will move under 28 U.S.C. § 1292(b) to certify for interlocutory appeal the Court's October 31, 2024 order denying his motion to dismiss plaintiffs' third amended complaint. *See* Dkt. 100 (order), 72 (motion). Howard further seeks a stay upon the Court's granting of the motion.

This motion will be based upon this notice, the accompanying memorandum of points and authorities, and upon all papers and pleadings on file in this action.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 7, 2024. Counsel present at the telephonic conference were Lee H. Roistacher (Howard's counsel) and Renee Valentine (plaintiffs' counsel). The conference lasted about 10 minutes and issues discussed included whether the Court's October 31, 2024 order met the certification requirements under 28 U.S.C. § 1292(b). Counsel did not reach an agreement.

Dated: November 14, 2024

Dean Gazzo Roistacher LLP

By: */s/ Lee H. Roistacher*
Lee H. Roistacher
Kimberly A. Sullivan
Attorneys for Defendant
Sergeant Daniel Howard