**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased,<br>        Plaintiffs<br>vs.<br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br>        Defendants. | Case No.: 5:22-cv-02133-SSS-KKx<br><br>**ORDER AND JUDGMENT DISMISSING NOMINAL DEFENDANT DANIELLE LOFTIN** |

HAVING REVIEWED PLAINTIFFS' REQUEST AND APPLICATION FOR DEFAULT, AND FINDING GOOD CAUSE THEREFORE, IT IS HEREBY ORDERED, AND JUDGMENT ENTERED, AS FOLLOWS:

This Court heard oral argument regarding Plaintiffs' request for default judgment against Nominal Defendant Danielle Loftin on November 1, 2024, with attorneys James Terrell and Renee Masongsong appearing for Plaintiffs.

As reflected in Plaintiffs' Third Amended Complaint, Danielle Loftin is an heir under California Civil Code §377.60 as Decedent Raymond Loftin's wife. (Dkt. No. 67 at ¶ 19). Danielle Loftin repeatedly declined to participate in this present action. (*Id*.). Nominal Defendant Danielle Loftin was regularly served with process on May 28, 2024. (Dkt. No. 85). Nominal Defendant Loftin failed to appear and failed to answer Plaintiffs' complaint filed herein. Accordingly, on October 2, 2024, Plaintiffs filed an application for entry of default against Nominal Defendant Loftin, with an accompanying declaration of Plaintiffs' counsel James Terrell. (Dkt. Nos. 91, 95). On October 4, 2024, Plaintiffs filed a request for the court clerk's entry of default judgment against Danielle Loftin. (Dkt. No. 93). Also on October 4, 2024, the clerk of this Court entered a default against Danielle Loftin.

The default having been entered, and oral argument having been heard, **IT IS ORDERED** that Plaintiffs' Application for Entry of Default (Dkt. No. 95) is hereby GRANTED. It is further ordered that Judgment is entered in favor of Plaintiffs CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, against Nominal Defendant Danielle

Loftin. in the amount of $0.00.  Plaintiffs shall recover judgment from defendant Danielle Loftin, in the sum of $0.00 principal, interest thereon on the rate of 0% per annum, attorneys' fees in the amount of $0.00 and plaintiffs' costs and disbursements in the sum of $0.00, together with interest on this judgment as provided by law.

     Based on the foregoing, and good cause appearing, Nominal Defendant Daneille Loftin is hereby dismissed with prejudice from the above-referenced lawsuit.

Dated: November 14, 2024       UNITED STATES DISTRICT COURT

_____
Honorable Sunshine S. Sykes