ROB BONTA
Attorney General of California
ELIZABETH ANGRES
Supervising Deputy Attorney General
HAIYANG A. LI
Deputy Attorney General
State Bar No. 288063
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6404
  Fax: (916) 731-2120
  E-mail: Allen.Li@doj.ca.gov
*Attorneys for Defendants State of California (by and through the California Highway Patrol), CHP Officer Nicholas Mercado, and CHP Officer Sergio Vasquez*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased,**<br><br>                 Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL and DOES 1-10,**<br><br>                 Defendant. | Case No. 5:22-cv-02133-SSS-DTBx<br><br>**JOINDER BY DEFENDANTS OFFICERS NICOLAS MERCADO AND SERGIO VASQUEZ IN DEFENDANT DANIEL HOWARD'S MOTION TO CERTIFY ORDER FOR APPEAL AND STAY REQUEST [ECF DOC. NO. 106]**<br><br>Date: December 13, 2024<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: The Honorable Sunshine Suzanne Sykes<br>Magistrate: David T. Bristow<br>Trial Date: February 23, 2026<br>Action Filed: December 1, 2022 |

Defendants California Highway Patrol Officers Nicholas Mercado and Sergio Vasquez join in defendant Sergeant Daniel Howard's motion to certify the Court's October 31, 2024, order denying defendants' motion to dismiss the third amended complaint for interlocutory appeal and request for stay. (ECF No. 106.) Like Sergeant Howard, Officers Mercado and Vasquez were first named in the Second Amended Complaint and substituted for either Doe Defendant 2 and Doe Defendant 3. Compare ECF Docket No. 43 (Second Amended Complaint) with Nos. 1 and 25 (Complaint and First Amended Complaint). Officers Mercado and Vasquez also joined in Sergeant Howard's motion to dismiss. (ECF No. 75.) Sergeant Howard's arguments accordingly apply equally to Officers Mercado and Vasquez.

Dated: November 14, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
ELIZABETH ANGRES
Supervising Deputy Attorney General

HAIYANG ALLEN LI
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol), CHP Officer Nicholas Mercado, and CHP Officer Sergio Vasquez*

# CERTIFICATE OF SERVICE

| Case Name: | **Christopher Urquijo, et al. v. State of California, et al.** | No. | **5:22-cv-02133-SSS-DTBx** |

I hereby certify that on November 14, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINDER BY DEFENDANTS OFFICERS NICOLAS MERCADO AND SERGIO VASQUEZ IN DEFENDANT DANIEL HOWARD'S MOTION TO CERTIFY ORDER FOR APPEAL AND STAY REQUEST**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 14, 2024, at Los Angeles, California.

|  Adriana Zagal  | /s/ *Adriana Zagal* |
|---|---|
| Declarant | Signature |

LA2023600905
67234017.docx