1  Dean Gazzo Roistacher LLP
   Lee H. Roistacher, Esq. (SBN 179619)
2  Kimberly A. Sullivan, Esq. (SBN 317857)
   Aleries Lau, Esq. (SBN 340709)
3  440 Stevens Avenue, Suite 100
   Solana Beach, CA  92075
4  Telephone:  (858) 380-4683
   Facsimile:  (858) 492-0486
5  E-mail:    lroistacher@deangazzo.com
              ksullivan@deangazzo.com
6              alau@deangazzo.com

7  Attorneys for Defendant
   Sergeant Daniel Howard

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11 | CHRISTOPHER URQUIJO, individually, LORI MEEKS, | Case No.: 5:22-cv-02133-SSS-KK |
12 | individually and as successor in interest to Raymond Loftin, | **DEFENDANT SERGEANT DANIEL HOWARD'S ANSWER TO** |
13 | deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, | **PLAINTIFFS' THIRD AMENDED COMPLAINT AND REQUEST FOR** |
14 | individually and as successor in interest to Raymond Loftin, | **JURY TRIAL** |
15 | deceased, E.L. by and through her guardian ad litem Sebrina Lucky, | |
16 | individually and as successor in interest to Raymond Loftin, | Courtroom:  2 |
17 | deceased, and B.L. by through his guardian ad litem Sebrina Lucky, | Judge:        Sunshine Suzanne Sykes |
   | | Magistrate:  David T. Bristow |
18 | individually and as successor in interest to Raymond Loftin, | Complaint Filed: 11/30/2022 |
19 | deceased. | Trial Date: 05/05/2025 |

20             Plaintiffs,

21        v.

22 STATE OF CALIFORNIA,
   CALIFORNIA HIGHWAY
23 PATROL, SERGEANT DANIEL
   HOWARD, OFFICER NICHOLAS
24 MERCADO, OFFICER SERGIO
   VASQUEZ, and DOES 4-10,
25 Inclusive.

26             Defendants.

27

28 ///

1

1     Defendant Sergeant Daniel Howard answers plaintiffs' Third Amended

2   Complaint as follows:

3          1.      Answering Paragraphs 1-2: Admit this Court has jurisdiction and

4   venue is proper.  Deny all other factual allegations.

5          2.      Answering Paragraph 3: Deny all factual allegations.

6          3.      Answering Paragraphs 4-10: Deny all factual allegations based on a

7   lack of sufficient information or belief to admit or deny.

8          4.      Answering Paragraph 11: Deny being correctly named and referred

9   to as Doe 1.  Admit the remaining factual allegations.

10         5.      Answering Paragraphs 12-13: Deny all factual allegations based on

11   a lack of sufficient information or belief to admit or deny.

12         6.      Answering Paragraph 14: Deny all factual allegations based on a

13   lack of sufficient information or belief to admit or deny.

14         7.      Answering Paragraph 15: Admit.

15         8.      Answering Paragraphs 16-19: Deny all factual allegations based on

16   a lack of sufficient information or belief to admit or deny.

17         9.      Answering Paragraph 20: Deny.

18         10.     Answering Paragraph 21: Deny all factual allegations based on a

19   lack of sufficient information or belief to admit or deny.

20         11.     Answering Paragraph 22: Paragraph contains no factual allegations

21   requiring an affirmative response.

22         12.     Answering Paragraphs 23-25: Deny the action was timely filed

23   within all applicable statutes of limitation.  Deny remaining factual allegations.

24         13.     Answering Paragraph 26: Responses to paragraphs 1-25 are

25   incorporated.

26         14.     Answering Paragraph 27: Deny based on lack of sufficient

27   information or belief to admit or deny.

28   ///

2

15. Answering Paragraph 28: Deny "at approximately 2300 hours" for lack of sufficient information of belief to admit or deny. Admit remaining factual allegations.

16. Answering Paragraph 29: Deny "approximately 44 minutes later" for lack of sufficient information of belief to admit or deny. Admit remaining factual allegations.

17. Answering Paragraphs 30-34: Deny.

18. Answering Paragraphs 35-36: Deny all factual allegations for lack of sufficient information or belief to admit or deny.

19. Answering Paragraph 37: Deny.

20. Answering Paragraph 38: Responses to paragraphs 1-37 are incorporated.

21. Answering Paragraph 39: Admit using deadly force. Deny all remaining factual allegations.

22. Answering Paragraph 40: Paragraph contains no factual allegations requiring an affirmative response.

23. Answering Paragraph 41: Deny.

24. Answering Paragraph 42: Admit.

25. Answering Paragraph 43-46: Deny.

26. Answering Paragraph 47: Deny based on a lack of sufficient information or belief to admit or deny.

27. Answering Paragraph 48: Deny.

28. Answering Paragraph 49: Because of the use of "defendant," deny based on insufficient information or belief to admit or deny.

29. Answering Paragraphs 50-59: Deny.

30. Answering Paragraph 60: Paragraph contains no factual allegations requiring an affirmative response.

///

3

1    31.    Answering Paragraph 61: Responses to paragraphs 1-60 are

2  incorporated.

3    32.    Answering Paragraphs 62-63: Paragraphs contain no factual

4  allegations requiring an affirmative response.

5    33.    Answering Paragraphs 64-66: Deny based on lack of sufficient

6  information or belief to admit or deny.

7    34.    Answering Paragraphs 67-68: Deny.

8    35.    Answering Paragraph 69: Admit acting under color of law.  Deny

9  remaining factual allegations.

10    36.    Answering Paragraph 70: Deny as to Does 4-10 based on lack of

11  sufficient information or belief to admit or deny.  Admit remaining factual

12  allegations.

