NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

HAIYANG ALLEN LI State Bar No. 288063
Deputy Attorney General

300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269 6404

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>STATE OF CALIFORNIA, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>5:22-cv-02133-SSS(KKx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   State of California, Officer Nicholas Mercado; Officer Sergio Vasquez   or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Christopher Urquijo | Plaintiff |
| Lori Meeks | Plaintiff |
| Y.L. (minor through Guardian ad Litem Sebrina Lucky) | Plaintiff |
| E.L. (minor through Guardian ad Litem Sebrina Lucky) | Plaintiff |
| B.L. (minor through Guardian ad Litem Sebrina Lucky) | Plaintiff |
| State of California (acting by and through the California Highway Patrol) | Defendant |
| Sergeant Daniel Howard | Defendant |
| Officer Nicholas Mercado | Defendant |
| Officer Sergio Vasquez | Defendant |

11/15/24
Date

*/s/ Allen Li*
Signature

Attorney of record for (or name of party appearing in pro per):

State of California, Nicholas Mercado; Sergio Vasquez

CV-30 (05/13)                 NOTICE OF INTERESTED PARTIES

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Christopher Urquijo, et al. v. State of California, et al.** | No. | **5:22-cv-02133-SSS-DTBx** |

I hereby certify that on <u>November 15, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 15, 2024</u>, at Los Angeles, California.

| | |
|---|---|
| Adriana Zagal | *Adriana* (signature) |
| Declarant | Signature |

LA2023600905
67236287.docx