| | |
|---|---|
| 1 | Dean Gazzo Roistacher LLP |
| 2 | Lee H. Roistacher, Esq. (SBN 179619) |
|   | Kimberly A. Sullivan, Esq. (SBN 317857) |
| 3 | Aleries Lau, Esq. (SBN 340709) |
|   | 440 Stevens Avenue, Suite 100 |
| 4 | Solana Beach, CA 92075 |
|   | Telephone: (858) 380-4683 |
| 5 | Facsimile: (858) 492-0486 |
|   | E-mail: lroistacher@deangazzo.com |
| 6 | ksullivan@deangazzo.com |
|   | alau@deangazzo.com |
| 7 | Attorneys for Defendant |
|   | Sergeant Daniel Howard |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>Defendants. | Case No.: 5:22-cv-02133-SSS-KK<br><br>**STIPULATION REGARDING PROTECTIVE ORDER [DKT. 40]**<br><br>Courtroom: 2<br>Judge: Sunshine Suzanne Sykes<br>Magistrate: David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/05/2025 |

///

///

1

Case No. 5:22-cv-02133-SSS-KK

On September 28, 2023, the Court entered a stipulated protective order. Dkt. 40. The parties to the stipulated protective order are plaintiffs and defendant State of California (by and through the California Highway Patrol). *Id.* Since the entry of that order, Daniel Howard, Nicholas Mercado, and Sergio Vasquez were named as defendants and have filed answers. *See* Dkt. 111, 114.

The parties accordingly stipulate and request that this Court enter an order adding defendants Howard, Mercado, and Vasquez, and their respective counsel, as parties to the protective order.

Dated: December 2, 2024   Law Offices of Dale Galipo

By: */s/ Renee Valentine*
Renee Valentine
Attorneys for Plaintiffs

Dated: December 2, 2024   Dean Gazzo Roistacher LLP

By: */s/ Lee H. Roistacher*
Lee H. Roistacher
Kimberly A. Sullivan
Attorneys for Defendant
Sergeant Daniel Howard

Dated: December 2, 2024   Office of Attorney General

By: */s/ Haiyang Allen Li*
Haiyang Allen Li
Attorneys for Defendants
State of California (by and through
the California Highway Patrol),
Officer Nicholas Mercado; and
Officer Sergio Vasquez

## **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for all parties and that I have obtained Plaintiffs' counsel's authorization to affix his electronic signature to this document.

Dated: December 2, 2024     */s/ Lee H. Roistacher*

Lee H. Roistacher