**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>Defendants. | Case No.: 5:22-cv-02133-SSS-KK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING PROTECTIVE ORDER [DKT. 40]**<br><br>Courtroom:  2<br>Judge:          Sunshine Suzanne Sykes<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/05/2025 |

///

///

1

1       The Court has reviewed the parties' Stipulation Regarding Protective Order, and for good cause shown, the parties' request is GRANTED. Defendants Daniel Howard, Nicholas Mercado, and Sergio Vasquez, and their respective counsel, are added as parties to the Stipulated Protective Order entered by the Court on September 28, 2023 (Dkt. 40).

**IT IS SO ORDERED.**

Dated: _____      _____
                                          HON. DAVID T. BRISTOW
                                          United States Magistrate Judge