**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>Defendants. | Case No.: 5:22-cv-02133-SSS-KK<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING PROTECTIVE ORDER [DKT. 40]<br><br>Courtroom: 2<br>Judge:        Sunshine Suzanne Sykes<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/05/2025 |

///

///

1

Case No. 5:22-cv-02133-SSS-KK

1  The Court has reviewed the parties' Stipulation Regarding Protective
2  Order, and for good cause shown, the parties' request is GRANTED. Defendants
3  Daniel Howard, Nicholas Mercado, and Sergio Vasquez, and their respective
4  counsel, are added as parties to the Stipulated Protective Order entered by the
5  Court on September 28, 2023 (Dkt. 40).

**IT IS SO ORDERED.**

Dated: December 4, 2024

_____
HON. DAVID T. BRISTOW
United States Magistrate Judge