UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV 22-2133-AH(DTBx) | Date | FEBRUARY 26, 2025 |
|---|---|---|---|
| Title | Christopher Urquijo et al v. State of California et al | | |

Present: The Honorable  ANNE HWANG, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  
Renee V. Masongsong

Attorneys Present for Defendants:  
Haiyang Li, DOJ  
Lee H. Roistacher

**Proceedings:**   **HEARING RE: DEFENDANT'S MOTION TO CERTIFY ORDER FOR APPEAL AND STAY REQUEST [106]**

The case is called and counsel state their appearances. The Court and counsel confer.

Tentative ruling is given to all counsel. The Court invites counsel to respond to the tentative ruling denying defendants' motion to certify order for appeal and stay request [106]. Following oral argument, the Court advises counsel that the motion is taken under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties

__: 08