| | |
|---|---|
| 1 | Dean Gazzo Roistacher LLP |
| 2 | Lee H. Roistacher, Esq. (SBN 179619)<br>Kimberly A. Sullivan, Esq. (SBN 317857) |
| 3 | Aleries Lau, Esq. (SBN 340709)<br>440 Stevens Avenue, Suite 100 |
| 4 | Solana Beach, CA 92075<br>Telephone: (858) 380-4683 |
| 5 | Facsimile: (858) 492-0486<br>E-mail: lroistacher@deangazzo.com |
| 6 | ksullivan@deangazzo.com<br>alau@deangazzo.com |
| 7 | Attorneys for Defendant<br>Sergeant Daniel Howard |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL NON-PARTY COMPLIANCE WITH SUBPOENA [FRCP 45]; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LEE H. ROISTACHER**<br><br>**DISCOVERY MATTER**<br><br>Date:  July 10, 2025<br>Time:  10:00 a.m.<br>Courtroom: 4<br>Magistrate: David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 02/24/2026 |

///

///

///

1

1  **PLEASE TAKE NOTICE** that on July 10, 2025 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4 of the Honorable David T. Bristow, located at 3470 12th Street, Riverside, CA 92501, Defendant Sergeant Daniel Howard, will move the Court for an order pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) and 42 USC § 290dd-2 compelling non-party Cedar Care Life Change Center to produce decedent Raymond Loftin's substance abuse treatment records.

Cedar Care is not currently represented by counsel. *See* LR 45-1. Counsel and Cedar Care have met and conferred and have indicated it will comply once the Court issues the necessary order under HIPPA. See Roistacher Declaration, ¶ 6.

This motion will be based upon this notice, the accompanying memorandum of points and authorities, the declaration of Lee H. Roistacher and upon all papers and pleadings on file in this action.

Dated: June 10, 2025               Dean Gazzo Roistacher LLP

By: /s/ *Lee H. Roistacher*
Lee H. Roistacher
Kimberly A. Sullivan
Aleries Lau
Attorneys for Defendant
Sergeant Daniel Howard