Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:      lroistacher@deangazzo.com
             ksullivan@deangazzo.com
             alau@deangazzo.com

Attorneys for Defendant
Sergeant Daniel Howard

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**DECLARATION OF LEE H. ROISTACHER IN SUPPORT OF MOTION TO COMPEL NON-PARTY COMPLIANCE WITH SUBPOENA**<br><br>**DISCOVERY MATTER**<br><br>Date:       July 10, 2025<br>Time:       10:00 a.m.<br>Courtroom:  4<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 02/24/2026 |

///

///

1

I, Lee H. Roistacher, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of California.  I am also a partner in the law firm of Dean Gazzo Roistacher, LLP, attorneys of record for defendant Sergeant Daniel Howard in this matter.  I have personal knowledge of the following facts, and if called to testify with respect thereto, would do so competently.

2.     Attached as Exhibit 1 to this declaration is a true and correct copy of plaintiff's responses to interrogatory 12 indicating James Loftin was treated at Cedar Care Life Changer Center.

3.     Attached as Exhibit 2 to this declaration is a true and correct copy of the post-mortem toxicology results of James Loftin.

4.     On April 9, 2025, Howard issued a subpoena under Federal Rule of Civil Procedure 45 to Cedar Care for Loftin's treatment records.  Attached as Exhibit 3 to this declaration is a true and correct copy of the subpoena.

5.     Plaintiffs filed no motion to quash the subpoena or a motion for a protective order.  Nor did plaintiffs lodge an objection to Howard's subpoena though plaintiffs did object to a subpoena issued by the State that did not exist.  Attached as Exhibit 4 is a true and correct copy of that objection.

6.     Cedar Care objected to complying with the subpoena asserting Health Insurance Portability and Accountability Act (HIPAA) protections.  Counsel for Howard and Cedar Care, who is not represented by counsel, met and conferred for some time regarding compliance with the subpoena.  Eventually, Cedar Care maintained its objection but stated it would comply and produce the records once this Court enters the "good cause" order required under the 42 U.S.C. § 290dd-

///

///

///

///

2

2(a) & -2(b)(2)(C); 42 C.F.R. § 2.63(a)(3).  Attached as Exhibit 5 are true and correct copies of the emails between Cedar Care and Howard's counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 10, 2025.


/s/ Lee H. Roistacher
Lee H. Roistacher, declarant