# EXHIBIT 2



**NMS Labs**
200 Welsh Road, Horsham, PA 19044-2208
Phone: (215) 657-4900 Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

CONFIDENTIAL

# Toxicology Report

**Report Issued** 08/12/2021 12:05

To: 10664
San Bernardino County Sheriff's Office - Coroner
175 South Lena Road

San Bernardino, CA  92415

**Patient Name** LOFTIN, RAYMOND
**Patient ID** A1414-21 TJ
**Chain** 702107343
**Age** Not Given  **DOB** Not Given
**Gender** Male
**Workorder** 21239259

Page 1 of 3

## Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Ethanol | 11 | mg/dL | 001 - Femoral Blood |
| Blood Alcohol Concentration (BAC) | 0.011 | g/100 mL | 001 - Femoral Blood |
| Amphetamine | 76 | ng/mL | 001 - Femoral Blood |
| Methamphetamine | 450 | ng/mL | 001 - Femoral Blood |
| Delta-9 THC | Positive | ng/mL | 001 - Femoral Blood |

See Detailed Findings section for additional information

## Testing Requested:

| Analysis Code | Description |
|---|---|
| 8051B | Postmortem, Basic, Blood (Forensic) |

## Tests Not Performed:

Part or all of the requested testing was unable to be performed. Refer to the **Analysis Summary and Reporting Limits** section for details.

## Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Labeled As |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 10 mL | 07/06/2021 14:50 | Femoral Blood | A1414-21 TJ |
| 002 | Red Top Tube | 0.75 mL | 07/06/2021 11:56 | Vitreous Fluid | A1414-21 TJ |
| 003 | Red Top Tube | 10 mL | 07/06/2021 14:45 | Urine | A1414-21 TJ |
| 004 | White Plastic Container | 46.8 g | 07/06/2021 15:32 | Liver Tissue | A1414-21 TJ |

All sample volumes/weights are approximations.
Specimens received on 07/08/2021.

NMS v.22.0



CONFIDENTIAL

| | |
|---|---|
| Workorder | 21239259 |
| Chain | 702107343 |
| Patient ID | A1414-21 TJ |

Page 2 of 3

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Ethanol | 11 | mg/dL | 10 | 001 - Femoral Blood | Headspace GC |
| Blood Alcohol Concentration (BAC) | 0.011 | g/100 mL | 0.010 | 001 - Femoral Blood | Headspace GC |
| Amphetamine | 76 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |
| Methamphetamine | 450 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |
| Delta-9 THC | Positive | ng/mL | 0.50 | 001 - Femoral Blood | LC-MS/MS |
| Unable to quantitate due to sample matrix issue. | | | | | |
| Ethanol | Confirmed | mg/dL | 10 | 001 - Femoral Blood | Headspace GC |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded two (2) years from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 21239259 was electronically signed on 08/12/2021 11:11 by:

*Brianna Peterson*

Brianna L. Peterson, Ph.D., F-ABFT
Forensic Toxicologist

## Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 50010B - Amphetamines Confirmation, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamine | 5.0 ng/mL | MDMA | 5.0 ng/mL |
| MDA | 5.0 ng/mL | Methamphetamine | 5.0 ng/mL |
| MDEA | 5.0 ng/mL | | |

Acode 52198B - Cannabinoids Confirmation, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 11-Hydroxy Delta-9 THC | N/A | Delta-9 THC | 0.50 ng/mL |
| Delta-9 Carboxy THC | 10 ng/mL | | |

Not Reported: 11-Hydroxy Delta-9 THC: Canceled due to Sample Matrix Problem.

Acode 52250B - Alcohols and Acetone Confirmation, Blood - Femoral Blood



**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 21239259 |
| Chain | 702107343 |
| Patient ID | A1414-21 TJ |

Page 3 of 3

## Analysis Summary and Reporting Limits:

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

Acode 8051B - Postmortem, Basic, Blood (Forensic) - Femoral Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamines | 20 ng/mL | Fentanyl / Acetyl Fentanyl | 0.50 ng/mL |
| Barbiturates | 0.040 mcg/mL | Methadone / Metabolite | 25 ng/mL |
| Benzodiazepines | 100 ng/mL | Methamphetamine / MDMA | 20 ng/mL |
| Buprenorphine / Metabolite | 0.50 ng/mL | Opiates | 20 ng/mL |
| Cannabinoids | 10 ng/mL | Oxycodone / Oxymorphone | 10 ng/mL |
| Cocaine / Metabolites | 20 ng/mL | Phencyclidine | 10 ng/mL |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

NMS v.22.0