# **EXHIBIT 4**

Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
**LAW OFFICE OF SHARON J. BRUNNER**
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:  (760) 843-8155

James S. Terrell, Esq. (SBN 170409)
**LAW OFFICE OF JAMES S. TERRELL**
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:  (760) 952-1085

*Attorneys for Plaintiffs*, Christopher Urquijo, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 5:22-cv-02133-SSS-DTB <br><br> *Assigned to*: <br> Hon. District Judge Sunshine S. Sykes <br> Hon. Mag. Judge David T. Bristow <br><br> **PLAINTIFFS' OBJECTION TO SUBPOENA SERVED BY DEFENDANT STATE OF CALIFORNIA** |

## OBJECTION TO SUBPOENA

Plaintiffs hereby object to the production of decedent's health information by Cedar House Life Change Center, including any and all documents and medical records and reports, and all writings, but not limited to, all office, emergency room, inpatient, outpatient, hospital charts and records, including any and all electronically stored documents and files, pertaining to the care, treatment, and examination of Raymond Loftin III, aka Raymond James Loftin Jr., Raymond Loftin DOB; 08/16/1984.

Plaintiffs further object on the grounds that the subpoena is overbroad, fails to seek documents that are reasonably likely to lead to the discovery of admissible evidence and is not proportional to the needs of this case. Plaintiffs contend that disclosing decedent's medical records would be a violation of the Health Insurance Portability and Accountability Act (HIPAA), 42 U.S.C. § 299b-2, 45 C.F.R. §§ 164.502(a), 164.508(a)(l), the California Confidentiality of Medical Information Act, Cal. Civ. Code § 56.10, the psychotherapist-patient privilege, *Jaffee v. Redmond*, 518 U.S. 1, 15 (1996), and decedent's California constitutional right to privacy concerning medical information under Cal. Const. art I, § 1.

DATED: March 26, 2025

LAW OFFICES OF DALE K. GALIPO

By: *s/ Dale K. Galipo*
Dale K. Galipo
Renee V. Masongsong
Attorney for Plaintiffs

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, CITY OF LOS ANGELES

I, the undersigned, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On March 26, 2025, I served the foregoing document described as: **PLAINTIFFS' OBJECTION TO SUBPOENA SERVED BY DEFENDANT STATE OF CALIFORNIA;** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

<u>METHOD OF SERVICE</u>

☒ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

☐ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☒ I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

☐ (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 26, 2025, at Woodland Hills, California.

/s/*Stefany Anderson*
Stefany Anderson

***Via USPS Mail***

    Douglas Baxter
    Haiyang Allen Li
    Office of the Attorney General
    300 S. Spring Street, Suite 1702
    Los Angeles, CA 90013
    E-mail: douglas.baxter@doj.ca.gov;
        allen.li@doj.ca.gov;
        azucena.lopez@doj.ca.gov;
        adriana.zagal@doj.ca.gov;
        elizabeth.angres@doj.ca.gov;
        marsha.petty@doj.ca.gov

Attorneys for Defendants, State of California, Nicholas Mercado and Sergio Vasquez

    Lee H. Roistacher, Esq.
    Kimberly A. Sullivan, Esq.
    DEAN GAZZO ROISTACHER LLP
    440 Stevens Ave., Suite 100
    Solana Beach, CA 92075
    E-mail: lroistacher@deangazzo.com;
        ksullivan@deangazzo.com;
        mmacias@deangazzo.com;
        mkilcrease@deangazzo.com

Attorneys for Defendant Daniel Howard

***Via E-mail:***

    James S. Terrell, Esq.
    LAW OFFICES OF JAMES S. TERRELL
    15411 Anacapa Road
    Victorville, CA 92392
    Email: jim@talktoterrell.com

    Sharon J. Brunner (Bar No. 229931)
    LAW OFFICES OF SHARON J. BRUNNER
    14393 Park Avenue, Suite 100
    Victorville, CA 92392
    Email: sharonjbrunner@yahoo.com

Attorneys for Plaintiffs, Christopher Urquijo, et al.