# EXHIBIT 5

| | |
|---|---|
| **From:** | Michael Rodriguez <MRodriguez@cedarhouse.org> |
| **Sent:** | Wednesday, May 28, 2025 10:50 AM |
| **To:** | Kimberly Sullivan |
| **Cc:** | Lee Roistacher; Daniel Chagolla |
| **Subject:** | RE: Cedar House Life Change - Subpoena for RF |

We appreciate your understanding and will ensure the order is handled promptly and with care upon receipt.

Best Regards,

**Michael A. Rodriguez, CADC II-CA**
Compliance Officer
Cedar House Life Change Center
Phone # (951) 268-9285
FAX # (909) 421-7128
mrodriguez@cedarhouse.org



**CONFIDENTIALITY STATEMENT -- See California Welfare and Institutions Code Section 5328.** This email message, including attachments, is intended for the sole use of the person(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute this email or information contained in the email. If you have received this email in error, please immediately advise the sender by reply mail, delete this message and destroy all copies of the original message. Thank you.

**From:** Kimberly Sullivan <ksullivan@deangazzo.com>
**Sent:** Wednesday, May 28, 2025 7:40 AM
**To:** Michael Rodriguez <MRodriguez@cedarhouse.org>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Daniel Chagolla <DChagolla@cedarhouse.org>
**Subject:** RE: Cedar House Life Change - Subpoena for RF

Hi Michael,

After further review of the letter, we will get an order and will not be seeking sanctions.

Let me know if you have any questions.

Thank you!

Kimberly Sullivan
Partner



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

---

**From:** Michael Rodriguez <MRodriguez@cedarhouse.org>
**Sent:** Tuesday, May 27, 2025 4:20 PM
**To:** Scott Kolstad <skolstad@deangazzo.com>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Aleries Lau <alau@deangazzo.com>; Daniel Chagolla <DChagolla@cedarhouse.org>
**Subject:** RE: Cedar House Life Change - Subpoena for RF

Hi Scott,

Please see attached.

Respectfully,

**Michael A. Rodriguez, CADC II-CA**
Compliance Officer
Cedar House Life Change Center
Phone # (951) 268-9285
FAX # (909) 421-7128
mrodriguez@cedarhouse.org



**CONFIDENTIALITY STATEMENT -- See California Welfare and Institutions Code Section 5328.** This email message, including attachments, is intended for the sole use of the person(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, you are hereby notified that you may not

use, copy, disclose or distribute this email or information contained in the email. If you have received this email in error, please immediately advise the sender by reply mail, delete this message and destroy all copies of the original message. Thank you.

**From:** Scott Kolstad <skolstad@deangazzo.com>
**Sent:** Friday, May 23, 2025 1:51 PM
**To:** Michael Rodriguez <MRodriguez@cedarhouse.org>
**Cc:** Lee Roistacher <lroistacher@deangazzo.com>; Kimberly Sullivan <ksullivan@deangazzo.com>; Aleries Lau <alau@deangazzo.com>
**Subject:** RE: Cedar House Life Change - Subpoena for RF

Hi Michael,

Please see the attached correspondence regarding our subpoena to Cedar House Life Change Center. I have also attached the protective order filed with the court for your reference.

We look forward to your response. Please let us know if you have any questions.

Thanks!

**Scott Kolstad**
Senior Paralegal



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
skolstad@deangazzo.com
(858) 380-4683 - Direct
www.deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to the address shown above. Thank you.

**From:** Michael Rodriguez <MRodriguez@cedarhouse.org>
**Sent:** Tuesday, May 13, 2025 12:57 PM
**To:** Scott Kolstad <skolstad@deangazzo.com>
**Subject:** RE: Cedar House Life Change - Subpoena for RF

Hi Scott,

Thank you for confirming. However, upon further review, we are still unable to provide the requested records.

Under 42 CFR Part 2 Subpart E § 2.64, procedures and criteria for orders authorizing uses and disclosures for *noncriminal purposes*, we are prohibited from disclosing Part 2 protected records or even confirming whether a patient was enrolled in our program, without first obtaining an authorizing court order. This regulation is meant to help preserve the confidentiality of substance use disorder patient records and requires that any disclosure for noncriminal purposes must also be authorized by a court order.

3

I apologize for the confusion in my previous response as I mistakenly cited § 2.65, which outlines procedures and criteria for orders authorizing use and disclosure of records to *criminally investigate or prosecute patients*. As you correctly pointed out, this section does not apply in this case.

The authorizing court order described in § 2.61 is "a unique kind of court order" whose sole purpose is to permit the use or disclosure of patient information that would otherwise be prohibited under 42 U.S.C. § 290dd-2. This order is required in place of a patient's written consent and must accompany a subpoena to compel disclosure.

Because we have not received any such order, we are legally prohibited from providing any information at this time.

As previously noted, we are fully committed to complying with your request upon receipt of the appropriate authorizing order and are eager to provide assistance within the bounds of all applicable legal requirements. Please feel free to contact us if there are additional steps we can take to support your efforts.

Respectfully,


**Michael A. Rodriguez, CADC II-CA**
Compliance Officer
Cedar House Life Change Center
Phone # (951) 268-9285
FAX # (909) 421-7128
mrodriguez@cedarhouse.org



**CONFIDENTIALITY STATEMENT -- See California Welfare and Institutions Code Section 5328.** This email message, including attachments, is intended for the sole use of the person(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute this email or information contained in the email. If you have received this email in error, please immediately advise the sender by reply mail, delete this message and destroy all copies of the original message. Thank you.

---

**From:** Scott Kolstad <skolstad@deangazzo.com>
**Sent:** Monday, May 12, 2025 3:34 PM
**To:** Michael Rodriguez <MRodriguez@cedarhouse.org>
**Subject:** Cedar House Life Change - Subpoena for Raymond Loftin DOB 8/16/1984

Hi Michael,

Just following up on our conversation from earlier today. I confirmed that no motion to quash the subpoena to Cedar House has been filed and the time to file one has passed. Please provide requested records at your earliest opportunity.

Please feel free to reach out if there are any questions.

Thanks!

**Scott Kolstad**
Senior Paralegal



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
skolstad@deangazzo.com
(858) 380-4683 - Direct
www.deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to the address shown above. Thank you.