# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No. **5:22-cv-02133-AH (DTBx)**          Date: **June 11, 2025**

Title: **Christopher Urquijo, et al v. State of California, et al.**

========================================================================

**DOCKET ENTRY**

========================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| None present | None present |

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING DEFENDANT'S MOTION TO COMPEL [DOCKET NO. 127]**

     On June 10, 2025, Defendant Sergeant Daniel Howard filed a Motion to Compel Non-Party Compliance with Subpoena ("Motion") (Docket No. 127). Pursuant to Central District of California Local Rule 7-9, any opposition to the Motion is currently due on or before June 19, 2025 and pursuant to Central District of California Local Rule 7-10, any reply to any opposition is currently due on or before June 26, 2025. After reviewing the Motion, the Court has determined that the same can be ruled upon on the papers submitted without a hearing. As such, the hearing noticed for July 10, 2025 is taken off calendar. Fed.R.Civ.P. 78(b), Central District of California Local Rule 7-15. No appearance by any party is required unless otherwise ordered by the Court.

     The Clerk is directed to provide a copy of this Order on the Non-Party, Cedar House Life Change Center, 18612 Santa Ana Avenue, Bloomington, CA 92316.

     **IT IS SO ORDERED**.