Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
ksullivan@deangazzo.com
alau@deangazzo.com

Attorneys for Defendant
Sergeant Daniel Howard

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**DECLARATION OF KIMBERLY A. SULLIVAN IN SUPPORT OF REPLY OF DEFENDANT SERGEANT DANIEL HOWARD TO PLAINTIFFS' OPPOSITION TO HIS MOTION TO COMPEL NON-PARTY COMPLIANCE WITH SUBPOENA [FRCP 45]**<br><br>**DISCOVERY MATTER**<br><br>Date: July 10, 2025<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Magistrate: David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 02/24/2026 |

///

///

1

Case No. 5:22-cv-02133-AH-DTB

I, Kimberly A. Sullivan, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am also a partner in the law firm of Dean Gazzo Roistacher, LLP, attorneys of record for defendant Sergeant Daniel Howard in this matter. I have personal knowledge of the following facts, and if called to testify with respect thereto, would do so competently.

2. Records already produced in the litigation from Aurora Charter Oak document that about 10 days before the incident the decedent had been suicidal for the past two weeks, was homeless, was using methamphetamine on a daily basis and was diagnosed with major depressive disorder. Those records further document that the decedent voluntarily checked himself into Aurora Charter Oak because of his suicidal ideations and plan. He was also experiencing auditory hallucinations and paranoid delusions. Discharge records from Aurora Charter Oak a week before the incident document that the decedent was encouraged to stay away from using illicit drugs which could exacerbate his symptoms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 26, 2025.

/s/ Kimberly A. Sullivan
Kimberly A. Sullivan, declarant