Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:    lroistacher@deangazzo.com
           ksullivan@deangazzo.com
           alau@deangazzo.com

Attorneys for Defendant
Sergeant Daniel Howard

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**CERTIFICATE OF SERVICE**<br><br>Courtroom: 7D<br>Judge:       Anne Hwang<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 02/24/2026 |

1

Case No. 5:22-cv-02133-AH-DTB

I, Melissa Macias, declare:

That I am and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred. My business address is 440 Stevens Avenue, Suite 100, Solana Beach, California 92075 and my electronic address is mmacias@deangazzo.com.

On June 27, 2025, I served the following documents described as:

**1. Reply of Defendant Sergeant Daniel Howard to Plaintiffs' Opposition to his Moton to Compel Non-Party Compliance with Subpoena [FRCP 45]; Declaration of Kimberly A. Sullivan**

on all interested parties in this action addressed as follows:

Cedar House Life Change Center
18612 Santa Ana Avenue
Bloomington, CA 92316
Michael Rodriguez MRodriguez@cedarhouse.org
Daniel Chagolla DChagolla@cedarhouse.org

(VIA U.S. MAIL AND E-MAIL)

| | |
|---|---|
| **X** | BY E-MAIL: On the date stated above, I caused to be served the document via e-mail described above on designated recipients. |
| **X** | BY MAIL: By placing an envelope for collection and mailing following our ordinary business practices. I am readily familiar with the office's practice of collecting and processing of documents for mailing. Under that practice it would be deposited with the United States Postal Service on the same day in a sealed envelope with first-class postage prepaid at Solana Beach, California in the ordinary course of a business day. |
| | BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 27, 2025.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Melissa Macias*
Melissa Macias, Declarant