1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Renee V. Masongsong, Esq. (SBN 281819)
3  rvalentine@galipolaw.com
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Tel:   (818) 347-3333
5  Fax:   (818) 347-4118

6  **LAW OFFICE OF SHARON J. BRUNNER**
7  Sharon J. Brunner, Esq. (SBN 229931)
   sharonjbrunner@yahoo.com
8  14393 Park Ave., Suite 101
   Victorville, CA 92392
9  Tel:   (760) 243-9997
   Fax:   (760) 843-8155
10

11 **LAW OFFICE OF JAMES S. TERRELL**
   James S. Terrell, Esq. (SBN 170409)
12 15411 Anacapa Road
   Victorville, CA 92392
13 Tel:   (760) 951-5850
   Fax:   (760) 952-1085
14

15 *Attorneys for Plaintiffs*, Christopher Urquijo, et al.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 5:22-cv-02133-AH(DTBx) <br><br> *Assigned to*: <br> Hon. District Judge Anne Hwang <br> Hon. Mag. Judge David T. Bristow <br><br> **STIPULATION TO AMEND SCHEDULING ORDER TO ALLOW PLAINTIFFS TO AMEND THEIR COMPLAINT TO NAME NECESSARY PARTIES AS PLAINTIFFS, DISMISS DEFENDANTS SERGIO VASQUEZ AND NICOLAS MERCADO AND CONTINUING SCHEDULING ORDER DATES** |

STIPULATION TO AMEND SCHEDULING ORDER TO ALLOW PLAINTIFFS TO AMEND THEIR COMPLAINT TO NAME NECESSARY PARTIES AS PLAINTIFFS, DISMISS DEFENDANTS SERGIO VASQUEZ AND NICOLAS MERCADO AND CONTINUING SCHEDULING ORDER DATES

Plaintiffs, CHRISTOPHER URQUIJO, individually; LORI MEEKS, individually, and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and S.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; along with Defendants, STATE OF CALIFORNIA, DANIEL HOWARD, NICHOLAS MERCADO, and SERGIO VASQUEZ, hereby stipulate as follows:

1. The decedent in this matter (Raymond Loftin, III) has two additional heirs—TYLER VINSON-LOFTIN and RAYMOND ALGARIN TORRES—who are necessary parties to this matter who are not currently plaintiffs or nominal defendants.

2. The Parties agree that Plaintiffs may file a Fourth Amended Complaint naming TYLER VINSON-LOFTIN and RAYMOND ALGARIN TORRES as Plaintiffs in this matter. A redlined copy of Plaintiffs' proposed Fourth Amended Complaint is attached hereto as "Exhibit A." Plaintiffs will file the amended complaint within 7 days of this Court's order allowing it. Defendants will have 21 days to respond to the amended complaint.

3. The parties agree to continue the following scheduling order dates:

| EVENT | ORIGINAL DATE | TIME COMPUTATION | AMENDED DATE |
| --- | --- | --- | --- |
| Trial | 2/24/2026 | Monday at 9:00 a.m. | 5/26/ 2026 |
| Final Pretrial Conference (FPTC | 1/28/2026 | Friday at 1:00 p.m. at least 17 days before trial | 4/17/2026 |
| Fact Discovery Cut Off | 7/18/2025 | 27 weeks before FPTC | 10/10/2025 |
| Expert Disclosure (Initial) | 7/25/2025 | 27 weeks before FPTC 26 weeks before FPTC | 10/17/2025 |
| Expert Disclosure (Rebuttal) | 8/1/2025 | 24 weeks before FPTC | 11/7/2025 |

