**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 5:22-cv-02133-AH (DTBx)<br><br>*Assigned to*:<br>Hon. District Judge Anne Hwang<br>Hon. Mag. Judge David T. Bristow<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER TO ALLOW PLAINTIFFS TO AMEND THEIR COMPLAINT TO NAME NECESSARY PARTIES AS PLAINTIFFS, DISMISS DEFENDANTS SERGIO VASQUEZ AND NICOLAS MERCADO AND CONTINUING SCHEDULING ORDER DATES** |

　Having reviewed the Parties' Stipulation, it is hereby ordered as follows:

1. Plaintiffs may file a Fourth Amended Complaint naming TYLER VINSON-LOFTIN and RAYMOND ALGARIN TORRES as Plaintiffs in this matter. Plaintiffs will file the amended complaint within 7 days of this order. Defendants will have 21 days to respond to the amended complaint.

2. The scheduling order dates shall be continued as follows:

-1-
[PROPOSED] ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER TO ALLOW PLAINTIFFS TO AMEND THEIR COMPLAINT TO NAME NECESSARY PARTIES AS PLAINTIFFS, DISMISS DEFENDANTS SERGIO VASQUEZ AND NICOLAS MERCADO AND CONTINUING SCHEDULING ORDER DATES

| EVENT | ORIGINAL DATE | TIME COMPUTATION | AMENDED DATE |
|---|---|---|---|
| Trial | 2/24/2026 | Monday at 9:00 a.m. | 5/26/2026 |
| Final Pretrial Conference (FPTC | 1/28/2026 | Friday at 1:00 p.m. at least 17 days before trial | 4/17/2026 |
| Fact Discovery Cut Off | 7/18/2025 | 27 weeks before FPTC | 10/10/2025 |
| Expert Disclosure (Initial) | 7/25/2025 | 27 weeks before FPTC 26 weeks before FPTC | 10/17/2025 |
| Expert Disclosure (Rebuttal) | 8/1/2025 | 24 weeks before FPTC | 11/7/2025 |
| Expert Discovery Cut-Off | 8/15/2025 | 22 weeks before FPTC | 11/14/2025 |
| Last Day To Hear Motions[1] | 11/7/2025 | 11 weeks before FPTC | 1/30/2026 |
| Deadline to Complete Settlement Conference | 11/28/2025 | 8 weeks before FPTC | 2/20/2026 |
| Deadline to File Motions in Limine | 12/12/2025 | 6 weeks before FPTC | 3/6/2026 |
| Deadline for Oppositions to Motions in Limine | 12/26/2025 | 4 weeks before FPTC | 3/20/2026 |
| Trial Filings (first round – see Doc. 89) | 12/26/2025 | 4 weeks before FPTC | 3/20/2026 |
| Trial Filings (second round – see Doc. 89) | 1/9/2026 | 2 weeks before FPTC | 4/3/2026 |
| Hearing on Motions in Limine | 1/16/2026 | 1 week before FPTC | 4/10/2026 |

---

[1] The Parties shall have an extended briefing schedule on any dispositive motion, such that the non-moving party will have two weeks to provide their opposition portion of the joint brief, joint appendix of facts, and joint appendix of evidence from the date that the moving party provides their portion of the joint documents to the non-moving party.

-2-
[PROPOSED] ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER TO ALLOW PLAINTIFFS TO AMEND THEIR COMPLAINT TO NAME NECESSARY PARTIES AS PLAINTIFFS, DISMISS DEFENDANTS SERGIO VASQUEZ AND NICOLAS MERCADO AND CONTINUING SCHEDULING ORDER DATES

| Last Day to Amend the Pleadings or Add Parties | 10/13/2023 | | 7 days after this Order |
|---|---|---|---|

3. Under Federal Rule of Civil Procedure 41(a)(1)(ii), all claims and causes of action against Defendants Nicholas Mercado and Sergio Vasquez be dismissed with prejudice, with each party bearing that party's own attorney's fees and costs. Defendants Nicholas Mercado and Sergio Vasquez will not be included as defendants in any future amended complaints.

IT IS SO ORDERED.

DATED:                                    UNITED STATES DISTRICT COURT

_____

HON. ANNE HWANG