**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 5:22-cv-02133-AH(DTBx) <br><br> *Assigned to*: <br> Hon. District Judge Anne Hwang <br> Hon. Mag. Judge David T. Bristow <br><br> **ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER TO ALLOW PLAINTIFFS TO AMEND THEIR COMPLAINT TO NAME NECESSARY PARTIES AS PLAINTIFFS, DISMISS DEFENDANTS SERGIO VASQUEZ AND NICOLAS MERCADO AND CONTINUING SCHEDULING ORDER DATES     [132]** <br><br> *NOTE CHANGES MADE BY COURT* |

Having reviewed the Parties' Stipulation, it is hereby ordered as follows:

1. Plaintiffs may file a Fourth Amended Complaint naming TYLER VINSON-LOFTIN and RAYMOND ALGARIN TORRES as Plaintiffs in this matter. Plaintiffs will file the amended complaint within 7 days of this order. Defendants will have 21 days to respond to the amended complaint.

2. The scheduling order dates shall be continued as follows:

| EVENT | ORIGINAL | TIME | AMENDED |
|---|---|---|---|

-1-

|  | DATE | COMPUTATION | DATE |
|---|---|---|---|
| Trial | 2/23/2026 | Monday at 8:30 a.m. | 5/26/2026 |
| Final Pretrial Conference (FPTC | 1/23/2026 | Friday at 1:30 p.m. at least 17 days before trial | 5/6/2026 |
| Fact Discovery Cut Off | 7/18/2025 | 27 weeks before FPTC | 10/10/2025 |
| Expert Disclosure (Initial) | 7/25/2025 | 27 weeks before FPTC 26 weeks before FPTC | 10/17/2025 |
| Expert Disclosure (Rebuttal) | 8/1/2025 | 24 weeks before FPTC | 11/7/2025 |
| Expert Discovery Cut-Off | 8/15/2025 | 22 weeks before FPTC | 11/14/2025 |
| Last Day To Hear Motions[1] | 11/7/2025 | 11 weeks before FPTC | 1/30/2026 |
| Deadline to Complete Settlement Conference | 11/28/2025 | 8 weeks before FPTC | 2/20/2026 |
| Trial Filings (first round)[2] | 12/26/2025 | 4 weeks before FPTC | 4/8/26 |
| Trial Filings (second round) | 1/9/2026 | 2 weeks before FPTC | 4/22/26 |
| Last Day to Amend the Pleadings or Add Parties | 10/13/2023 |  | 7 days after this Order |

3. Under Federal Rule of Civil Procedure 41(a)(1)(ii), all claims and causes of

---

[1] The Parties shall have an extended briefing schedule on any dispositive motion, such that the non-moving party will have two weeks to provide their opposition portion of the joint brief, joint appendix of facts, and joint appendix of evidence from the date that the moving party provides their portion of the joint documents to the non-moving party.

[2] The parties are ordered to review the Court's Civil Standing Order and Civil Pretrial Schedule and Trial Order, available on the Court's webpage, for further instructions regarding trial filings, including motions in limine.

action against Defendants Nicholas Mercado and Sergio Vasquez are dismissed with prejudice, with each party bearing that party's own attorney's fees and costs. Defendants Nicholas Mercado and Sergio Vasquez will not be included as defendants in any future amended complaints.

There shall be no further request for continuance.

IT IS SO ORDERED.

DATED: JULY 3, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE