**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA91367
Tel:    (818) 347-3333
Fax:    (818) 347-4118

**LAW OFFICE OF SHARON J. BRUNNER**
Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel:    (760) 243-9997
Fax:    (760) 843-8155

**LAW OFFICE OF JAMES S. TERRELL**
James S. Terrell, Esq. (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Tel:    (760) 951-5850
Fax:    (760) 952-1085

*Attorneys for Plaintiffs*, Christopher Urquijo, et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al, | Case No. 5:22-cv-02133-SSS-DTB |
| Plaintiffs, | *Assigned to*: Hon. District Judge Sunshine S. Sykes Hon. Mag. Judge David T. Bristow |
| vs. | |
| STATE OF CALIFORNIA, et al., | **DECLARATION OF TYLER VINSON-LOFTIN AS SUCCESSOR-IN-INTEREST TO RAYMOND LOFTIN, III** |
| Defendants. | [Cal. Code Civ. Pro. § 373] |

-1-

DECLARATION OF TYLER VINSON-LOFTIN AS SUCCESSOR-IN-INTEREST TO RAYMOND LOFTIN, III

## C.C.P. § 377.32 DECLARATION OF TYLER VINSON-LOFTIN

I, TYLER VINSON-LOFTIN do hereby declare as follows:

1.      I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2.      I am the natural son of decedent Raymond Loftin ("the decedent").

3.      Decedent Raymond Loftin passed away on June 23, 2021 in the County of San Bernardino, California.

4.      No proceeding is now pending in California for the decedent's estate. Further, no proceeding for admission of the decedent's estate is pending in any other state court at this time.

5.      I am one of the decedent's successors in interest (as defined in Sections 377.11 and 377.60(b)(1)) of the California Code of Civil Procedure and succeeds to the decedent's interest in the action or proceeding.

6.      No other persons have a superior right to commence this action or proceeding or to be substituted for the decedent in this pending action or proceeding.

7.      A copy of the death certificate of the decedent is attached hereto as "Exhibit A."

I, Tyler Vinson-Loftin, declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on _____7/8/2025_____ in ____Colorado Springs, Colorado_____.

Signed by:

_____
Tyler Vinson-Loftin

_____
1

# EXHIBIT A

# CALIFORNIA

**CERTIFICATION OF VITAL RECORD**

# COUNTY OF SAN BERNARDINO
### SAN BERNARDINO, CALIFORNIA

3052021171855

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/08)

3202136010547

STATE FILE NUMBER

LOCAL REGISTRATION NUMBER

| | | |
|---|---|---|
| 1. NAME OF DECEDENT– FIRST (Given) RAYMOND | 2. MIDDLE JR | 3. LAST (Family) LOFTIN III |

| AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | 4. DATE OF BIRTH mm/dd/ccyy 08/16/1984 | 5. AGE Yrs. 36 | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX M |
|---|---|---|---|---|---|

| 9. BIRTH STATE/FOREIGN COUNTRY TX | 10. SOCIAL SECURITY NUMBER ▓▓▓▓▓ | 11. EVER IN U.S. ARMED FORCES? ☐ YES ☒ NO ☐ UNK | 12. MARITAL STATUS/SRDP (at Time of Death) MARRIED | 7. DATE OF DEATH mm/dd/ccyy 06/23/2021 | 8. HOUR (24 Hours) 0113 |
|---|---|---|---|---|---|

| 13. EDUCATION – Highest Level/Degree (see worksheet on back) 11 | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (if yes, see worksheet on back) ☐ YES ☒ NO | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) WHITE |
|---|---|---|

