**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**LAW OFFICE OF SHARON J. BRUNNER**
Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel: (760) 243-9997
Fax: (760) 843-8155

**LAW OFFICE OF JAMES S. TERRELL**
James S. Terrell, Esq. (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850
Fax: (760) 952-1085

*Attorneys for Plaintiffs*, Christopher Urquijo, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 5:22-cv-02133-SSS-DTB <br><br> *Assigned to*: <br> Hon. District Judge Sunshine S. Sykes <br> Hon. Mag. Judge David T. Bristow <br><br> **DECLARATION OF RAYMOND ALGARIN TORRES AS SUCCESSOR-IN-INTEREST TO RAYMOND LOFTIN, III** <br><br> [Cal. Code Civ. Pro. § 373] |

## C.C.P. § 377.32 DECLARATION OF RAYMOND ALGARIN TORRES

I, RAYMOND ALGARIN TORRES do hereby declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. I am the natural son of decedent Raymond Loftin ("the decedent").

3. Decedent Raymond Loftin passed away on June 23, 2021 in the County of San Bernardino, California.

4. No proceeding is now pending in California for the decedent's estate. Further, no proceeding for admission of the decedent's estate is pending in any other state court at this time.

5. I am one of the decedent's successors in interest (as defined in Sections 377.11 and 377.60(b)(1)) of the California Code of Civil Procedure and succeeds to the decedent's interest in the action or proceeding.

6. No other persons have a superior right to commence this action or proceeding or to be substituted for the decedent in this pending action or proceeding.

7. A copy of the death certificate of the decedent is attached hereto as "Exhibit A."

I, Raymond Algarin Torres, declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on ____7/8/2025____ in ____Minot, North Dakota____.

Signed by:
_____
Raymond Algarin Torres

1

# EXHIBIT A

# COUNTY OF SAN BERNARDINO
SAN BERNARDINO, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052021171855
LOCAL REGISTRATION NUMBER: 3202136010547

**DECEDENT'S PERSONAL DATA**
1. NAME OF DECEDENT - FIRST (Given): RAYMOND
2. MIDDLE: JR
3. LAST (Family): LOFTIN III
4. DATE OF BIRTH: 08/16/1984
5. AGE Yrs.: 36
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: TX
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS: MARRIED
7. DATE OF DEATH: 06/23/2021
8. HOUR (24 Hours): 0113
13. EDUCATION: 11
14/15. HISPANIC: NO
16. RACE: WHITE
17. USUAL OCCUPATION: MOBILE MECHANIC
18. KIND OF BUSINESS OR INDUSTRY: MECHANIC
19. YEARS IN OCCUPATION: 10

**USUAL RESIDENCE**
20. DECEDENT'S RESIDENCE: 757 E. BASELINE ST
21. CITY: SAN BERNARDINO
22. COUNTY: SAN BERNARDINO
23. ZIP CODE: 92410
24. YEARS IN COUNTY: 30
25. STATE: CA

**INFORMANT**
26. INFORMANT'S NAME, RELATIONSHIP: LORI MEEKS, MOTHER
27. INFORMANT'S MAILING ADDRESS: 250 NORTH HERITAGE OAK DRIVE, GLENDORA, CA 91741

**SPOUSE/SRDP AND PARENT INFORMATION**
28. NAME OF SURVIVING SPOUSE - FIRST: DANNIEL
29. MIDDLE: -
30. LAST (BIRTH NAME): ALLEN
31. NAME OF FATHER/PARENT - FIRST: RAYMOND
32. MIDDLE: JR
33. LAST: LOFTIN II
34. BIRTH STATE: TX
35. NAME OF MOTHER/PARENT - FIRST: LORI
36. MIDDLE: H
37. LAST (BIRTH NAME): HARPER
38. BIRTH STATE: CA

**FUNERAL DIRECTOR/LOCAL REGISTRAR**
39. DISPOSITION DATE: 07/09/2021
40. PLACE OF FINAL DISPOSITION: RESIDENCE: LORI MEEKS, 250 NORTH HERITAGE OAK DRIVE, GLENDORA, CA 91741
41. TYPE OF DISPOSITION(S): CR/RES
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: FAMILY MEMORIAL MORTUARY AND CREMATORY
45. LICENSE NUMBER: FD2167
46. SIGNATURE OF LOCAL REGISTRAR: MICHAEL A SEQUEIRA, MD
47. DATE: 07/08/2021

**PLACE OF DEATH**
101. PLACE OF DEATH: INTERSTATE
103. IF OTHER THAN HOSPITAL: Other
104. COUNTY: SAN BERNARDINO
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: E/B I10 E/O SIERRA AVE
106. CITY: FONTANA

**CAUSE OF DEATH**
107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): GUNSHOT WOUNDS OF THE HEAD AND TORSO
108. DEATH REPORTED TO CORONER?: YES
Internal Number: SECS 702107343
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: YES
111. USED IN DETERMINING CAUSE?: YES
112. OTHER SIGNIFICANT CONDITIONS: NONE
113. WAS OPERATION PERFORMED: NO

**CORONER'S USE ONLY**
119. MANNER OF DEATH: Homicide
120. INJURED AT WORK?: NO
121. INJURY DATE: 06/23/2021
122. HOUR (24 Hours): 0101
123. PLACE OF INJURY: INTERSTATE
124. DESCRIBE HOW INJURY OCCURRED: SHOT DURING LAW ENFORCEMENT ENCOUNTER
125. LOCATION OF INJURY: E/B I10 E/O SIERRA AVE, FONTANA, CA 92335
126. SIGNATURE OF CORONER / DEPUTY CORONER: LESLIE SANCHEZ
127. DATE: 07/08/2021
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: LESLIE SANCHEZ, DEPUTY CORONER

*010001005014182*

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF THE SAN BERNARDINO ASSESSOR-RECORDER-CLERK.

002615363

DATE ISSUED:  JUL 2 6 2021

BOB DUTTON
ASSESSOR-RECORDER-CLERK

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-Recorder-Clerk.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**