# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: CHP 268 AND TESTIMONY RELATED TO CHP 268**<br><br>Courtroom: 7D<br>Judge:  Anne Hwang<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

Having reviewed the Parties' Stipulation, it is hereby ordered as follows:

1. Plaintiffs' counsel (including all attorneys and staff affiliated with plaintiffs' attorneys of record) will destroy all copies of CHP 268 and/or delete all electronic copies of CHP 268 that are within their possession and in the possession of any consultants, experts, and/or vendors;

2. Plaintiffs' counsel will confirm in writing that all copies of CHP 268 were destroyed and/or deleted within seven days of executing the stipulation by sending an email or letter to all defense counsel stating such;

3. The inadvertent disclosure of CHP 268 does not function as a waiver of the attorney-client or work-product privilege;

4. CHP 268 will not be used as evidence or otherwise referenced or referred to in any way throughout the remainder of the litigation or at trial;

5. The following portions of Howard's deposition testimony are struck from his deposition transcript and will not be used as evidence or otherwise referenced or referred to in any way throughout the remainder of the litigation or at trial:

   65:16-67:20

   67:25-69:21

   70:1-20

   71:4-20

   74:6-75:3

   76:1-78:8

6. This order does not prevent defendants from moving to strike and/or exclude the questions and responses contained in Howard's transcript from 67:21-67:24 and 70:21-71:3 at a subsequent time. This order does not prevent plaintiffs from opposing any motion by defendants requesting to strike and/or exclude the

///

///

1 | questions and responses contained in Howard's transcript from 67:21-67:24 and
2 | 70:21-71:3.
3 |     **IT IS SO ORDERED.**
4 |
5 | Dated:_____      _____
                                                   Magistrate David T. Bristow