Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:      lroistacher@deangazzo.com
             ksullivan@deangazzo.com
             alau@deangazzo.com

Attorneys for Defendant
Sergeant Daniel Howard

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>        Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**STIPULATION TO ALLOW ADDITIONAL TIME FOR PLAINTIFFS TO FILE A FIFTH AMENDED COMPLAINT OR DEFENDANTS TO FILE A MOTION TO DISMISS; [PROPOSED] ORDER**<br><br>Courtroom:  7D<br>Judge:        Anne Hwang<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

///

///

///

1

1   The parties, through counsel, stipulate as follows.

2   Plaintiffs are: Christopher Urquijo, individually;  Lori Meeks, individually

3 and as successor-in-interest to Raymond Loftin, deceased; Tyler Vinson-Loftin,

4 individually and as successor-in-interest to Raymond Loftin, deceased; Raymond

5 Algarin Torres, individually and as successor-in-interest to Raymond Loftin,

6 deceased; Y.L. by and through his guardian ad litem Sebrina Lucky, individually

7 and as successor-in-interest to Raymond Loftin, deceased; E.L. by and through her

8 guardian ad litem Sebrina Lucky, individually and as successor-in-interest to

9 Raymond Loftin, deceased; B.L. by through his guardian ad litem Sebrina Lucky,

10 individually and as successor in interest to Raymond Loftin, deceased.

11   Defendants are: California Highway Patrol (CHP) and CHP Sergeant

12 Howard.

13   Pursuant to stipulation, plaintiffs filed a fourth amended complaint on July

14 8, 2025. Doc 132, 134. This Court's order provides defendants with 21 days from

15 the date the fourth amended complaint was filed to respond. Doc 133. Defendants

16 current due date to respond to the fourth amended complaint is July 29, 2025. *See*

17 *id*.

18   Counsel for defendants and plaintiffs have extensively met and conferred

19 regarding the fourth amendment complaint as required by Local Rule 7-3 on the

20 following issues: (1) plaintiffs Tyler Vinson-Loftin and Raymond Algarin Torres'

21 failure to present government claims prior to asserting state law causes of action;

22 (2) the unclear allegations asserted by all plaintiffs in support of their Fourth

23 Amendment cause of action; and (3) the insufficiency of allegations to support a

24 Fourteenth Amendment loss of familial association cause of action for plaintiffs

25 Tyler Vinson-Loftin and Raymond Algarin Torres.

26   On all except the first issue, the parties have agreed that plaintiffs can

27 remedy the issues by filing an amended complaint. Plaintiffs are still evaluating

28 the first issue and whether to amend the complaint in an effort to resolve it.

The parties agree and request that plaintiffs be provided 14 days from entry of this order to file a fifth amended complaint, and defendants will have 21 days from filing to respond.

The parties further agree that should this Court deny this stipulation, that defendants' time to respond to the fourth amended complaint be extended from July 29, 2025, to 10 days after this Court's order on this stipulation.

Dated: July 24, 2025                                Dean Gazzo Roistacher LLP

By: */s/ Kimberly A. Sullivan*

Lee H. Roistacher
Kimberly A. Sullivan
Aleries Lau
Attorneys for Defendant
Sergeant Daniel Howard

Dated: July 24, 2025                                Law Offices of Dale Galipo

By: */s/ Renee V. Masongsong*

Renee V. Masongsong
Attorney for Plaintiffs
Email: dalekgalipo@yahoo.com;
sanderson@galipolaw.com;
amonguia@galipolaw.com;
rvalentine@galipolaw.com

Dated: July 24, 2025                                James S. Terrell Law Offices

By: */s/ James Stephen Terrell*

James Stephen Terrell
Attorney for Plaintiffs
Email: jim@talktoterrell.com

3

1 │ Dated: July 24, 2025                          Law Offices of Sharon J Brunner

2 │                                     By:   /s/ Sharon J. Brunner

3 │                                           Sharon J. Brunner
                                              Attorney for Plaintiffs
4 │                                           Email: sharonjbrunner@yahoo.com

5 │

6 │ Dated: July 24, 2025                          CAAG - Office of Attorney General

7 │

8 │                                     By:   /s/ Haiyang Li
                                              Haiyang Li
9 │                                           David Klehm
                                              Attorney for Defendants, State of
10 │                                          California California Highway
                                             Patrol, Officer Nicholas Mercado
11 │                                          and Officer Sergio Vasquez
12 │                                          Email: Allen.Li@doj.ca.gov
13 │                                                 David.Klehm@doj.ca.gov

14 │

15 │                       **SIGNATURE CERTIFICATION**

16 │        Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this

17 │ document is acceptable to counsel for all parties and that I have obtained Plaintiffs'

18 │ counsel's authorization to affix his electronic signature to this document.

19 │ Dated: July 24, 2025              /s/ Kimberly A. Sullivan
                                       Kimberly A. Sullivan
20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │
                                        4