1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10   CHRISTOPHER URQUIJO,                  Case No.: 5:22-cv-02133-AH-DTB
     individually, LORI MEEKS,
11   individually and as successor in     **PROPOSED ORDER ALLOWING**
     interest to Raymond Loftin, deceased, **ADDITIONAL TIME FOR**
12   Y.L. by and through his guardian ad   **PLAINTIFFS TO FILE A FIFTH**
     litem Sebrina Lucky, individually and **AMENDED COMPLAINT OR**
13   as successor in interest to Raymond   **DEFENDANTS TO FILE A MOTION**
     Loftin, deceased, E.L. by and through **TO DISMISS**
14   her guardian ad litem Sebrina Lucky,
     individually and as successor in     Courtroom:  7D
15   interest to Raymond Loftin, deceased, Judge:      Anne Hwang
     and B.L. by through his guardian ad   Magistrate:  David T. Bristow
16   litem Sebrina Lucky, individually and
     as successor in interest to Raymond   Complaint Filed: 11/30/2022
17   Loftin, deceased.                     Trial Date: 05/26/2026

18              Plaintiffs,

19          v.

20   STATE OF CALIFORNIA,
     CALIFORNIA HIGHWAY PATROL,
21   SERGEANT DANIEL HOWARD,
     OFFICER NICHOLAS MERCADO,
22   OFFICER SERGIO VASQUEZ, and
     DOES 4-10, Inclusive.
23
                Defendants.
24

25        The Court has reviewed the parties' Stipulation to Allow Plaintiffs to File

26   a Fifth Amended Complaint or Defendants to File a Motion to Dismiss, and for

27   good cause shown, the Court orders:

28
                                    1

Plaintiffs have 14 days from entry of this order to file the fifth amended complaint, and defendants will have 21 days from filing to respond. [OR Defendants' time to respond to the fourth amended complaint is extended from July 29, 2025, to 10 days after this Court's order denying the parties' stipulation.]

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          Honorable Anne Hwang
                                          United States District Judge