# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; TYLER VINSON-LOFTIN and RAYMOND ALGARIN TORRES, in each case as successor in interest to Raymond Loftin, deceased<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA and DANIEL HOWARD<br><br>Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**PROPOSED ORDER RE: PLAINTIFFS' CLAIMS**<br><br>Courtroom: 7D<br>Judge:  Anne Hwang<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

The Court has reviewed the parties' Stipulation re: Plaintiffs' Claims, and for good cause shown, the Court orders as follows:

1. Plaintiffs have clarified the allegations in their Fourth Amendment claim.

2. Plaintiffs Tyler Vinson-Loftin and Raymond Algarin Torres are dismissed from the state law causes of action (cause of action no. 3 in the 4AC, Violation of the Bane Act; cause of action no. 4 in the 4AC, Negligence, Wrongful Death; cause of action no. 6 in the 4AC, Battery/Wrongful Death).

3. Plaintiffs Tyler Vinson-Loftin and Raymond Algarin Torres are dismissed from the second cause of action in the 4AC, Substantive Due Process under the Fourteenth Amendment.

4. Within seven days of the entry of this order, Defendant Howard will file an answer to Plaintiffs' 4AC, subject to the foregoing dismissals.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Anne Hwang
United States District Judge