Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:     lroistacher@deangazzo.com
            ksullivan@deangazzo.com
            alau@deangazzo.com

Attorneys for Defendant
Sergeant Daniel Howard

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually; LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and E.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; TYLER VINSON-LOFTIN, individually and as successor in interest to Raymond Loftin, deceased; and RAYMOND ALGARIN TORRES, individually and as successor in interest to Raymond Loftin, deceased.<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br><br>        Defendants. | Case No.: 5:22-cv-02133-AH (DTBx)<br><br>**DEFENDANT SERGEANT DANIEL HOWARD'S ANSWER TO PLAINTIFFS' FOURTH AMENDED COMPLAINT AND REQUEST FOR JURY TRIAL**<br><br>Courtroom:      9C<br>Judge:            Anne Hwang<br>Magistrate Judge: David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/05/2025 |

///

///

1

Defendant Sergeant Daniel Howard answers plaintiffs' Fourth Amended Complaint as follows:

1.     Answering Paragraphs 1-2: Admit this Court has jurisdiction and venue is proper.  Deny all other factual allegations.

2.     Answering Paragraph 3: Deny all factual allegations.

3.     Answering Paragraphs 4-12: Deny all factual allegations based on a lack of sufficient information or belief to admit or deny.

4.     Answering Paragraph 13: Deny being correctly named and referred to as Doe 1.  Admit the remaining factual allegations.

5.     Answering Paragraph 14: Deny all factual allegations based on a lack of sufficient information or belief to admit or deny.

6.     Answering Paragraph 15: Admit.

7.     Answering Paragraphs 16-19: Deny all factual allegations based on a lack of sufficient information or belief to admit or deny.

8.     Answering Paragraph 20: Deny.

9.     Answering Paragraph 21: Deny all factual allegations based on a lack of sufficient information or belief to admit or deny.

10.     Answering Paragraph 22: Paragraph contains no factual allegations requiring an affirmative response.

11.     Answering Paragraphs 23-25: Deny the action was timely filed within all applicable statutes of limitation.  Deny remaining factual allegations.

12.     Answering Paragraph 26: Responses to paragraphs 1-25 are incorporated.

13.     Answering Paragraph 27: Deny based on lack of sufficient information or belief to admit or deny.

14.     Answering Paragraph 28: Deny "at approximately 2300 hours" for lack of sufficient information of belief to admit or deny.  Admit remaining factual allegations.

2

15.    Answering Paragraph 29: Deny "approximately 44 minutes later" for lack of sufficient information of belief to admit or deny.  Admit remaining factual allegations.

16.    Answering Paragraphs 30-34: Deny.

17.    Answering Paragraph 35: Deny all factual allegations for lack of sufficient information or belief to admit or deny.

18.    Answering Paragraph 36: Deny.

19.    Answering Paragraph 37: Responses to paragraphs 1-36 are incorporated.

20.    Answering Paragraph 38: Admit using deadly force.  Deny all remaining factual allegations.

21.    Answering Paragraph 39: Paragraph contains no factual allegations requiring an affirmative response.

22.    Answering Paragraph 40: Deny.

23.    Answering Paragraph 41: Admit.

24.    Answering Paragraphs 42-45: Deny.

25.    Answering Paragraph 46: Deny based on a lack of sufficient information or belief to admit or deny.

26.    Answering Paragraph 47: Deny.

27.    Answering Paragraph 48: Because of the use of "defendant," deny based on insufficient information or belief to admit or deny.

28.    Answering Paragraphs 50-58: Deny.

29.    Answering Paragraph 59: Paragraph contains no factual allegations requiring an affirmative response.

30.    Answering Paragraph 60: Responses to paragraphs 1-59 are incorporated.

31.    Answering Paragraphs 61-62: Paragraphs contain no factual allegations requiring an affirmative response.

1    32.    Answering Paragraphs 63-65: Deny based on lack of sufficient
2    information or belief to admit or deny.

3    33.    Answering Paragraphs 66-67: Deny.

4    34.    Answering Paragraph 68: Admit acting under color of law.  Deny
5    remaining factual allegations.

6    35.    Answering Paragraph 69: Deny as to Does 4-10 based on lack of
7    sufficient information or belief to admit or deny.  Admit remaining factual
8    allegations.

9    36.    Answering Paragraphs 70-72: Deny.

10    37.    Answering Paragraph 73: Responses to paragraphs 1-72 are
11    incorporated.

12    38.    Answering Paragraph 74: Paragraph contains no facts requiring an
13    affirmative response.

14    39.    Answering Paragraph 75: Deny.

15    40.    Answering Paragraph 76: Admit acting within course and scope of
16    employment.  Deny remaining factual allegations.

17    41.    Answering Paragraphs 77-85: Deny.

18    42.    Answering Paragraphs 86-87: Paragraphs contain no facts requiring
19    an affirmative response.

20    43.    Answering Paragraphs 88-89: Deny all factual allegations.
21    Remaining non-factual allegations require no affirmative response.

