Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:      lroistacher@deangazzo.com
             ksullivan@deangazzo.com
             alau@deangazzo.com

Attorneys for Defendant
Sergeant Daniel Howard

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT DANIEL HOWARD'S MOTION TO COMPEL DEPOSITION OF DANIELLE LOFTIN AKA DANIELLE ALLEN**<br><br>**DISCOVERY MATTER**<br><br>Date:         September 4, 2025<br>Time:         10:00 a.m.<br>Courtroom: 4<br><br>Judge:       Anne Hwang<br>Magistrate: David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 02/24/2026 |

**PLEASE TAKE NOTICE** that on September 4, 2025 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4 of the Honorable

1

Case No. 5:22-cv-02133-AH-DTB

1 | David T. Bristow, located at 3470 12th Street, Riverside, CA 92501, Defendant
2 | Sergeant Daniel Howard, will move the Court for an order pursuant to Pursuant
3 | to Federal Rules of Civil Procedure, Rules 30, 37 and 45, compelling the
4 | deposition of Danielle Loftin aka Danielle Allen for her unexcused failure to
5 | appear at her deposition on July 2, 2025 and July 22, 2025.
6 |     Danielle Loftin is not currently represented by counsel. See LR 45-1.
7 |     This motion will be based upon this notice, the accompanying
8 | memorandum of points and authorities, the declaration of Kimberly A. Sullivan
9 | and upon all papers and pleadings on file in this action.
10 | Dated: August 1, 2025                    Dean Gazzo Roistacher LLP

By: /s/ *Kimberly A. Sullivan*
    Lee H. Roistacher
    Kimberly A. Sullivan
    Aleries Lau
    Attorneys for Defendant
    Sergeant Daniel Howard
    Email: lroistacher@deangazzo.com
            ksullivan@deangazzo.com
            alau@deangazzo.com