|   |   |
|---|---|
| 1 | Dean Gazzo Roistacher LLP |
| 2 | Lee H. Roistacher, Esq. (SBN 179619)<br>Kimberly A. Sullivan, Esq. (SBN 317857) |
| 3 | Aleries Lau, Esq. (SBN 340709)<br>440 Stevens Avenue, Suite 100 |
| 4 | Solana Beach, CA  92075<br>Telephone:  (858) 380-4683 |
| 5 | Facsimile:  (858) 492-0486<br>E-mail:      lroistacher@deangazzo.com |
| 6 | ksullivan@deangazzo.com<br>alau@deangazzo.com |
| 7 | Attorneys for Defendant |
| 8 | Sergeant Daniel Howard |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>                Plaintiffs,<br><br>        v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>                Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**DECLARATION OF KIMBERLY A. SULLIVAN IN SUPPORT OF DEFENDANT DANIEL HOWARD'S MOTION TO COMPEL DEPOSITION OF DANIELLE LOFTIN AKA DANIELLE ALLEN**<br><br>**DISCOVERY MATTER**<br><br>Date:         September 4, 2025<br>Time:         10:00 a.m.<br>Courtroom:  4<br><br>Judge:        Anne Hwang<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 02/24/2026 |

I, Kimberly A. Sullivan, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California.  I am also a partner in the law firm of Dean Gazzo Roistacher, LLP, attorneys of

1

1. record for defendant Sergeant Daniel Howard in this matter. I have personal knowledge of the following facts, and if called to testify with respect thereto, would do so competently.

2. Decedent Raymond Loftin has a history of drug use and addiction and has been treated at Cedar Care Life Change Center and Aurora Charter Oak Behavioral Health Care.

3. Records from Aurora Charter Oak document that about 10 days before the incident, Loftin had been suicidal for the past two weeks, was homeless, was using methamphetamine on a daily basis and was diagnosed with major depressive disorder. Those records further document that Loftin voluntarily checked himself into Aurora Charter Oak because of his suicidal ideations and plan. Additionally, he was experiencing auditory hallucinations and paranoid delusions. Discharge records from Aurora Charter Oak dated June 16, 2021, document that Loftin was encouraged to stay away from using illicit drugs which could exacerbate his symptoms.

4. According to the toxicology records, Loftin was under the influence of methamphetamine at the time of the time of the officer involved shooting.

5. Attached hereto as Exhibit "1" are true and correct copies of excerpts from the deposition transcript of Lori Meeks.

6. Attached hereto as Exhibit "2" are true and correct copies of excerpts from the deposition transcript of Christopher Urquijo.

7. Attached hereto as Exhibit "3" are true and correct copies of excerpts from an interview by detectives Hernandez and Bustamante of Christopher Urquijo on June 23, 2021.

8. Attached hereto as Exhibit "4" is a true and correct copy of the subpoena, deposition notice and proof of service for Danielle Loftin's (aka Danielle Allen) deposition on July 2, 2025.

///

1. 9. Attached hereto as Exhibit "5" is a true and correct copy of the transcript for the notice of non-appearance of Danielle Loftin (aka Danielle Allen) on July 2, 2025.

2. 10. On July 3, 2025, I spoke with Danielle Loftin (aka Danielle Allen). Allen agreed to appear for deposition on July 22, 2025 at 1:30 p.m. The date and time were selected by Allen. Allen agreed to accept service of an amended notice and deposition subpoena for July 22, 2025 via email and provided her email address to me. I also emailed her while I was on the phone with her to confirm I had her email correct and she confirmed receipt of my email. Attached hereto as Exhibit "6" is a true and correct copy of the email I sent her on July 3, 2025.

3. 11. Attached hereto as Exhibit "7" is a true and correct copy of the amended subpoena, amended deposition notice and email confirming proof of service for Danielle Loftin's (aka Danielle Allen) deposition on July 22, 2025.

4. 12. Attached hereto as Exhibit "8" is a true and correct copy of the transcript for the notice of non-appearance of Danielle Loftin (aka Danielle Allen) on July 22, 2025.

5. 13. I have tried contacting Danielle Loftin (aka Danielle Allen) by phone, email and text to reschedule her deposition but have not heard back.

6. 14. Counsel for the other parties have not objected to Danielle Loftin's (aka Danielle Allen) deposition or filed a motion to quash.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 1, 2025.

      */s/ Kimberly A. Sullivan*
      Kimberly A. Sullivan, declarant