# EXHIBIT 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


CHRISTOPHER URQUIJO, et al.,

        Plaintiffs,

    vs.                              Case No.
                                          5:22-cv-02133-AH-DTB

STATE OF CALIFORNIA, CALIFORNIA
HIGHWAY PATROL, et al.,

        Defendants.
_____



VIDEOTAPED DEPOSITION OF LORI MEEKS

APPEARING REMOTELY FROM

Victorville, California

MONDAY, JUNE 9, 2025

10:07 A.M.



Jacqueline Campbell Redd

CSR No. 5284

APPEARING REMOTELY FROM

LOS ANGELES COUNTY, CALIFORNIA

| | | |
|---|---|---|
| Lori Meeks | | June 9, 2025 |

```
 1     A     1989.
 2     Q     So Raymond would have been about five years
 3  old when you moved from Texas to California?
 4     A     Yes.
 5     Q     Did Raymond live with you from the time he
 6  was born until he turned 18?
 7     A     Yes.
 8     Q     Did anyone else live with you during that
 9  time period?
10     A     Yes.
11     Q     Who else?
12     A     Christopher and my husband.
13     Q     Cary Meeks?
14     A     Yeah.
15     Q     What year was Christopher born?
16     A     1995.
17     Q     And did Mr. Meeks move in with you in 1997
18  or prior to that date?
19     A     Wait.  He moved in in '96.
20     Q     You said you guys got married in 1997;
21  right?
22     A     Yes.
23     Q     Was Raymond married at the time of his
24  passing?
25     A     If you want to say that, yeah.
```

Lori Meeks                                                    June 9, 2025

```
 1       Q    Why do you say that?
 2       A    Because it wasn't really a marriage I don't
 3  think.
 4       Q    What was the name of the woman that he got
 5  married to prior to his passing?
 6       A    Danielle.
 7       Q    What's her last name?
 8       A    I have no idea.
 9       Q    And why do you say it wasn't a marriage?
10       A    Just they never even consummated their
11  marriage, as far as I knew.
12       Q    Is that something that Raymond told you?
13       A    Well, when we came back from Vegas, he went
14  his way and she went her way.  She went back to her
15  boyfriend.
16       Q    All right.  So I know you sat in on your
17  son's deposition -- Christopher's deposition.  And
18  he told us that you, Christopher, Raymond, and
19  Danielle went to Vegas a few years before the
20  incident; correct?
21       A    A few years?  No.
22       Q    A few days.  Sorry.  Let me start over.
23  Good point.
24            So Christopher testified that a few days
25  before the incident, you, Christopher, Raymond, and
```

Lori Meeks                                                  June 9, 2025

```
 1   Danielle went to Las Vegas.  Do you recall that?
 2        A    Yes.
 3        Q    Is that what happened?  Did you, Raymond,
 4   Christopher, and Danielle go to Vegas a few days
 5   before the incident?
 6        A    Yes.
 7        Q    Whose decision -- or strike that.
 8             Who decided to go to Vegas?
 9        A    Me and Raymond and Christopher.
10        Q    And why did you guys decide to go to Vegas?
11        A    I went there just to gamble.
12        Q    Did you drive?
13        A    Yes.
14        Q    What kind of car did you drive?
15        A    My Honda Civic.
16        Q    Christopher and Raymond rode with you?
17        A    Yes.
18        Q    Do you recall what day you went to Vegas?
19        A    Friday or Saturday.
20        Q    So if the incident happened on June 23rd,
21   2021 -- that was a Wednesday -- do you believe you
22   went to Vegas on the Friday or Saturday before the
23   incident?
24        A    Yes.
25        Q    How long were you in Vegas for?
```

Lori Meeks                                                     June 9, 2025

```
 1        A    Like overnight.
 2        Q    So just one day?
 3        A    Yeah.
 4        Q    And did Danielle ride with you and your two
 5   sons to Vegas and back?
 6        A    Yes.
 7        Q    Had you ever met Danielle before that?
 8        A    Yes.
 9        Q    When did you first meet Danielle?
10        A    I'm not sure.
11        Q    I mean, did you know her for multiple years
12   before you went to Vegas or you just met her?
13        A    Just barely met her.
14        Q    But you said she had a boyfriend?
15        A    Yes.
16        Q    Do you know his name?
17        A    I think it's Dale.
18        Q    Do you know his last name?
19        A    No.
20        Q    Was that a no?
21        A    No.
22        Q    Have you ever met Dale before?
23        A    No.
24        Q    So you get to Vegas with your two sons and
25   Danielle.  Where did you guys stay?
```

