# EXHIBIT 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 5:22-cv-02133-AH-DTB

```
CHRISTOPHER URQUIJO, individually,       )
LORI MEEKS, individually and as          )
successor in interest to Raymond         )
Loftin, deceased, Y.L. by and            )
through his guardian ad litem            )
Sebrina Lucky, individually and as       )
successor in interest to Raymond         )
Loftin, deceased, E.L. by and through    )
her guardian ad litem Sebrina Lucky,     )
individually and as successor in         )
interest to Raymond Loftin, deceased,    )
and B.L. by through his guardian         )
ad litem Sebrina Lucky, individually     )
and as successor in interest to          )
Raymond Loftin, deceased.                )
                                         )
            Plaintiffs,                  )
                                         )
v.                                       )
                                         )
STATE OF CALIFORNIA, CALIFORNIA          )
HIGHWAY PATROL, SERGEANT DANIEL          )
HOWARD, OFFICER NICHOLAS MERCADO,        )
OFFICER SERGIO VASQUEZ, and DOES         )
4-10, Inclusive,                         )
                                         )
            Defendants.                  )
_____)
```

VIDEOTAPED DEPOSITION OF CHRISTOPHER URQUIJO

Ontario, California

May 30, 2025

Reported by Kimberly A. Larsen, CSR

Certificate No. 8993

Christopher Urquijo                                                         May 30, 2025

```
 1   but I don't remember her name.
 2        Q    Does Danielle Loftin --
 3        A    Yes, that's Danielle Loftin.  Yeah.
 4        Q    See, you cut me off again.
 5        A    I'm sorry about that.
 6        Q    It's okay.  So I'm just going to ask the question
 7   again.
 8             Do you recall if your brother was married to
 9   Danielle Loftin at the time of his passing?
10        A    Yes, he was.
11        Q    You said they had just gotten married a few days
12   before his passing?
13        A    Yes.
14        Q    How did you become aware of that?
15        A    Because I was with him.
16        Q    How many days before Mr. Loftin's passing did he
17   get married?
18        A    I know it wasn't more than a week, I don't think.
19        Q    You were with him when he got married?
20        A    Yes.
21        Q    Where did he get married?
22        A    In Vegas.
23        Q    Where in Vegas?
24        A    I'm not exactly sure the spot.  It was, like, a
25   little chapel somewhere or something.
```

Christopher Urquijo                                                     May 30, 2025

```
 1      Q    Did you drive to Vegas with your brother?
 2      A    No.
 3      Q    Did you fly to Vegas?
 4      A    No.  We did drive.  I just personally -- I didn't
 5  drive personally, but, yeah, we did drive.
 6      Q    Understood.  In what car?
 7      A    In my mom's car.
 8      Q    So your mom drove you, your brother and Danielle
 9  to Vegas for them to get married?
10      A    Yes.
11      Q    And this would have been about -- or within the
12  week before your brother's passing?
13      A    Yes.
14      Q    How long were you in Vegas for?
15      A    Only a couple days.
16      Q    What did you do while you were there?
17      A    Not much.  Just chill.  We didn't really do
18  anything.  It was kind of, like, just -- "we were going
19  there for them to get married" type deal.
20      Q    Did you go out to eat?
21      A    No.
22      Q    Did you go to any shows?
23      A    No.
24      Q    Did you gamble?
25      A    No.
```

```
 1      A    I believe so.  I don't know.
 2      Q    Did you ever go with your brother anywhere on
 3 June 22nd, 2021, and pick up drugs?
 4      A    No.
 5      Q    Did you have anything in your possession other
 6 than fentanyl?
 7      A    No, not in my possession.
 8      Q    Did you have something to smoke the fentanyl out
 9 of?
10      A    Foil.
11      Q    So do you carry around foil?
12      A    Well, I did.  I don't even use anymore, so...
13      Q    On June 22nd, 2021, you had fentanyl on you.  How
14 much did you have?
15      A    Less than a gram, probably.
16      Q    And you had foil on you?
17      A    Yes.
18      Q    At some point you became aware that your brother
19 had some drugs on him, correct?
20      A    Yes.
21      Q    Okay.  What drugs did your brother have
22 possession of?
23      A    Meth.
24      Q    How did you become aware that your brother had
25 meth on him?
```

Christopher Urquijo						May 30, 2025

```
 1    A    Because he showed me.
 2    Q    How did he show you that he had meth on him?
 3    A    Because we got high together.
 4    Q    Was this before Brandon picked you up in his
 5  truck?
 6    A    No, after.
 7    Q    Was this before you got to Cmc Rebar West?
 8    A    Yes.
 9    Q    Was this when you were walking around in the
10  north end of San Bernardino?
11    A    Yes.
12    Q    Was that the first time you did drugs with your
13  brother on June 22nd, 2021?
14    A    Yes.
15    Q    Did you do any fentanyl on June 22nd, 2021?
16    A    Yes.
17    Q    Was that before you were at the north end?
18    A    Yes.
19    Q    Okay.  When did you do fentanyl?
20    A    I -- I don't know.
21    Q    Did you do it with your brother?
22    A    No.
23    Q    Did you ever get -- or strike that.
24         Did you ever do fentanyl with your brother on
25  June 22nd, 2021?
```

```
 1                    REPORTER'S CERTIFICATE
 2
 3              I, Kimberly A. Larsen, Certified Shorthand
 4   Reporter in and for the State of California, do hereby
 5   certify:
 6              That the witness was by me duly sworn and the
 7   foregoing testimony was reported by me and was thereafter
 8   transcribed with computer-aided transcription; and the
 9   preceding pages contain a full, complete, and true record
10   of said proceeding.
11              I further certify that I am a disinterested
12   person and am in no way interested in the outcome of said
13   action or connected with or related to any of the parties
14   in said action or to their respective counsel.
15              The dismantling, unsealing, or unbinding of the
16   original transcript will render the Reporter's Certificate
17   null and void.
18              IN WITNESS WHEREOF, I have hereunto set my hand
19   this 17th day of June, 2025
20
21
22              _____
                Kimberly A. Larsen, CSR
23              Certificate No. 8993
24
25
```