# EXHIBIT 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER URQUIJO,
individually, et al.,

    Plaintiffs,

vs.

STATE OF CALIFORNIA,
CALIFORNIA HIGHWAY
PATROL, et al.,

    Defendants.
_____/

Case No.:
5:22-cv-02133-AH-DTB


TRANSCRIPT OF AUDIO-RECORDED INTERVIEW

CHRISTOPHER URQUIJO

Wednesday, June 23, 2021

8:23 a.m. - 11:22 a.m.


DETECTIVE HERNANDEZ, San Bernardino County Sheriff's Department

DETECTIVE ADRIAN BUSTAMANTE, San Bernardino County Sheriff's Department


Transcribed By:
TERRI NESTORE
CSR No. 5614, RPR, CRR

Christopher Urquijo                                              June 23, 2021

```
 1       A.   Um, yeah, he hit me up, um, and I was...
 2       Q.   You hit him up?
 3       A.   No, he hit me up.
 4       Q.   Okay.  What'd he say?
 5       A.   He said, um, if I wanted to hang out, have
 6  dinner, and then -- yeah.
 7       Q.   Is that pretty normal?
 8       A.   I mean, sometimes.  Usually, yeah, sometimes.
 9       Q.   How often do you hang out with him?
10       A.   I -- I don't know.  I mean, sometimes I hang out
11  with him a lot, sometimes not really, you know.  It's like
12  kind of iffy.  It's been -- it's been a little bit of
13  time.  Actually, I haven't really hang out with him for --
14  I'd say maybe like a week now.  I don't know, this is the
15  first time I've seen him in like a week, maybe.
16       Q.   Okay.  What'd you guys do, the last time you saw
17  him?
18       A.   Um, we just hung out.
19       Q.   What does that mean?
20       A.   We hung out.  And then we were chilling with
21  these chicks at a hotel.
22       Q.   Okay.
23       A.   And then, yeah, I just hung out with these chicks
24  at a hotel and then --
25       Q.   Just partying?
```

1       A.   Yeah, pretty much.
2       Q.   Drinking?  Did you guys smoke?  What did you guys
3  do?
4       A.   Yeah, drinking, chilling.  I mean, just -- yeah,
5  just chilling, drinking.
6       Q.   And, um, I've been doing this a long time, man.
7            I'm -- I'm pretty sure that this wasn't the first
8  time you probably did meth, I'm assuming, right?
9            Or was this really the first time?
10      A.   Well, not my very first time, but it's -- you
11 know what I mean, like, it's moving.
12      Q.   So like --
13      A.   It's maybe -- maybe only a couple times that I've
14 done it.  I mean --
15      Q.   I mean, I'm not sure how many times you've
16 interacted with cops before, but I've been a cop a long
17 time, bro, and --
18      A.   Mm-hmm.
19      Q.   I can read your body language pretty well.  It
20 seems like you're just a little embarrassed to tell me,
21 and I'm not here to judge you, man.  I don't care.
22      A.   Yeah.  I'm not embarrassed to talk about it, it's
23 just, you know, 'cause it's -- it really is true, though.
24      Q.   Okay.
25      A.   You know, I haven't really -- I haven't done --

Christopher Urquijo　　　　　　　　　　　　　　　　　　June 23, 2021

```
 1  Riverside?
 2       A.   No.
 3       Q.   Do you have any idea -- hey, man, look -- look at
 4  me.  Do you have any idea why he went to Riverside?
 5       A.   I think his (unintelligible) mobile mechanic
 6  work.
 7       Q.   Okay.  No girls, no motel to meet anyone at,
 8  nothing like that?
 9       A.   Mm-mmm.
10       Q.   Okay.  Did you guys have anything else lined up?
11            Like, say -- say the cops hadn't gotten behind
12  him, what were you guys going to do?
13       A.   I don't know, just chill, man.  Hang out.
14       Q.   What does that mean?
15       A.   I don't know (unintelligible) man.
16       Q.   What did you guys have lined up?
17       A.   We didn't have anything lined up at the moment.
18       Q.   Was that pretty normal, to just go on a -- on a
19  cruise with your brother and not do anything?
20            Like last week you guys were hanging out with
21  chicks and smoking and partying.
22            Did you guys have anything else lined up?
23       A.   No.
24       Q.   I know you're trying to be a good brother, man,
25  but all -- all you're doing is helping us figure out why
```

C E R T I F I C A T E

I, TERRI NESTORE, Certified Shorthand Reporter/Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription, to the best of my ability, taken while listening to the provided recording.

I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 5th day of June, 2025.

_____
TERRI NESTORE, CSR 5614, RPR, CRR