# EXHIBIT 5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased,<br><br>　　　　Plaintiffs,<br>　v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, ET ALS.,<br><br>　　　　Defendants.<br>_____ | Case No. 5:22-cv-02133-AH-DTB |

SCHEDULED (REMOTE) DEPOSITION

OF

DANIELLE LOFTIN

Tuesday, July 22, 2025

--STATEMENT ON THE RECORD OF NONAPPEARANCE--


REPORTED BY VICKI L. BRITT, RPR, CSR NO. 13170
APPEARING REMOTELY FROM SACRAMENTO, CALIFORNIA


Exh 5, Page 1

Danielle Loftin                                                        July 22, 2025

```
 1   APPEARANCES (Via Videoconference):

 2   For the Defendant, Sergeant Daniel Howard:

 3              DEAN GAZZO, ROISTACHER LLP
                By:  Kimberly A. Sullivan, Esq.
 4              440 Stevens Avenue, Suite 100
                Solana Beach, CA 92075
 5              (858)380-4683
                ksullivan@deangazzo.com
 6

 7   For the Plaintiffs:

 8              LAW OFFICES OF DALE GALIPO
                By:  Renee V. Masongsong, Esq.
 9              21800 Burbank Boulevard, Suite 310
                Woodland Hills, CA 91367
10              (818)347-3333
                rvalentine@galipolaw.com
11

12   For the Defendants, State of California, California Highway
     patrol, Officer Nicholas Mercado, and Officer Sergio
13   Vasquez:

14              CAAG - Office of the Attorney General
                By:  Haiyang Li, Deputy Attorney General
15                   David Klehm, Deputy Attorney General
                300 South Spring Street, Suite 1702
16              Los Angeles, CA 90013
                (213)269-6404
17              Allen.Li@doj.ca.gov; David.Klehm@doj.ca.gov

18

19

20

21

22

23

24

25
```

Danielle Loftin                                                                July 22, 2025

```
 1                              INDEX
 2
 3   STATEMENT OF NONAPPEARANCE BY:                           PAGE
 4   MS. KIMBERLY SULLIVAN                                       4
 5                             EXHIBITS
 6   NUMBER                 DESCRIPTION                       PAGE
 7   Ex. 1     Amended Notice of Deposition of
               Danielle Loftin                                   5
 8
     Ex. 2     July 7, 2025, Amended Deposition
 9             Subpoena of Danielle Loftin                       5
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Danielle Loftin                                                July 22, 2025

```
 1              REPORTED FROM SACRAMENTO, CALIFORNIA
 2                  TUESDAY, JULY 22, 2025
 3                       2:04 P.M. PST
 4
 5         MS. SULLIVAN:  All right.  Good afternoon.  This
 6  is Kimberly Sullivan representing defendant, Daniel Howard.
 7  We have set the deposition of Danielle Loftin for 1:30 p.m.
 8  on July 22, 2005.  It is now 2:04 p.m., and Ms. Loftin has
 9  not appeared for her duly noticed deposition.  All counsel
10  is present.
11         I'm going to mark as Exhibit 1 the amended notice
12  of deposition for Ms. Loftin showing that it was noticed for
13  July 22, 2025, at 1:30 p.m.  I'm going to mark as Exhibit 2
14  the amended deposition subpoena that was served on
15  Ms. Loftin on July 7, 2025, and identifies her deposition
16  being taken today, July 22, 2025, at 1:30 p.m.
17         Also, for the record, Ms. Loftin was previously
18  personally served with a deposition notice and subpoena for
19  a deposition on July 2, 2005.  She did not appear at that
20  deposition.  Following that deposition, I had a call with
21  Ms. Loftin, and she provided a new date and time, which was
22  today at 1:30 p.m., where she agreed to appear for her
23  deposition.  That call took place on July 3, 2025.
24         At this point, I will be moving to compel her
25  deposition, and that's it.
```

Danielle Loftin					July 22, 2025

```
 1   (Exhibits 1 and 2 were marked for identification.)
 2   (The statement of nonappearance was concluded at
 3   2:05 p.m.)
 4                   ---oOo---
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1            : : : CERTIFICATE OF SHORTHAND REPORTER : : :

 2

 3          I, VICKI L. BRITT, certify that I am a certified
     shorthand reporter, and that I recorded verbatim, in
 4   shorthand writing, the following proceedings completely and
     correctly to the best of my ability:
 5

 6       Matter:         Statement of Nonappearance of Danielle
                         Loftin in the matter of Christopher
 7                       Urquijo, et als. v. State of California,
                         et als.
 8
         Place:          Remote - Solana Beach, CA
 9

10       Date:           July 22, 2025

11          I further certify that I have transcribed such
     shorthand notes into typewriting, and that the preceding
12   pages 1 through 5, inclusive, constitute an accurate and
     complete transcript of all of my shorthand writing for the
13   date and matter specified.

14       Dated:          July 22, 2025

15

16
                         [signature: Vicki L. Britt]
17         _____
           VICKI L. BRITT, RPR, CSR No. 13170
18

19

20

21

22

23

24

25
```