# EXHIBIT 6

**Kimberly Sullivan**

---

| | |
|---|---|
| **From:** | Kimberly Sullivan |
| **Sent:** | Thursday, July 3, 2025 1:36 PM |
| **To:** | Allendanielle88@gmail.com |
| **Subject:** | Loftin  - deposition date July 22 at 1:30 p.m. |

Hi Danielle,

This confirms our conversation today that your new deposition date and time is July 22 at 1:30 p.m. We will send you a zoom link next week.

Thank you!

Kimberly Sullivan
Partner



440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Phone: (858) 380-4683, Ext. 5508
Direct: (858) 467-5508
Fax:    (858) 492-0486
ksullivan@deangazzo.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including under the litigation exemptions of the Brown Act. If this message is a transmission error, was sent to an incorrect party or for any other reason is received or viewed by an unauthorized or unintended person, please advise immediately by phone at 858-380-4683 or e-mail reply, delete any such unauthorized receipt and return any hard copy by U.S. mail to Dean Gazzo Roistacher LLP, 440 Stevens Avenue, Suite 100, Solana Beach, California 92075.

Exh 6, Page 1