# EXHIBIT 8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER URQUIJO, )Case No. 5:22-cv-02133-
individually, LORI MEEKS, )        AH-DTB
individually and as successor )
in interest to Raymond Loftin,)
deceased, Y.L. by and through )
his guardian ad litem Sebrina )
Lucky, individually and as    )
successor in interest to      )
Raymond Loftin, deceased,     )
E.L. by and through her       )
guardian ad litem Sebrina     )
Lucky, individually and as    )
successor in interest to      )
Raymond Loftin, deceased,     )
and B.L. by and through his   )
guardian ad litem Sebrina     )
Lucky, individually and as    )
successor in interest to      )
Raymond Loftin, deceased,     )
                              )
          Plaintiffs,         )
     v.                       )
                              )
STATE OF CALIFORNIA,          )
CALIFORNIA HIGHWAY PATROL,    )
ET ALS.,                      )
                              )
          Defendants.         )
_____)

SCHEDULED (REMOTE) DEPOSITION

OF

DANIELLE LOFTIN

Tuesday, July 22, 2025

--STATEMENT ON THE RECORD OF NONAPPEARANCE--


REPORTED BY VICKI L. BRITT, RPR, CSR NO. 13170
APPEARING REMOTELY FROM SACRAMENTO, CALIFORNIA

Danielle Loftin                                                                                          July 22, 2025

```
 1   APPEARANCES (Via Videoconference):

 2   For the Defendant, Sergeant Daniel Howard:

 3              DEAN GAZZO, ROISTACHER LLP
               By:  Kimberly A. Sullivan, Esq.
 4             440 Stevens Avenue, Suite 100
               Solana Beach, CA 92075
 5             (858)380-4683
               ksullivan@deangazzo.com

 6

 7   For the Plaintiffs:

 8              LAW OFFICES OF DALE GALIPO
               By:  Renee V. Masongsong, Esq.
 9             21800 Burbank Boulevard, Suite 310
               Woodland Hills, CA 91367
10             (818)347-3333
               rvalentine@galipolaw.com

11

12   For the Defendants, State of California, California Highway
     patrol, Officer Nicholas Mercado, and Officer Sergio
13   Vasquez:

14             CAAG - Office of the Attorney General
               By:  Haiyang Li, Deputy Attorney General
15                  David Klehm, Deputy Attorney General
               300 South Spring Street, Suite 1702
16             Los Angeles, CA 90013
               (213)269-6404
17             Allen.Li@doj.ca.gov; David.Klehm@doj.ca.gov

18

19

20

21

22

23

24

25
```

Danielle Loftin                                                    July 22, 2025

1                                    INDEX

2

3    STATEMENT OF NONAPPEARANCE BY:                         PAGE

4    MS. KIMBERLY SULLIVAN                                    4

5                                  EXHIBITS

6    NUMBER                      DESCRIPTION                 PAGE

7    Ex. 1       Amended Notice of Deposition of
                 Danielle Loftin                              5
8
     Ex. 2       July 7, 2025, Amended Deposition
9                Subpoena of Danielle Loftin                  5

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                 REPORTED FROM SACRAMENTO, CALIFORNIA

 2                      TUESDAY, JULY 22, 2025

 3                          2:04 P.M. PST

 4

 5          MS. SULLIVAN:  All right.  Good afternoon.  This

 6   is Kimberly Sullivan representing defendant, Daniel Howard.

 7   We have set the deposition of Danielle Loftin for 1:30 p.m.

 8   on July 22, 2005.  It is now 2:04 p.m., and Ms. Loftin has

 9   not appeared for her duly noticed deposition.  All counsel

10   is present.

11          I'm going to mark as Exhibit 1 the amended notice

12   of deposition for Ms. Loftin showing that it was noticed for

13   July 22, 2025, at 1:30 p.m.  I'm going to mark as Exhibit 2

14   the amended deposition subpoena that was served on

15   Ms. Loftin on July 7, 2025, and identifies her deposition

16   being taken today, July 22, 2025, at 1:30 p.m.

17          Also, for the record, Ms. Loftin was previously

18   personally served with a deposition notice and subpoena for

19   a deposition on July 2, 2005.  She did not appear at that

20   deposition.  Following that deposition, I had a call with

21   Ms. Loftin, and she provided a new date and time, which was

22   today at 1:30 p.m., where she agreed to appear for her

23   deposition.  That call took place on July 3, 2025.

24          At this point, I will be moving to compel her

25   deposition, and that's it.
```

Danielle Loftin                                                    July 22, 2025

```
 1   (Exhibits 1 and 2 were marked for identification.)

 2   (The statement of nonappearance was concluded at

 3   2:05 p.m.)

 4                    ---oOo---

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Danielle Loftin                                                                July 22, 2025

```
 1              : : : CERTIFICATE OF SHORTHAND REPORTER : : :

 2

 3              I, VICKI L. BRITT, certify that I am a certified
        shorthand reporter, and that I recorded verbatim, in
 4      shorthand writing, the following proceedings completely and
        correctly to the best of my ability:
 5

 6          Matter:              Statement of Nonappearance of Danielle
                                 Loftin in the matter of Christopher
 7                               Urquijo, et als. v. State of California,
                                 et als.
 8
            Place:               Remote - Solana Beach, CA
 9

10          Date:                July 22, 2025

11              I further certify that I have transcribed such
        shorthand notes into typewriting, and that the preceding
12      pages 1 through 5, inclusive, constitute an accurate and
        complete transcript of all of my shorthand writing for the
13      date and matter specified.

14              Dated:    July 22, 2025

15

16

17      _____
                                 VICKI L. BRITT, RPR, CSR No. 13170
18

19

20

21

22

23

24

25
```