| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Kimberly A Sullivan,Esq | SBN: 317857 DEAN GAZZO ROISTACHER 440 Stevens Avenue Suite 100   Solana Beach, CA 92075 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (858) 380-4683 | FAX NO. (858) 492-0486 | E-MAIL ADDRESS (Optional): ksullivan@deangazzo.com | |
| ATTORNEY FOR (Name):  Defendant: Sgt. Daniel Howard | |

| United States District Court, Central District Of California |
|---|
| STREET ADDRESS: 3470 TWELFTH STREET |
| CITY AND ZIP CODE: Riverside, CA 92501 |
| BRANCH NAME: Central District Of California - Eastern Division |

| PLAINTIFF/PETITIONER: Christopher Urquijo, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: State of California, et al. | 5:22-cv-02133-AH-DTBx |

| PROOF OF SERVICE | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.: Urquijo v. California |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**NOTICE OF MOTION AND MOTION OF DEFENDANT DANIEL HOWARD'S MOTION TO COMPEL DEPOSITION OF DANIELLE LOFTIN AKA DANIELLE ALLEN; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DANIEL HOWARD'SMOTION TO COMPEL DEPOSITION OF DANIELLE LOFTIN AKA DANIELLE ALLEN; DECLARATION OF KIMBERLY A. SULLIVAN IN SUPPORT OF DEFENDANT DANIEL HOWARD'S MOTION TO COMPEL DEPOSITION OF DANIELLE LOFTIN AKA DANIELLE ALLEN; CERTIFICATE OF SERVICE**

| PARTY SERVED: | **Danielle Loftin aka Danielle Allen** |
|---|---|
| BY LEAVING WITH: | **John Doe who refused to give name  - Co-Resident** |
| DATE & TIME: | **8/7/2025 11:59 AM** |
| ADDRESS: | **9901 Jay St Adelanto, CA 92301-2332** |
| PHYSICAL DESCRIPTION: | **Age: 18 - 25    Weight: 141-160 Lbs    Hair: Brown** **Sex: Male      Height: 5'7 - 6'0         Eyes: Brown** **Skin: Caucasian       Marks:** |

MANNER OF SERVICE:
**Substituted Service - By leaving the copies with or in the presence of John Doe who refused to give name a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers.**

Fee for Service: **$ 266.50**
   County:  **San Bernardino**
   Registration No.:  **1450**
   **Nationwide Legal, LLC Reg: 12-234648**
   **101 W. Broadway Suite 550**
   **San Diego, CA 92101**
   **(619) 232-7500**
   **Ref: Urquijo v. California**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **August 7, 2025**.

Signature: _____
                   **Oscar Sanchez**

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                                                      Order#: SD233239/General