# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **5:22-cv-02133-AH (DTBx)**                              Date: **August 8, 2025**

Title: **Christopher Urquijo, et al v. State of California, et al.**
==============================================================
**DOCKET ENTRY**
==============================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):

None present                                                                  None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING DEFENDANT'S MOTION TO COMPEL DEPOSITION [DOCKET NO. 145]**

    The Court is in receipt of Defendant's Motion to Compel Deposition of Danielle Loftin aka Danielle Allen ("Motion") filed August 1, 2025.  (Docket No. 145). Defendant set the hearing on the Motion for September 4, 2025.  The Court finds that the matters raised by the Motion are capable of resolution without a hearing and hereby takes the September 4, 2025, hearing OFF CALENDAR. Fed.R.Civ.P. 78(B) and Central District of California Local Rule 7-15.  No appearance by any party is required unless otherwise ordered by the Court.
    Defendant is further ORDERED to provide the Court with a proposed order.  (See Central District of California Local Rule 7-20).

    **IT IS SO ORDERED**.