Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (179619)
Kinberly A. Sullivan, Esq. (317857)
Aleries Lau, Esq. (340709)
440 Stevens Ave., Ste. 100, Solaan Beach, CA 92075

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al.<br><br>PLAINTIFF(S)<br>v.<br>STATE OF CALIFORNIA, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:22-cv-02133-AH-DTB<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ✔ Lodged: **(List Documents)**

ORDER REGARDING DEFENDANT DANIEL HOWARD'S MOTION TO COMPEL DEPOSITION OF DANIELLE LOFTIN AKA DANIELLE ALLEN [DOCKET NO. 145]

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
✔ Per Court order dated: August 8, 2025
☐ Other:

8/11/2025
Date

Kimberly A. Sullivan
Attorney Name
Defendant Daniel Howard
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING