# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually; LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and E.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; TYLER VINSON-LOFTIN, individually and as successor in interest to Raymond Loftin, deceased; and RAYMOND ALGARIN TORRES, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br><br>Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**ORDER REGARDING DEFENDANT DANIEL HOWARD'S MOTION TO COMPEL DEPOSITION OF DANIELLE LOFTIN AKA DANIELLE ALLEN [DOCKET NO. 145]**<br><br>Courtroom: 9C<br>Judge:  Anne Hwang<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

1

Case No. 5:22-cv-02133-AH-DTB

  Having reviewed Defendant Daniel Howard's Motion to Compel the Deposition of Danielle Loftin aka Danielle Allen, **the Court Hereby Orders**:

  Danielle Loftin aka Danielle Allen failed to appear twice for her deposition despite being properly noticed and served on two separate occasions with a deposition notice and subpoena. She is thus ordered to provide Defendant Howard's counsel a date and time that she is available for deposition within 14 days of this Court's Order. She is further ordered to appear for deposition within 30 days of this Court's Order. Failure to comply with this Order will result in Danielle Loftin aka Danielle Allen being held in contempt of court.

  **IT IS SO ORDERED.**

Date: _____  By:_____
                    Magistrate David T. Bristow