**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually; LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and E.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; TYLER VINSON-LOFTIN, individually and as successor in interest to Raymond Loftin, deceased; and RAYMOND ALGARIN TORRES, individually and as successor in interest to Raymond Loftin, deceased.<br><br>          Plaintiffs,<br><br>     v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br><br>          Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**ORDER REGARDING DEFENDANT DANIEL HOWARD'S MOTION TO COMPEL DEPOSITION OF DANIELLE LOFTIN AKA DANIELLE ALLEN [DOCKET NO. 145]**<br><br>Courtroom:  9C<br>Judge:          Anne Hwang<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

1

Case No. 5:22-cv-02133-AH-DTB

1     Having reviewed Defendant Daniel Howard's Motion to Compel the
2 Deposition of Danielle Loftin aka Danielle Allen, **the Court Hereby Orders**:
3     Danielle Loftin aka Danielle Allen failed to appear twice for her
4 deposition despite being properly noticed and served on two separate occasions
5 with a deposition notice and subpoena. She is thus ordered to provide Defendant
6 Howard's counsel a date and time that she is available for deposition within 14
7 days of this Court's Order. She is further ordered to appear for deposition within
8 30 days of this Court's Order. Failure to comply with this Order will result in
9 Danielle Loftin aka Danielle Allen being held in contempt of court.
10     **IT IS SO ORDERED.**

11
12 Date: _August 12, 2025_____ By:_____
                                                                      Magistrate David T. Bristow