| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| Kimberly A Sullivan,Esq \| SBN: 317857<br>DEAN GAZZO ROISTACHER<br>440 Stevens Avenue Suite 100   Solana Beach, CA 92075 | | |
| TELEPHONE NO.: (858) 380-4683 \| FAX NO. (858) 492-0486 \| E-MAIL ADDRESS (Optional): ksullivan@deangazzo.com | | |
| ATTORNEY FOR (Name): Defendant: Sgt. Daniel Howard | | |
| United States District Court, Central District Of California<br>STREET ADDRESS: 3470 TWELFTH STREET<br>CITY AND ZIP CODE: Riverside, CA 92501<br>BRANCH NAME: Central District Of California - Eastern Division | | |
| PLAINTIFF/PETITIONER: Christopher Urquijo, et al.<br>DEFENDANT/RESPONDENT: State of California, et al. | | CASE NUMBER:<br>5:22-cv-02133-AH-DTBx |
| PROOF OF SERVICE | Hearing Date:   Day   Hearing Time:   Dept: | Ref. No. or File No.:<br>Urquijo v. California |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

ORDER REGARDING DEFENDANT DANIEL HOWARD'S MOTION TO COMPEL DEPOSITION OF DANIELLE LOFTIN AKA DANIELLE ALLEN [DOCKET NO. 145]; CERTIFICATE OF SERIVCE

PARTY SERVED: Danielle Loftin aka Danielle Allen
PERSON SERVED: Atimoja "Doe" - Occupant
DATE & TIME: 8/13/2025   3:11 PM
ADDRESS: Home
9901 Jay St
Adelanto, CA 92301-2332

PHYSICAL DESCRIPTION:
Age: 26- 30    Weight: 161-180 Lbs    Hair: Blond
Sex: Female    Height: 5'1 - 5'6    Eyes: Hazel
Skin: Caucasian    Marks:

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: $ 209.70
County: San Bernardino
Registration No.: 1948
**Nationwide Legal, LLC Reg: 12-234648**
**101 W. Broadway Suite 550**
**San Diego, CA 92101**
**(619) 232-7500**
**Ref: Urquijo v. California**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 14, 2025**.

Signature: _____
Oscar Sanchez, Jr.

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]    Order#: SD234766/General