Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:     lroistacher@deangazzo.com
            ksullivan@deangazzo.com
            alau@deangazzo.com

Attorneys for Defendant
Sergeant Daniel Howard

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**STIPULATION TO CONTINUE EXPERT DATES; [PROPOSED[ ORDER**<br><br>Courtroom:  7D<br>Judge:         Anne Hwang<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

///

///

///

1

| | |
|---|---|
| 1 | The parties, through counsel, stipulate as follows. |
| 2 | Plaintiffs are: Christopher Urquijo, individually; Lori Meeks, individually |
| 3 | and as successor-in-interest to Raymond Loftin, deceased; Tyler Vinson-Loftin, |
| 4 | individually and as successor-in-interest to Raymond Loftin, deceased; Raymond |
| 5 | Algarin Torres, individually and as successor-in-interest to Raymond Loftin, |
| 6 | deceased; Y.L. by and through his guardian ad litem Sebrina Lucky, individually |
| 7 | and as successor-in-interest to Raymond Loftin, deceased; E.L. by and through her |
| 8 | guardian ad litem Sebrina Lucky, individually and as successor-in-interest to |
| 9 | Raymond Loftin, deceased; B.L. by through his guardian ad litem Sebrina Lucky, |
| 10 | individually and as successor in interest to Raymond Loftin, deceased. |
| 11 | Defendants are: California Highway Patrol (CHP) and CHP Sergeant |
| 12 | Howard. |
| 13 | Defendant Howard retained police practices expert Scott Reitz in or about |
| 14 | January 2025. |
| 15 | On September 22, 2025, Reitz informed Howard's counsel that he was |
| 16 | dealing with significant medical issues and would no longer be able to work on |
| 17 | this case, provide an expert report or have his deposition taken. |
| 18 | On September 23, 2025, Howard's counsel informed plaintiffs' counsel that |
| 19 | Howard would need to retain a new police practices expert given Reitz's medical |
| 20 | issues. |
| 21 | The initial expert report is currently due on October 17, 2025. |
| 22 | Based on the current initial expert report deadline, Howard's counsel |
| 23 | determined that it would not have sufficient time to find an expert, retain an expert, |
| 24 | have the expert review all the materials in this case (there have been thousands of |
| 25 | pages of records produced, several sets of discovery between the parties, and 26 |
| 26 | depositions have been taken) and prepare a detailed report with their opinions. |
| 27 | As such, the parties engaged in several meet and confers and have now |
| 28 | agreed to extend the initial expert report date, the rebuttal expert report date and |

the expert cut off date by two weeks. Pending Court approval, the parties agree to the following new dates for expert discovery:

| Event | Current Date | Proposed Date |
|---|---|---|
| Initial Expert Disclosures | 10/17/2025 | 10/31/2025 |
| Rebuttal Expert Disclosures | 11/7/2025 | 11/21/2025 |
| Expert Discovery Cutoff | 11/14/2025 | 12/19/2025 |

The parties do not seek to modify or continue any of the other deadlines and agree that continuing the expert cut off dates by two weeks will not impact the litigation of this case.

Dated: October 9, 2025                    Dean Gazzo Roistacher LLP

                                          By: /s/ Kimberly A. Sullivan
                                              Lee H. Roistacher
                                              Kimberly A. Sullivan
                                              Aleries Lau
                                              Attorneys for Defendant
                                              Sergeant Daniel Howard

Dated: October 9, 2025                    Law Offices of Dale Galipo

                                          By: /s/ Renee V. Masongsong
                                              Renee V. Masongsong
                                              Attorney for Plaintiffs
                                              Email: dalekgalipo@yahoo.com;
                                              sanderson@galipolaw.com;
                                              amonguia@galipolaw.com;
                                              rvalentine@galipolaw.com

| | | |
|---|---|---|
| Dated: October 9, 2025 | | James S. Terrell Law Offices |
| | By: | /s/ James Stephen Terrell |
| | | James Stephen Terrell |
| | | Attorney for Plaintiffs |
| | | Email: jim@talktoterrell.com |

| | | |
|---|---|---|
| Dated: October 9, 2025 | | Law Offices of Sharon J Brunner |
| | By: | /s/ Sharon J. Brunner |
| | | Sharon J. Brunner |
| | | Attorney for Plaintiffs |
| | | Email: sharonjbrunner@yahoo.com |

| | | |
|---|---|---|
| Dated: October 9, 2025 | | CAAG - Office of Attorney General |
| | By: | /s/ Haiyang Li |
| | | Haiyang Li |
| | | David Klehm |
| | | Attorney for Defendants, State of California California Highway Patrol, Officer Nicholas Mercado and Officer Sergio Vasquez |
| | | Email: Allen.Li@doj.ca.gov |
| | | David.Klehm@doj.ca.gov |

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for all parties and that I have obtained Plaintiffs' counsel's authorization to affix his electronic signature to this document.

Dated: October 10, 2025        /s/ Kimberly A. Sullivan
                               Kimberly A. Sullivan