# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually, LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased, Y.L. by and through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, E.L. by and through her guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased, and B.L. by through his guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, OFFICER NICHOLAS MERCADO, OFFICER SERGIO VASQUEZ, and DOES 4-10, Inclusive.<br><br>　　　　　Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**[PROPOSED] ORDER CONTINUING EXPERT DATES**<br><br>Courtroom: 7D<br>Judge:　　Anne Hwang<br>Magistrate: David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

1

Case No. 5:22-cv-02133-AH-DTB

Having reviewed the Parties' Stipulation, and for good cause shown, it is hereby ordered as follows:

The following new dates governing expert discovery are:

| Event | Date |
|---|---|
| Initial Expert Disclosures | 10/31/2025 |
| Rebuttal Expert Disclosures | 11/21/2025 |
| Expert Discovery Cutoff | 12/19/2025 |

**IT IS SO ORDERED.**

Dated:_____            _____
                                 Magistrate David T. Bristow