| | |
|---|---|
| 1 | Dean Gazzo Roistacher LLP |
| 2 | Lee H. Roistacher, Esq. (SBN 179619) |
|   | Kimberly A. Sullivan, Esq. (SBN 317857) |
| 3 | Aleries Lau, Esq. (SBN 340709) |
|   | 440 Stevens Avenue, Suite 100 |
| 4 | Solana Beach, CA 92075 |
|   | Telephone: (858) 380-4683 |
| 5 | Facsimile: (858) 492-0486 |
|   | E-mail: lroistacher@deangazzo.com |
| 6 | ksullivan@deangazzo.com |
|   | alau@deangazzo.com |
| 7 | Attorneys for Defendant |
|   | Sergeant Daniel Howard |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually; LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and E.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; TYLER VINSON-LOFTIN, individually and as successor in interest to Raymond Loftin, deceased; and RAYMOND ALGARIN TORRES, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br><br>Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**STIPULATION REGARDING DEFENDANTS' SUMMARY JUDGMENT MOTION; [PROPOSED] ORDER**<br><br>Courtroom: 9C<br>Judge: Anne Hwang<br>Magistrate: David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

///

///

1

The parties, through counsel, have met and conferred on issues regarding defendants' impending summary judgment motion and stipulate as follows:

1. The remaining defendants, Daniel Howard and California Highway Patrol, will file a single summary judgment motion; and

2. Due to the number and complexity of the claims asserted by plaintiffs, the factual record, and the complexity of the arguments that will be put forth by defendants and opposed by plaintiffs, including qualified immunity from liability under 42 U.S.C. § 1983, the parties agree to each side (defendants are a single side) having an additional 5 pages (for a total of 30 pages) for their respective portions of the joint brief required by this Court in its Civil Standing Order.

Dated: November 6, 2025            Dean Gazzo Roistacher LLP

By: */s/ Lee H. Roistacher*
Lee H. Roistacher
Kimberly A. Sullivan
Aleries Lau
Attorneys for Defendant
Sergeant Daniel Howard

Dated: November 6, 2025            Law Offices of Dale Galipo

By: */s/ Renee V Masongsong*
Dale K Galipo, Esq.
Renee V Masongsong
Attorneys for Plaintiffs

///
///
///

## **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for all parties and that I have obtained Plaintiffs' counsel's authorization to affix his/her electronic signature to this document.

Dated: November 6, 2025        */s/ Lee H. Roistacher*
                               Lee H. Roistacher , declarant