Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:     lroistacher@deangazzo.com
            ksullivan@deangazzo.com
            alau@deangazzo.com

Attorneys for Defendant
Sergeant Daniel Howard

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually; LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and E.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; TYLER VINSON-LOFTIN, individually and as successor in interest to Raymond Loftin, deceased; and RAYMOND ALGARIN TORRES, individually and as successor in interest to Raymond Loftin, deceased.<br><br>          Plaintiffs,<br><br>     v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br><br>          Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**[PROPOSED] ORDER RE: STIPULATION REGARDING DEFENDANTS' SUMMARY JUDGMENT MOTION**<br><br>Courtroom:  9C<br>Judge:         Anne Hwang<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

///

///

1

Case No. 5:22-cv-02133-AH-DTB

1  Pursuant to the parties' stipulation and for good cause shown, it is hereby
2  ordered as follows: The remaining defendants, Daniel Howard and California
3  Highway Patrol, will bring a single summary judgment motion. Plaintiffs and
4  Defendants shall have an additional 5 pages for their respective portions of the
5  joint brief required by this Court in its Civil Standing Order for defendants'
6  single summary judgment motion, such that Defendants collectively shall have
7  30 pages for their portion of the joint brief, and Plaintiffs shall have 30 pages for
8  their portion of the joint brief.

10  Dated: _____    _____
11                                ANNE HWANG
                                  UNITED STATES DISTRICT JUDGE