Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:    lroistacher@deangazzo.com
           ksullivan@deangazzo.com
           alau@deangazzo.com

Attorneys for Defendant
Sergeant Daniel Howard

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually; LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and E.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; TYLER VINSON-LOFTIN, individually and as successor in interest to Raymond Loftin, deceased; and RAYMOND ALGARIN TORRES, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br><br>Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND SERGEANT DANIEL HOWARD; JOINT MEMORANDUM OF POINTS AND AUTHORITIES; JOINT APPENDIX OF FACTS; JOINT APPENDIX OF EVIDENCE; JOINT APPENDIX OF OBJECTIONS; DECLARATION OF LEE H. ROISTACHER, ESQ.; NOTICE OF LODGING AND [PROPOSED] ORDER**<br><br>Date:        January 21, 2026<br>Time:        1:30 p.m.<br>Courtroom:   9C<br>Judge:       Anne Hwang<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

///

///

1  **TO: PLAINTIFF AND THEIR ATTORNEY(S) OF RECORD**
2  **HEREIN:**

3      **NOTICE IS HEREBY GIVEN** that on January 21, 2025, at 1:30 p.m. at
4  the United States District Court located at 350 W. 1st Street, Los Angeles,
5  California, defendants State of California by and through the California Highway
6  Patrol and Sergeant Daniel Howard will and hereby do move the court for
7  summary judgment as all eight causes of action alleged in Christopher Urquijo,
8  Lori Meeks, Y.L., B.L., and E.L., Tyler Vinson-Loftin, and Raymond Algarin
9  Torres' operative Complaint will undoubtedly fail.

10     Specifically, Defendants seek an order granting summary judgment on the
11 grounds that there is no genuine issue of material fact and that Defendants are
12 entitled the requested relief as a matter of law.

13     This motion is based upon this notice of motion, the accompanying
14 memorandum of points and authorities, the joint appendix of facts, joint appendix
15 of evidence, joint appendix of objections, notice of lodging, declaration of Lee H.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Roistacher, Esq., and all pleadings and papers on file in this action, and upon such other matters as may be presented to the court at the time of the hearing.

Dated: December 12, 2025                    Dean Gazzo Roistacher LLP

By /s/ Lee H. Roistacher
   Lee H. Roistacher
   Kimberly A. Sullivan
   Aleries Lau
   Attorneys for Defendant
   Sergeant Daniel Howard

Dated: December 12, 2025     ROB BONTA
                             Attorney General of California
                             ELIZABETH S. ANGRES
                             Supervising Deputy Attorney General

By: /s/ Haiyang Allen Li
    HAIYANG A. LI
    Deputy Attorney General
    Attorneys for Defendant
    State of California by and through the
    California Highway Patrol

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for all parties and that I have obtained counsel's authorization to affix his/her electronic signature to this document.

Dated: December 12, 2025                    /s/ Lee H. Roistacher
                                            Lee H. Roistacher, declarant