Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:   lroistacher@deangazzo.com
          ksullivan@deangazzo.com
          alau@deangazzo.com

Attorneys for Defendant
Sergeant Daniel Howard

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually; LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and E.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; TYLER VINSON-LOFTIN, individually and as successor in interest to Raymond Loftin, deceased; and RAYMOND ALGARIN TORRES, individually and as successor in interest to Raymond Loftin, deceased.<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br><br>        Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**JOINT APPENDIX OF EVIDENCE IN SUPPORT OF JOINT MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND SERGEANT DANIEL**<br><br>Date:      January 21, 2026<br>Time:     1:30 p.m.<br>Courtroom: 9C<br>Judge:    Anne Hwang<br>Magistrate: David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

///

      Pursuant to the Court's civil standing order, section G.9.(h), plaintiffs Lori Meeks; Y.L., B.L., and E.L., by and through their guardian ad litem Sebrina Lucky; Tyler Vinson-Loftin; Raymond Algarin Torres; and Christopher Urquijo ("Plaintiffs") and defendants State of California, California Highway Patrol, and Sergeant Daniel Howard ("Defendants") submit this joint appendix of evidence for Defendants' motion for summary judgment summary judgment.

## JOINT APPENDIX OF EVIDENCE

| Exhibit No. | Description of Defense Evidence |
|---|---|
| 1. | True and correct copies of excerpts of the deposition of Christopher Urquijo. |
| 2. | True and correct copies of excerpts of the transcribed statement of Christopher Urquijo taken on June 23, 2021. |
| 3. | True and correct copies of excerpts of the deposition of Sergeant Daniel Howard. |
| 4. | True and correct copies of excerpts of the transcribed statement of Sergeant Daniel Howard taken on July 26, 2021. |
| 5. | True and correct copies of excerpts of the deposition of Tommy Dickey. |
| 6. | True and correct copies of excerpts of the deposition of Sergeant Ryan Peppler. |
| 7. | True and correct copies of excerpts of the deposition of Nicholas Mercado. |
| 8. | True and correct copies of excerpts of the transcribed statement of Nicholas Mercado taken on June 29, 2021 produced as AGO 000424 – 000504. |
| 9. | True and correct copies of excerpts of the deposition of Jesus Garcia. |

| | | |
|---|---|---|
| 10. | | True and correct copies of excerpts of the transcribed statement of Jesus Garcia taken on June 29, 2021, 2021 produced as AGO 000055 – 000130. |
| 11. | | True and correct copies of excerpts of the deposition of Mark Garcia. |
| 12. | | True and correct copies of excerpts of the transcribed statement of Mark Garcia taken on June 30, 2021 produced as AGO 000314 – 000423. |
| 13. | | True and correct copies of excerpts of the deposition of Sergio Vasquez. |
| 14. | | True and correct copies of excerpts of the transcribed statement of Sergio Vasquez taken on June 28, 2021 produced as AGO 000131 – 000220. |
| 15. | | True and correct copies of excerpts of the transcribed statement of Gabriel Mendez taken on June 30, 2021 produced as AGO 000000221 – 000313. |
| 16. | | True and correct copies of excerpts of the deposition of Gregory Castillo. |
| 17. | | True and correct copies of excerpts of the deposition of Nilda Campos. |
| 18. | | True and correct copies of excerpts of the deposition of Andrei Tarankow. |
| 19. | | True and correct copies of excerpts of the deposition of Anthony Alcala. |
| 20. | | True and correct copies of excerpts of the deposition of James Blankenship. |

| | | |
|---|---|---|
| 1 2 | 21. | A true and correct copy of CHP Officer Jesus Garcia's body-worn camera video produced as AGO 000874. |
| 3 4 | 22. | A true and correct copy of 40-King's aerial video produced as AGO 000960. |
| 5 6 7 | 23. | A true and correct copy of the MVARS from Officer Gabriel Mendez's patrol vehicle of the June 23, 2021 incident and Produced as AGO 000846. |
| 8 9 | 24. | True and correct copies of excerpts of the deposition of Dr. Timothy Jong, M.D. |
| 10 11 12 | 25. | A true and correct copy of San Bernardino County Sheriff – Coroner Investigation Report produced as AGO 000651 – 000656. |
| 13 14 | 26. | A true and correct copy of San Bernardino County Sheriff – Coroner Autopsy Report produced as AGO 000657 – 000668. |
| 15 16 | 27. | A true and correct copy of NMS Labs Toxicology Report of Raymon Loftin produced as AGO 000521 – 000523. |
| 17 18 19 | 28. | A true and correct copy of California Highway Patrol Inland Communication Center Incident Detail Report produced as AGO 000858 – 000890. |
| 20 21 | 29. | A true and correct copy of San Bernardino County Sheriff's Department CAD Log produced as AGO 000811 – 000817. |
| 22 23 | 30. | A true and correct copy of City of Colton Police Department Call Detail Report produced as AGO 000892 – 000894. |
| 24 25 | 31. | A true and correct copy of City of Colton Police Department Station Reports produced as AGO 000896 – 000900. |
| 26 27 28 | 32. | A true and correct copy of the California Department of Transportation Performance Measurement System (PeMS) Data |

