Name & Address:
Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Ave., Ste. 100
Solana Beach, CA 92075

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Christopher Urquijo, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:22-cv-02133-AH-DTB |
| v. | |
| State of California, et al. | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

(See Attachment "A" for List of All Exhibits)

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

December 12, 2025                                    Lee H. Roistacher
Date                                                 Attorney Name
                                                     Defendant, Daniel Howard
                                                     Party Represented

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING

**ATTACHMENT "A" TO NOTICE OF MANUAL FILING OR LODGING**

| Exhibit No. | Description of Defense Evidence |
|---|---|
| 1. | True and correct copies of excerpts of the deposition of Christopher Urquijo. |
| 2. | True and correct copies of excerpts of the transcribed statement of Christopher Urquijo taken on June 23, 2021. |
| 3. | True and correct copies of excerpts of the deposition of Sergeant Daniel Howard. |
| 4. | True and correct copies of excerpts of the transcribed statement of Sergeant Daniel Howard taken on July 26, 2021. |
| 5. | True and correct copies of excerpts of the deposition of Tommy Dickey. |
| 6. | True and correct copies of excerpts of the deposition of Sergeant Ryan Peppler. |
| 7. | True and correct copies of excerpts of the deposition of Nicholas Mercado. |
| 8. | True and correct copies of excerpts of the transcribed statement of Nicholas Mercado taken on June 29, 2021 produced as AGO 000424 – 000504. |
| 9. | True and correct copies of excerpts of the deposition of Jesus Garcia. |
| 10. | True and correct copies of excerpts of the transcribed statement of Jesus Garcia taken on June 29, 2021, 2021 produced as AGO 000055 – 000130. |
| 11. | True and correct copies of excerpts of the deposition of Mark Garcia. |

| | | |
|---|---|---|
| 1<br>2<br>3 | 12. | True and correct copies of excerpts of the transcribed statement of Mark Garcia taken on June 30, 2021 produced as AGO 000314 – 000423. |
| 4<br>5 | 13. | True and correct copies of excerpts of the deposition of Sergio Vasquez. |
| 6<br>7<br>8 | 14. | True and correct copies of excerpts of the transcribed statement of Sergio Vasquez taken on June 28, 2021 produced as AGO 000131 – 000220. |
| 9<br>10<br>11 | 15. | True and correct copies of excerpts of the transcribed statement of Gabriel Mendez taken on June 30, 2021 produced as AGO 000000221 – 000313. |
| 12<br>13 | 16. | True and correct copies of excerpts of the deposition of Gregory Castillo. |
| 14<br>15 | 17. | True and correct copies of excerpts of the deposition of Nilda Campos. |
| 16<br>17 | 18. | True and correct copies of excerpts of the deposition of Andrei Tarankow. |
| 18<br>19 | 19. | True and correct copies of excerpts of the deposition of Anthony Alcala. |
| 20<br>21 | 20. | True and correct copies of excerpts of the deposition of James Blankenship. |
| 22<br>23 | 21. | A true and correct copy of CHP Officer Jesus Garcia's body-worn camera video produced as AGO 000874. |
| 24<br>25 | 22. | A true and correct copy of 40-King's aerial video produced as AGO 000960. |
| 26<br>27<br>28 | 23. | A true and correct copy of the MVARS from Officer Gabriel Mendez's patrol vehicle of the June 23, 2021 incident and |

|     |                                                                                                                                                                                                                                     |
| --- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | Produced as AGO 000846.                                                                                                                                                                                                             |
| 24. | True and correct copies of excerpts of the deposition of Dr. Timothy Jong, M.D.                                                                                                                                                     |
| 25. | A true and correct copy of San Bernardino County Sheriff – Coroner Investigation Report produced as AGO 000651 – 000656.                                                                                                            |
| 26. | A true and correct copy of San Bernardino County Sheriff – Coroner Autopsy Report produced as AGO 000657 – 000668.                                                                                                                  |
| 27. | A true and correct copy of NMS Labs Toxicology Report of Raymon Loftin produced as AGO 000521 – 000523.                                                                                                                             |
| 28. | A true and correct copy of California Highway Patrol Inland Communication Center Incident Detail Report produced as AGO 000858 – 000890.                                                                                            |
| 29. | A true and correct copy of San Bernardino County Sheriff's Department CAD Log produced as AGO 000811 – 000817.                                                                                                                      |
| 30. | A true and correct copy of City of Colton Police Department Call Detail Report produced as AGO 000892 – 000894.                                                                                                                     |
| 31. | A true and correct copy of City of Colton Police Department Station Reports produced as AGO 000896 – 000900.                                                                                                                        |
| 32. | A true and correct copy of the California Department of Transportation Performance Measurement System (PeMS) Data Source report of hourly traffic volumes during the pursuit.                                                       |
| 33. | A true and correct copy of excepts of San Bernardino County Sheriff's Department Crime Report produced pursuant to subpoena by the San Bernardino County District Attorney's office as 000001 – 000610.                             |
| 34. | A true and correct copy of dashcam video of the inside of the                                                                                                                                                                       |