13    37.    Answering Paragraphs 71-73: Deny.

14    38.    Answering Paragraph 74: Responses to paragraphs 1-73 are

15  incorporated.

16    39.    Answering Paragraphs 75–83: Deny.

17    40.    Answering Paragraph 84: Deny based on lack of sufficient

18  information and belief to admit or deny.

19    41.    Answering Paragraph 85: Responses to paragraphs 1-84 are

20  incorporated.

21    42.    Answering Paragraph 86: Paragraph contains no facts requiring an

22  affirmative response.

23    43.    Answering Paragraph 87: Deny.

24    44.    Answering Paragraph 88: Admit acting within course and scope of

25  employment.  Deny remaining factual allegations.

26    45.    Answering Paragraphs 89-97: Deny.

27    46.    Answering Paragraphs 98-99: Paragraphs contain no facts requiring

28  an affirmative response.

4

1   47.   Answering Paragraphs 100-101: Deny all factual allegations.

2   Remaining non-factual allegations require no affirmative response.

3   48.   Answering Paragraph 102: Responses to paragraphs 1-101 are

4   incorporated.

5   49.   Answering Paragraph 103: Deny all factual allegations. Remaining

6   non-factual allegations require no affirmative response.

7   50.   Answering Paragraphs 104-105: Deny.

8   51.   Answering Paragraphs 106-107: Paragraphs contain no factual

9   allegations requiring an affirmative response.

10   52.   Answering Paragraph 108: Deny.

11   53.   Answering Paragraph 109: Paragraph contains no factual allegations

12   requiring an affirmative response.

13   54.   Answering Paragraphs 110-112: Deny.

14   55.   Answering Paragraph 113: Responses to paragraphs 1-112 are

15   incorporated.

16   56.   Answering Paragraph 114: Deny all factual allegations.  Remaining

17   non factual allegations require no affirmative response.

18   57.   Answering Paragraph 115-122: Deny.

19   58.   Answering Paragraph 123: Paragraph contains no factual allegations

20   requiring an affirmative response.

21   59.   Answering Paragraph 124: Deny.

22   60.   Answering Paragraph 125: Responses to paragraphs 1-124 are

23   incorporated.

24   61.   Answering Paragraph 126-131: Deny.

25   62.   Answering Paragraphs 132-133: Paragraphs contain no factual

26   allegations requiring an affirmative response.

27   63.   Answering Paragraphs 134-135: Deny.

28   ///

Case No. 5:22-cv-02133-SSS-KK

64.    Answering Paragraph 136: Deny a violation of rights.  Remaining non-factual allegations require no affirmative response.

65.    Answering Paragraph 137: Paragraph contains no factual allegations requiring an affirmative response.

66.    Answering Paragraph 138: Deny.

67.    Answering Paragraph 139: Responses to paragraphs 1-138 are incorporated.

68.    Answering Paragraphs 140-147: Deny.

69.    Answering Paragraph 148: Responses to paragraphs 1-147 are incorporated.

70.    Answering Paragraphs 149-152: Deny.

71.    Answering Paragraph 153: Paragraph contains no factual allegations requiring an affirmative response.

72.    Answering Paragraph 154: Responses to paragraphs 1-153 are incorporated.

73.    Answering Paragraphs 155-158: Deny all factual allegations. Remaining non-factual allegations require no affirmative response.

## AFFIRMATIVE DEFENSES

1.    Plaintiffs' third amended complaint fails to state a claim upon which relief may be granted.

2.    Plaintiffs were at fault and any award to plaintiffs, if any, must be reduced in proportion to the fault attributed to them.

3.    The damages suffered by plaintiffs, if any, were the actual and proximate result of the acts and/or omissions of others and defendant's liability, if any, is limited in direct proposition to that percentage of fault attributed to him.

4.    Plaintiffs are barred from pursuing state law claims based on the failure to comply with the claim presentation requirements of the California Government Code.

6

5. Plaintiffs' claims are barred by the applicable statute of limitations.

6. Plaintiffs have failed to mitigate damages.

7. Defendant is immune from 42 U.S.C. § 1983 liability under the doctrine of qualified immunity.

8. Defendant is immune from liability for state law claims under, without limitation, Government Code §§ 815.2, 818.2, 818.8, 820.2, 820.4, 820.8, 821, 821.6, 822.2, 845.8, and Penal Code § 835a.

9. Plaintiffs have failed to join a party required under Rule 19.

10. Plaintiffs lack standing.

11. Defendant currently lacks sufficient knowledge or information upon which to determine whether additional affirmative defenses may be available which have not yet been asserted in this answer, and therefore reserves the right to assert additional affirmative defenses upon subsequent discovery, investigation, and analysis.

**PRAYER**

WHEREFORE, Defendant prays that judgment be entered in his favor as follows:

1. That the third amended complaint be dismissed with prejudice;

2. That plaintiffs take nothing by way of their third amended complaint;

3. That defendant be awarded costs of suit and reasonable attorneys' fees;

4. That the sole liability of defendant, if any, be limited in proportion to the degree of fault attributable to defendant; and

5. That defendant recover such other and further relief as the Court deems proper.

///

///

///

7

Case No. 5:22-cv-02133-SSS-KK

1

## DEMAND FOR JURY TRIAL

2        Defendant demands a jury trial of all issues triable by jury under applicable

3   law.

4

5    Dated: November 14, 2024                    Dean Gazzo Roistacher LLP

6                                          By: _/s/ Lee H. Roistacher_

7                                               Lee H. Roistacher
                                                Kimberly A. Sullivan
8                                               Aleries Lau
9                                               Attorneys for Defendant
                                                Sergeant Daniel Howard
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28