| | | | |
|---|---|---|---|
| Expert Discovery Cut-Off | 8/15/2025 | 22 weeks before FPTC | 11/14/2025 |
| Last Day To Hear Motions[1] | 11/7/2025 | 11 weeks before FPTC | 1/30/2026 |
| Deadline to Complete Settlement Conference | 11/28/2025 | 8 weeks before FPTC | 2/20/2026 |
| Deadline to File Motions in Limine | 12/12/2025 | 6 weeks before FPTC | 3/6/2026 |
| Deadline for Oppositions to Motions in Limine | 12/26/2025 | 4 weeks before FPTC | 3/20/2026 |
| Trial Filings (first round – see Doc. 89) | 12/26/2025 | 4 weeks before FPTC | 3/20/2026 |
| Trial Filings (second round – see Doc. 89) | 1/9/2026 | 2 weeks before FPTC | 4/3/2026 |
| Hearing on Motions in Limine | 1/16/2026 | 1 week before FPTC | 4/10/2026 |
| Last Day to Amend the Pleadings or Add Parties[2] | 10/13/2023 | | 7 days after this Court's Order on the instant stipulation |

4. The Parties submit that GOOD CAUSE exists to grant this Stipulation and Request because TYLER VINSON-LOFTIN and RAYMOND ALGARIN TORRES are indispensable parties under Federal Rules of Civil Procedure,

---

[1] The Parties stipulate and agree to an extended briefing schedule on any dispositive motion, such that the non-moving party will have two weeks to provide their opposition portion of the joint brief, joint appendix of facts, and joint appendix of evidence from the date that the moving party provides their portion of the joint documents to the non-moving party.

[2] The Parties stipulate and agree to extend this date only for the purpose of naming TYLER VINSON-LOFTIN and RAYMOND ALGARIN TORRES as Plaintiffs in this matter. However, this does not waive defendants' right to request that the pleadings be further amended should they discover additional heirs.

Rule 19 and the parties need additional time to complete necessary discovery related to these parties. The parties have been diligently conducting discovery. Written discovery has been done, documents have been exchanged, subpoenas issued and 15 depositions taken with 2 more on calendar.

The parties further stipulate as follows:

5. The parties stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that all claims and causes of action against Defendants Nicholas Mercado and Sergio Vasquez be dismissed with prejudice, with each party bearing that party's own attorney's fees and costs. Defendants Nicholas Mercado and Sergio Vasquez will not be included as defendants in any future amended complaints.

IT IS SO STIPULATED.

DATED: July 1, 2025                LAW OFFICES OF DALE K. GALIPO

                                   By:      *s/ Renee V. Masongsong*
                                        Dale K. Galipo
                                        Renee V. Masongsong
                                        *Attorneys for Plaintiffs*

Dated: July 1, 2025                LAW OFFICE OF JAMES S. TERRELL

                                   By: *s/ James S. Terrell*
                                        James S. Terrell
                                        Attorneys for Plaintiffs

Dated: July 1, 2025                LAW OFFICE OF SHARON J. BRUNNER

                                   By: *s/ Sharon J. Brunner*
                                        Sharon J. Brunner
                                        Attorneys for Plaintiffs

-4-
STIPULATION TO AMEND SCHEDULING ORDER TO ALLOW PLAINTIFFS TO AMEND THEIR COMPLAINT TO NAME NECESSARY PARTIES AS PLAINTIFFS, DISMISS DEFENDANTS SERGIO VASQUEZ AND NICOLAS MERCADO AND CONTINUING SCHEDULING ORDER DATES

Dated: July 1, 2025                     Dean Gazzo Roistacher LLP

By: *s/ Kimberly A. Sullivan*
Lee H. Roistacher
Kimberly A. Sullivan
Aleries Lau
Attorneys for Defendant
Sergeant Daniel Howard

Dated: July 1, 2025                     Rob Bonta
Attorney General of California
Elizabeth S. Angres
Supervising Deputy Attorney General

By: *s/ Haiyang A. Li*
David Klehm
Haiyang A. Li
Attorneys for Defendants State of California (by and through the California Highway Patrol), CHP Officer Nicholas Mercado and CHP Officer Sergio Vasquez

STIPULATION TO AMEND SCHEDULING ORDER TO ALLOW PLAINTIFFS TO AMEND THEIR COMPLAINT TO NAME NECESSARY PARTIES AS PLAINTIFFS, DISMISS DEFENDANTS SERGIO VASQUEZ AND NICOLAS MERCADO AND CONTINUING SCHEDULING ORDER DATES