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED MOBILE MECHANIC | 18. KIND OF BUSINESS OR INDUSTRY (e.g. grocery store, road construction, employment agency, etc.) MECHANIC | 19. YEARS IN OCCUPATION 10 |
|---|---|---|

| 20. DECEDENT'S RESIDENCE (Street and number, or location) 757 E. BASELINE ST | | | | |
|---|---|---|---|---|
| 21. CITY SAN BERNARDINO | 22. COUNTY/PROVINCE SAN BERNARDINO | 23. ZIP CODE 92410 | 24. YEARS IN COUNTY 30 | 25. STATE/FOREIGN COUNTRY CA |

| 26. INFORMANT'S NAME, RELATIONSHIP LORI MEEKS, MOTHER | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) 250 NORTH HERITAGE OAK DRIVE, GLENDORA, CA 91741 |
|---|---|

| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST DANNIEL | 29. MIDDLE - | 30. LAST (BIRTH NAME) ALLEN | |
|---|---|---|---|
| 31. NAME OF FATHER/PARENT–FIRST RAYMOND | 32. MIDDLE JR | 33. LAST LOFTIN II | 34. BIRTH STATE TX |
| 35. NAME OF MOTHER/PARENT–FIRST LORI | 36. MIDDLE H | 37. LAST (BIRTH NAME) HARPER | 38. BIRTH STATE CA |

| 39. DISPOSITION DATE mm/dd/ccyy 07/09/2021 | 40. PLACE OF FINAL DISPOSITION RESIDENCE: LORI MEEKS 250 NORTH HERITAGE OAK DRIVE, GLENDORA, CA 91741 | |
|---|---|---|
| 41. TYPE OF DISPOSITION(S) CR/RES | 42. SIGNATURE OF EMBALMER ▸ NOT EMBALMED | 43. LICENSE NUMBER - |
| 44. NAME OF FUNERAL ESTABLISHMENT FAMILY MEMORIAL MORTUARY AND CREMATORY | 45. LICENSE NUMBER FD2167  46. SIGNATURE OF LOCAL REGISTRAR ▸ MICHAEL A SEQUEIRA, MD | 47. DATE mm/dd/ccyy 07/08/2021 |

| 101. PLACE OF DEATH INTERSTATE | 102. IF HOSPITAL, SPECIFY ONE ☐ IP ☐ ER/OP ☐ DOA | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE ☐ Hospice ☐ Nursing Home/LTC ☐ Decedent's Home ☒ Other |
|---|---|---|
| 104. COUNTY SAN BERNARDINO | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) E/B I10 E/O SIERRA AVE | 106. CITY FONTANA |

| 107. CAUSE OF DEATH | Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? ☒ YES ☐ NO |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) → | GUNSHOT WOUNDS OF THE HEAD AND TORSO | SECS | CORONER'S REFERRAL NUMBER 702107343 |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (B) | | 109. BIOPSY PERFORMED? ☐ YES ☒ NO |
| | (C) | | 110. AUTOPSY PERFORMED? ☒ YES ☐ NO |
| | (D) | | 111. USED IN DETERMINING CAUSE? ☒ YES ☐ NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 NONE |
|---|

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date) NO | 113A. IF FEMALE, PREGNANT IN LAST YEAR? ☐ YES ☐ NO ☐ UNK |
|---|---|

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy   Decedent Last Seen Alive (B) mm/dd/ccyy | 115. SIGNATURE AND TITLE OF CERTIFIER ▸ | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | |

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH ☐ Natural ☐ Accident ☒ Homicide ☐ Suicide ☐ Pending Investigation ☐ Could not be determined | 120. INJURED AT WORK? ☐ YES ☒ NO ☐ UNK | 121. INJURY DATE mm/dd/ccyy 06/23/2021 | 122. HOUR (24 Hours) 0101 |
|---|---|---|---|
| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) INTERSTATE | | | |

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) SHOT DURING LAW ENFORCEMENT ENCOUNTER |
|---|
| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) E/B I10 E/O SIERRA AVE FONTANA, CA 92335 |

| 126. SIGNATURE OF CORONER / DEPUTY CORONER ▸ LESLIE SANCHEZ | 127. DATE mm/dd/ccyy 07/08/2021 | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER LESLIE SANCHEZ, DEPUTY CORONER |
|---|---|---|

| STATE REGISTRAR | A | B | C | D | E | *010001005014182* | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|

CASANBER02

---

## CERTIFIED COPY OF VITAL RECORD
**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF THE SAN BERNARDINO ASSESSOR-RECORDER-CLERK.

DATE ISSUED **JUL 2 6 2021** 

0 0 2 6 1 5 3 6 3


BOB DUTTON
ASSESSOR-RECORDER-CLERK

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-Recorder-Clerk.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**