22    44.    Answering Paragraph 90: Responses to paragraphs 1-89 are
23    incorporated.

24    45.    Answering Paragraph 91: Deny all factual allegations. Remaining
25    non-factual allegations require no affirmative response.

26    46.    Answering Paragraphs 92-93: Deny.

27    47.    Answering Paragraphs 94-95: Paragraphs contain no factual
28    allegations requiring an affirmative response.

4

48.   Answering Paragraph 96: Deny.

49.   Answering Paragraph 97: Paragraph contains no factual allegations requiring an affirmative response.

50.   Answering Paragraphs 98-100: Deny.

51.   Answering Paragraph 101: Responses to paragraphs 1-100 are incorporated.

52.   Answering Paragraph 102: Deny all factual allegations.  Remaining non factual allegations require no affirmative response.

53.   Answering Paragraph 103-110: Deny.

54.   Answering Paragraph 111: Paragraph contains no factual allegations requiring an affirmative response.

55.   Answering Paragraph 112: Deny.

56.   Answering Paragraph 113: Responses to paragraphs 1-112 are incorporated.

57.   Answering Paragraph 114-119: Deny.

58.   Answering Paragraphs 120-121: Paragraphs contain no factual allegations requiring an affirmative response.

59.   Answering Paragraphs 122-123: Deny.

60.   Answering Paragraph 124: Deny a violation of rights.  Remaining non-factual allegations require no affirmative response.

61.   Answering Paragraph 125: Paragraph contains no factual allegations requiring an affirmative response.

62.   Answering Paragraph 126: Deny.

63.   Answering Paragraph 127: Responses to paragraphs 1-126 are incorporated.

64.   Answering Paragraphs 128-135: Deny.

65.   Answering Paragraph 136: Responses to paragraphs 1-135 are incorporated.

1    66.    Answering Paragraphs 137-140: Deny.

2    67.    Answering Paragraph 141: Paragraph contains no factual allegations

3    requiring an affirmative response.

4    68.    Answering Paragraph 142: Responses to paragraphs 1-141 are

5    incorporated.

6    69.    Answering Paragraphs 143-146: Deny all factual allegations.

7    Remaining non-factual allegations require no affirmative response.

8                            **AFFIRMATIVE DEFENSES**

9    1.    Plaintiffs' fourth amended complaint fails to state a claim upon which

10   relief may be granted.

11   2.    Plaintiffs were at fault and any award to plaintiffs, if any, must be

12   reduced in proportion to the fault attributed to them.

13   3.    The damages suffered by plaintiffs, if any, were the actual and

14   proximate result of the acts and/or omissions of others and defendant's liability, if

15   any, is limited in direct proposition to that percentage of fault attributed to him.

16   4.    Plaintiffs are barred from pursuing state law claims based on the

17   failure to comply with the claim presentation requirements of the California

18   Government Code.

19   5.    Plaintiffs' claims are barred by the applicable statute of limitations.

20   6.    Plaintiffs have failed to mitigate damages.

21   7.    Defendant is immune from 42 U.S.C. § 1983 liability under the

22   doctrine of qualified immunity.

23   8.    Defendant is immune from liability for state law claims under,

24   without limitation, Government Code §§ 815.2, 818.2, 818.8, 820.2, 820.4, 820.8,

25   821, 821.6, 822.2, 845.8, and Penal Code § 835a.

26   9.    Plaintiffs have failed to join a party required under Rule 19.

27   10.    Plaintiffs lack standing.

28   ///

                                    6

11.    Defendant currently lacks sufficient knowledge or information upon which to determine whether additional affirmative defenses may be available which have not yet been asserted in this answer, and therefore reserves the right to assert additional affirmative defenses upon subsequent discovery, investigation, and analysis.

## PRAYER

**WHEREFORE**, Defendant prays that judgment be entered in his favor as follows:

1.    That the fourth amended complaint be dismissed with prejudice;

2.    That plaintiffs take nothing by way of their fourth amended complaint;

3.    That defendant be awarded costs of suit and reasonable attorneys' fees;

4.    That the sole liability of defendant, if any, be limited in proportion to the degree of fault attributable to defendant; and

5.    That defendant recover such other and further relief as the Court deems proper.

///
///
///
///
///
///
///
///
///
///
///

7

1

**DEMAND FOR JURY TRIAL**

2      Defendant demands a jury trial of all issues triable by jury under applicable

3  law.

4

5   Dated: July 31, 2025                          Dean Gazzo Roistacher LLP

6                                        By:  */s/ Kimberly A. Sullivan*

7                                            Lee H. Roistacher
                                            Kimberly A. Sullivan
8                                            Aleries Lau
9                                            Attorneys for Defendant
                                            Sergeant Daniel Howard
10                                           Email:lroistacher@deangazzo.com
11                                                ksullivan@deangazzo.com
                                                 alau@deangazzo.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8