Lori Meeks                                                                June 9, 2025

```
 1        A     We didn't.
 2        Q     What time did you get there?
 3        A     I don't know.  Early morning.
 4        Q     What time did you leave?
 5        A     Afternoon.
 6        Q     So you left in the afternoon on Friday or
 7   Saturday, and you get to Vegas in the early morning?
 8        A     No.  We left to go to Vegas early morning,
 9   and we left Vegas in the afternoon.
10        Q     Okay.  So you didn't even stay overnight in
11   Vegas; correct?
12        A     Yeah.  We stayed overnight, but we didn't
13   stay anywhere.  We just hung out.
14        Q     Did you go to sleep?
15        A     No -- well, yeah.  In the car.
16        Q     Okay.  I'm trying to get an idea of when
17   you left your house in California and then what time
18   you arrived in Las Vegas.  Can you give me an idea
19   of when you left your house?
20        A     Left the house at night, got there early
21   morning, like 1:00 or 2:00 o'clock in the morning.
22        Q     And then what time did you leave Vegas?
23        A     That afternoon.
24        Q     And did you take a nap or anything before
25   you left that night and then drove through the night
```

| | |
|---|---|
| Lori Meeks | June 9, 2025 |

```
 1   and got to Vegas at 1:00 or 2:00 a.m. in the
 2   morning?
 3        A    Yes.  I slept before we left.
 4        Q    What time did -- well, strike that.
 5             Did Raymond and Christopher come to your
 6   house to meet you for this trip to Vegas or did you
 7   pick them up?
 8        A    I picked them up.
 9        Q    Where did you pick Chris up at?
10        A    At his dad's.
11        Q    Where did you pick Raymond up at?
12        A    He met us over there where I'm living at
13   now.
14        Q    At Baseline?
15        A    Yes.
16        Q    Where did you pick Danielle up?
17        A    Some house out in Victorville.
18        Q    So were you staying at Glendora at the
19   time?
20        A    Yes.
21        Q    So you leave your house at night, you go
22   pick up Chris, then you pick up Raymond near
23   Baseline, and then you pick up Danielle at a
24   Victorville house?
25        A    Yes.
```

Lori Meeks                                                              June 9, 2025

```
 1        Q    And then you drive to Vegas; correct?
 2        A    Yes.
 3        Q    Arrive at Vegas at 1:00 or 2:00 a.m. in the
 4   morning; correct?
 5        A    Yes.
 6        Q    And you hang out in Vegas until that
 7   afternoon and drive back; correct?
 8        A    Yes.
 9        Q    Did you see Raymond that day before you
10   left for Vegas either Friday or Saturday?
11        A    What do you mean?
12        Q    So you picked him up by Baseline.  Had you
13   seen him earlier that day?
14        A    No.
15        Q    Were you with Raymond the entire time you
16   were in Vegas?
17        A    No.
18        Q    Do you know whether Raymond did any drugs
19   while he was in Vegas?
20        A    No.
21        Q    Do you know whether Christopher did any
22   drugs while he was in Vegas?
23        A    No.
24        Q    Do you know whether Danielle did any drugs
25   while she was in Vegas?
```

Lori Meeks                                              June 9, 2025

```
 1        A    No.
 2        Q    So at some point Raymond and Danielle
 3   decided to get married?
 4        A    Yes.
 5        Q    And how did you come to learn that?
 6        A    Because we went to the wedding.
 7        Q    Did someone communicate to you where you're
 8   supposed to be?
 9        A    We just met up in one of the casinos.
10        Q    Did someone say, "Hey, we're going to go
11   get married," or "Raymond and Danielle are going to
12   go get married"?
13        A    I don't know how it came about.
14        Q    Where were you when you were in Vegas?
15   Where did you gamble?
16        A    In a casino.
17        Q    Which one?
18        A    I have no idea.  The first one you come to.
19        Q    You can't recall one way or the other what
20   casino you were at when you were in Vegas gambling;
21   correct?
22        A    Correct.
23        Q    And how many casinos did you gamble in?
24   Was it just one or multiple?
25        A    I don't know.  Because when you walk in,
```