|     |                                                                                                                                                                                                   |
| --- | --- |
|     | Source report of hourly traffic volumes during the pursuit.                                                                                                                                       |
| 33. | A true and correct copy of excepts of San Bernardino County Sheriff's Department Crime Report produced pursuant to subpoena by the San Bernardino County District Attorney's office as 000001 – 000610. |
| 34. | A true and correct copy of dashcam video of the inside of the Peterbilt truck the day of the incident produced as AGO 000850.                                                                     |
| 35. | A true and correct copy of dashcam video of the inside of the Peterbilt truck the day of the incident produced as AGO 000851.                                                                     |
| 36. | A true and correct copy of dashcam video of the inside of the Peterbilt truck the day of the incident produced as AGO 000852.                                                                     |
| 37. | A true and correct copy of the California Highway Patrol Stolen Vehicle Report produced as AGO 000749 – 000750.                                                                                   |
| 38. | A true and correct copy of the West Covina Police Department Incident Report case no. 21-1596 regarding March 21, 2021 arrest of Raymond Loftin produced as AGO 000751 – 762.                     |
| 39. | True and correct copies of San Bernardino County Superior Court records, produced pursuant to subpoena by the San Bernardino County District Attorney's office as 000847 – 000882.                |
| 40. | True and correct copies of photographs taken by San Bernardino County Sheriff's Department of the stolen Peterbilt Big Rig produced pursuant to subpoena by the San Bernardino County District Attorney's office. |
| 41. | A true and correct copy of Aurora Charter Oaks Psychiatric Progress Note dated June 15, 2021, produced as AGO 000942.                                                                             |

| Exhibit No. | Description |
|---|---|
| 42. | A true and correct copy of video taken by "FirePhotoGirl" produced as AGO 000961. |
| 43. | True and correct copies of San Bernardino County Sheriff Department's dispatch audio produced as AGO 000763. |
| 44. | True and correct copies of San Bernardino County Sheriff Department's dispatch audio produced as AGO 000764. |
| 45. | True and correct copies of San Bernardino County Sheriff Department's dispatch audio produced as AGO 000765. |
| 46. | True and correct copies of California Highway Patrol Inland Communication Center dispatch audio produced as AGO 000832. |
| 47. | Curriculum Vitae of Dr. Richard Clark |
| 48. | Curriculum Vitae of Rock E. Miller |
| **Exhibit No.** | **Description of Plaintiffs' Evidence** |
| 49. | Demonstrative Animation prepared by Plaintiffs' expert Samir Lyons (no annotations) ("Lyons Animation") (*see* supporting Declaration of Samir Lyons filed concurrently herewith) |
| 50. | Demonstrative Animation by Plaintiffs' expert Samir Lyons (with annotations) ("Lyons Animation, Annotated") (*see* supporting Declaration of Samir Lyons filed concurrently herewith) |
| 51. | Curriculum Vitae of Samir Lyons |
| 52. | Composite Video (no annotations) prepared by Plaintiffs' expert Justin Rosander ("Rosander Composite Video") (*see* supporting Declaration of Justin Rosander filed concurrently herewith) |

| | | |
|---|---|---|
| 1 2 3 4 | 53. | Composite Video (with annotations) prepared by Plaintiffs' expert Justin Rosander ("Rosander Composite Video, Annotated") (*see* supporting Declaration of Justin Rosander filed concurrently herewith) |
| 5 | 54. | Curriculum Vitae of Justin Rosander |
| 6 | 55. | Curriculum Vitae of Scott A. DeFoe |
| 7 8 9 | 56. | A true and correct copy of the video from the body-worn camera of Jesus Garcia ("Garcia BWC Video"), produced by Defendants during discovery. |
| 10 11 12 | 57. | A true and correct copy of the video from the MVARS dashboard camera, labeled "MVARS 1540337.VOB" and produced by Defendants during discovery. |
| 13 14 15 | 58. | A true and correct copy of the relevant portions of the transcript of the Deposition of Daniel Howard ("Howard Depo"). |
| 16 17 | 59. | A true and correct copy of the relevant portions of the deposition of Gabriel Mendez. |
| 18 19 20 | 60. | A true and correct copy of the relevant portions of the May 10, 2023, Administrative Interview of Daniel Howard ("Howard Admin. Int."). |
| 21 22 | 61. | A true and correct copy of the relevant portions of the July 26, 2021, statement of Daniel Howard ("Howard Interview"). |
| 23 24 | 62. | A true and correct copy of the relevant portions of the Deposition of Christopher Urquijo ("Urquijo Depo."). |
| 25 26 | 63. | A true and correct copy oof the relevant portions of the deposition of Nicholas Mercado ("Mercado Depo."). |

| 64. | True and correct copies of the relevant portions of the deposition of Sergio Vasquez ("Vasquez Depo."). |
|---|---|
| 65. | A true and correct copy of the relevant portions of the deposition of Mark Garcia ("M. Garcia Depo."). |
| 66. | A true and correct copy of the relevant portions of the deposition of Jesus Garcia ("J. Garcia Depo."). |
| 67. | A true and correct copy of the relevant portions of the statement of Mark Garcia, taken on June 30, 2021 ("M/ Garcia Statement"). |

Dated: December 12, 2025          Dean Gazzo Roistacher LLP


                                  By: */s/ Lee H. Roistacher*
                                       Lee H. Roistacher
                                       Kimberly A. Sullivan
                                       Aleries Lau
                                       Attorneys for Defendant
                                       Sergeant Daniel Howard


Dated: December 12, 2025          LAW OFFICES OF DALE K. GALIPO


                                  By:     */s/ Dale K. Galipo*
                                       Dale K. Galipo
                                       Renee V. Masongsong
                                       Attorneys for Plaintiffs

///

///

///

Dated: December 12, 2025

ROB BONTA
Attorney General of California
ELIZABETH S. ANGRES
Supervising Deputy Attorney General

By: */s/ Haiyang Allen Li*
HAIYANG A. LI
Deputy Attorney General
Attorneys for Defendant
State of California by and through the
California Highway Patrol

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for all parties and that I have obtained counsels' authorization to affix his/her electronic signature to this document.

Dated: December 12, 2025         */s/ Lee H. Roistacher*
                                  Lee H. Roistacher, declarant