| | | |
|---|---|---|
| | | Peterbilt truck the day of the incident produced as AGO 000850. |
| | 35. | A true and correct copy of dashcam video of the inside of the Peterbilt truck the day of the incident produced as AGO 000851. |
| | 36. | A true and correct copy of dashcam video of the inside of the Peterbilt truck the day of the incident produced as AGO 000852. |
| | 37. | A true and correct copy of the California Highway Patrol Stolen Vehicle Report produced as AGO 000749 – 000750. |
| | 38. | A true and correct copy of the West Covina Police Department Incident Report case no. 21-1596 regarding March 21, 2021 arrest of Raymond Loftin produced as AGO 000751 – 762. |
| | 39. | True and correct copies of San Bernardino County Superior Court records, produced pursuant to subpoena by the San Bernardino County District Attorney's office as 000847 – 000882. |
| | 40. | True and correct copies of photographs taken by San Bernardino County Sheriff's Department of the stolen Peterbilt Big Rig produced pursuant to subpoena by the San Bernardino County District Attorney's office. |
| | 41. | A true and correct copy of Aurora Charter Oaks Psychiatric Progress Note dated June 15, 2021, produced as AGO 000942. |
| | 42. | A true and correct copy of video taken by "FirePhotoGirl" produced as AGO 000961. |
| | 43. | True and correct copies of San Bernardino County Sheriff Department's dispatch audio produced as AGO 000763. |
| | 44. | True and correct copies of San Bernardino County Sheriff Department's dispatch audio produced as AGO 000764. |
| | 45. | True and correct copies of San Bernardino County Sheriff |

| | | |
|---|---|---|
| | | Department's dispatch audio produced as AGO 000765. |
| | 46. | True and correct copies of California Highway Patrol Inland Communication Center dispatch audio produced as AGO 000832. |
| | 47. | Curriculum Vitae of Dr. Richard Clark |
| | 48. | Curriculum Vitae of Rock E. Miller |
| | **Exhibit No.** | **Description of Plaintiffs' Evidence** |
| | 49. | Demonstrative Animation prepared by Plaintiffs' expert Samir Lyons (no annotations) ("Lyons Animation") (*see* supporting Declaration of Samir Lyons filed concurrently herewith) |
| | 50. | Demonstrative Animation by Plaintiffs' expert Samir Lyons (with annotations) ("Lyons Animation, Annotated") (*see* supporting Declaration of Samir Lyons filed concurrently herewith) |
| | 51. | Curriculum Vitae of Samir Lyons |
| | 52. | Composite Video (no annotations) prepared by Plaintiffs' expert Justin Rosander ("Rosander Composite Video") (*see* supporting Declaration of Justin Rosander filed concurrently herewith) |
| | 53. | Composite Video (with annotations) prepared by Plaintiffs' expert Justin Rosander ("Rosander Composite Video, Annotated") (*see* supporting Declaration of Justin Rosander filed concurrently herewith) |
| | 54. | Curriculum Vitae of Justin Rosander |
| | 55. | Curriculum Vitae of Scott A. DeFoe |
| | 56. | A true and correct copy of the video from the body-worn camera of Jesus Garcia ("Garcia BWC Video"), produced by |

| | | |
|---|---|---|
| | | Defendants during discovery. |
| | 57. | A true and correct copy of the video from the MVARS dashboard camera, labeled "MVARS 1540337.VOB" and produced by Defendants during discovery. |
| | 58. | A true and correct copy of the relevant portions of the transcript of the Deposition of Daniel Howard ("Howard Depo"). |
| | 59. | A true and correct copy of the relevant portions of the deposition of Gabriel Mendez. |
| | 60. | A true and correct copy of the relevant portions of the May 10, 2023, Administrative Interview of Daniel Howard ("Howard Admin. Int."). |
| | 61. | A true and correct copy of the relevant portions of the July 26, 2021, statement of Daniel Howard ("Howard Interview"). |
| | 62. | A true and correct copy of the relevant portions of the Deposition of Christopher Urquijo ("Urquijo Depo."). |
| | 63. | A true and correct copy oof the relevant portions of the deposition of Nicholas Mercado ("Mercado Depo."). |
| | 64. | True and correct copies of the relevant portions of the deposition of Sergio Vasquez ("Vasquez Depo."). |
| | 65. | A true and correct copy of the relevant portions of the deposition of Mark Garcia ("M. Garcia Depo."). |
| | 66. | A true and correct copy of the relevant portions of the deposition of Jesus Garcia ("J. Garcia Depo."). |
| | 67. | A true and correct copy of the relevant portions of the statement of Mark Garcia, taken on June 30, 2021 ("M/ Garcia Statement"). |

|   |                                    |
|---|------------------------------------|
|   | Declaration of Dr. Richard Clark.  |
|   | Declaration of Rock E. Miller.     |
|   | Declaration of Samir Lyons.        |
|   | Declaration of Justin Rosander.    |
|   | Declaration of Scott DeFoe.        |