| | |
|---|---|
| Lori Meeks | June 9, 2025 |

```
 1   you just got casinos.  I've never been to Vegas
 2   before.
 3       Q    First time in Vegas?
 4       A    Yeah.
 5       Q    What about Raymond?  Do you know if it was
 6   his first time in Vegas?
 7       A    I don't know.
 8       Q    What about Christopher?  Do you know if it
 9   was his first time in Vegas?
10       A    I don't know.
11       Q    How did you -- well, strike that.
12            So did Raymond and Danielle get married at
13   a chapel?
14       A    Yeah.
15       Q    Which one?
16       A    I don't know the name of it.
17       Q    Had Raymond been drinking that day?
18       A    Not that I know of.
19       Q    Whose decision was it to get married?
20       A    I have no idea.
21       Q    Was it a joke?
22       A    To me it is, but...
23       Q    And why do you say that?
24       A    Because he wasn't in love with her.
25       Q    Was it concerning to you at all that your
```

| | | |
|---|---|---|
| Lori Meeks | | June 9, 2025 |

```
 1      A     He did the other day -- or last week.
 2      Q     You mean you learned about it at
 3   Christopher's deposition?
 4      A     Yeah.
 5      Q     The last time you saw your son, was that
 6   when you dropped him off after the Vegas trip?
 7      A     Yes.
 8      Q     How did he seem when you dropped him off?
 9      A     He was fine.
10      Q     Where did you drop him off?
11      A     In Hesperia.
12      Q     At a house or apartment?
13      A     At a hotel.
14      Q     Which hotel?
15      A     I don't know the name of it.
16      Q     Do you know what street it was on?
17      A     No.  It was off the freeway.
18      Q     Which freeway?
19      A     The 15.
20      Q     Did you also drop Danielle off with
21   Raymond?
22      A     Yeah.  But her sister came and picked her
23   up.
24      Q     What's her sister's name, if you know?
25      A     I have no idea.
```

```
 1   credit cards.
 2       Q    So to the best of your knowledge, Raymond
 3   did not have a credit card during the trip to Vegas;
 4   is that correct?
 5       A    Yeah.
 6       Q    Okay.  Did he give you any money to spend
 7   at Vegas?
 8       A    No.
 9       Q    And how long did you actually spend with
10   Raymond at Vegas?
11       A    I don't know.  We just went up there just
12   to gamble, and everybody went their own way.
13       Q    And when you met back up, that's when
14   Raymond and Danielle said that they wanted to get
15   married?
16       A    Yeah.
17       Q    And how do you know Danielle's sister
18   picked her up after you dropped her at the motel
19   with Raymond when you got back?
20       A    She called her on the way back and told her
21   to meet her at the motel.
22       Q    Did Raymond seem upset by this?
23       A    No.
24       Q    How do you know that Danielle had a
25   boyfriend at the time she got married to Raymond?
```

| Lori Meeks | June 9, 2025 |
|---|---|

```
 1      A    Well, everybody knew she had a boyfriend.
 2   She said she did.
 3      Q    At one point she told you that she had a
 4   boyfriend?
 5      A    She told Raymond.  Raymond told me.  On the
 6   way back, they said, "Well, you're going back to
 7   Dale now, huh?"  And she said, "Yeah."
 8      Q    And, again, just to clarify, did Raymond
 9   have any kind of reactions that you remember to the
10   news that Danielle was going back to -- Dale did you
11   say?
12      A    Yeah.  I don't know.  He didn't never say
13   nothing to me.
14      Q    Do you recall being interviewed by any law
15   enforcement regarding the events that led to
16   Raymond's passing?
17      A    Yeah.  Vaguely.
18      Q    Do you remember when that interview
19   occurred?
20      A    The day of -- that morning sometime.  I
21   couldn't tell you the time.
22      Q    You previously told or testified that an
23   officer came to the house on Baseline to tell you
24   that Raymond had been shot and killed; is that
25   correct?
```

```
 1                    REPORTER'S CERTIFICATE
 2
 3        I, JACQUELINE CAMPBELL REDD, CSR NO. 5284,
 4   Certified Shorthand Reporter, certify:
 5        That the foregoing proceedings were taken
 6   before me at the time and place therein set forth,
 7   at which time the witness was put under oath by me;
 8        That the testimony of the witness, the
 9   questions propounded, and all objections and
10   statements made at the time of the examination were
11   recorded stenographically by me and were thereafter
12   transcribed; that a review of the transcript by the
13   deponent was not requested; that the foregoing is a
14   true and correct transcript of my shorthand notes so
15   taken.
16        I further certify that I am not a relative or
17   employee of any attorney of the parties, nor
18   financially interested in the action.
19
20   Dated: June 20, 2025
21
22   _____
23   Jacqueline Campbell Redd, CSR No. 5284
24
25
```