| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Dean Gazzo Roistacher LLP<br>Lee H. Roistacher, Esq. (SBN 179619)<br>Kimberly A. Sullivan, Esq. (SBN 317857)<br>Aleries Lau, Esq. (SBN 340709)<br>440 Stevens Avenue, Suite 100<br>Solana Beach, CA  92075<br>Telephone:  (858) 380-4683<br>Facsimile:  (858) 492-0486<br>E-mail:    lroistacher@deangazzo.com<br>                ksullivan@deangazzo.com<br>                alau@deangazzo.com |
| 7 | Attorneys for Defendant<br>Sergeant Daniel Howard |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually; LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and E.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; TYLER VINSON-LOFTIN, individually and as successor in interest to Raymond Loftin, deceased; and RAYMOND ALGARIN TORRES, individually and as successor in interest to Raymond Loftin, deceased.<br><br>              Plaintiffs,<br><br>       v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br><br>              Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**DECLARATION OF LEE H. ROISTACHER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND SERGEANT DANIEL HOWARD**<br><br>Date:         January 21, 2026<br>Time:         1:30 p.m.<br>Courtroom:  9C<br>Judge:        Anne Hwang<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

///

1

I, Lee H. Roistacher, declare as follows:

1. I am an attorney at law, duly admitted to practice before the courts of this state, and am an associate with the firm of Dean Gazzo Roistacher, LLP, attorneys of record for defendant Sergeant Daniel Howard in the above matter.

2. I have personal knowledge of all the matters stated herein, and if called as a witness, I could competently testify thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

3. Attached to the Joint Appendix of Evidence as Exhibit 1 are true and correct copies of excerpts of the deposition of Christopher Urquijo.

4. Attached to the Joint Appendix of Evidence as Exhibit 2 are true and correct copies of excerpts of the transcribed statement of Christopher Urquijo taken on June 23, 2021.

5. Attached to the Joint Appendix of Evidence as Exhibit 3 are true and correct copies of excerpts of the deposition of Sergeant Daniel Howard.

6. Attached to the Joint Appendix of Evidence as Exhibit 4 are true and correct copies of excerpts of the transcribed statement of Sergeant Daniel Howard taken on July 26, 2021

7. Attached to the Joint Appendix of Evidence as Exhibit 5 are true and correct copies of excerpts of the deposition of Tommy Dickey.

8. Attached to the Joint Appendix of Evidence as Exhibit 6 are true and correct copies of excerpts of the deposition of Sergeant Ryan Peppler.

9. Attached to the Joint Appendix of Evidence as Exhibit 7 are true and correct copies of excerpts of the deposition of Nicholas Mercado.

10. Attached to the Joint Appendix of Evidence as Exhibit 8 are true and correct copies of excerpts of the transcribed statement of Nicholas Mercado taken on June 29, 2021 produced as AGO 000424 – 000504.

///

11. Attached to the Joint Appendix of Evidence as Exhibit 9 are true and correct copies of excerpts of the deposition of Jesus Garcia.

12. Attached to the Joint Appendix of Evidence as Exhibit 10 are true and correct copies of excerpts of the transcribed statement of Jesus Garcia taken on June 29, 2021, produced as AGO 000055 – 000130.

13. Attached to the Joint Appendix of Evidence as Exhibit 11 are true and correct copies of excerpts of the deposition of Mark Garcia.

14. Attached to the Joint Appendix of Evidence as Exhibit 12 are true and correct copies of excerpts of the transcribed statement of Mark Garcia taken on June 30, 2021 produced as AGO 000314 – 000423.

15. Attached to the Joint Appendix of Evidence as Exhibit 13 are true and correct copies of excerpts of the deposition of Sergio Vasquez.

16. Attached to the Joint Appendix of Evidence as Exhibit 14 are true and correct copies of excerpts of the transcribed statement of Sergio Vasquez taken on June 28, 2021 produced as AGO 000131 – 000220.

17. Attached to the Joint Appendix of Evidence as Exhibit 15 are true and correct copies of excerpts of the transcribed statement of Gabriel Mendez taken on June 30, 2021 produced as AGO 000000221 – 000313.

18. Attached to the Joint Appendix of Evidence as Exhibit 16 are true and correct copies of excerpts of the deposition of Gregory Castillo.

19. Attached to the Joint Appendix of Evidence as Exhibit 17 are true and correct copies of excerpts of the deposition of Nilda Campos.

20. Attached to the Joint Appendix of Evidence as Exhibit 18 are true and correct copies of excerpts of the deposition of Andrei Tarankow.

21. Attached to the Joint Appendix of Evidence as Exhibit 19 are true and correct copies of excerpts of the deposition of Anthony Alcala.

22. Attached to the Joint Appendix of Evidence as Exhibit 20 are true and correct copies of excerpts of the deposition of James Blankenship.

23. Attached to the Joint Appendix of Evidence as Exhibit 21 is a true and correct copy of CHP Officer Jesus Garcia's body-worn camera video produced as AGO 000847.

24. Attached to the Joint Appendix of Evidence as Exhibit 22 is a true and correct copy of 40-King's aerial video produced as AGO 000960-1.

25. Attached to the Joint Appendix of Evidence as Exhibit 23 is a true and correct copy of the MVARS from Officer Gabriel Mendez's patrol vehicle of the June 23, 2021 incident and Produced as AGO 000846.

26. Attached to the Joint Appendix of Evidence as Exhibit 24 are true and correct copies of excerpts of the deposition of Dr. Timothy Jong, M.D.

27. Attached to the Joint Appendix of Evidence as Exhibit 25 is a true and correct copy of San Bernardino County Sheriff – Coroner Investigation Report produced as AGO 000651 – 000656.

28. Attached to the Joint Appendix of Evidence as Exhibit 26 is a true and correct copy of San Bernardino County Sheriff – Coroner Autopsy Report produced as AGO 000657 – 000668.

29. Attached to the Joint Appendix of Evidence as Exhibit 27 is a true and correct copy of NMS Labs Toxicology Report of Raymon Loftin produced as AGO 000521 – 000523.

30. Attached to the Joint Appendix of Evidence as Exhibit 28 is a true and correct copy of California Highway Patrol Inland Communication Center Incident Detail Report produced as AGO 000858 – 000890.

31. Attached to the Joint Appendix of Evidence as Exhibit 29 is a true and correct copy of San Bernardino County Sheriff's Department CAD Log produced as AGO 000811 – 000817.

32. Attached to the Joint Appendix of Evidence as Exhibit 30 is a true and correct copy of City of Colton Police Department Call Detail Report produced as AGO 000892 – 000894.

33. Attached to the Joint Appendix of Evidence as Exhibit 31 is a true and correct copy of City of Colton Police Department Station Reports produced as AGO 000896 – 000900.

34. Attached to the Joint Appendix of Evidence as Exhibit 33 is a true and correct copy of excepts of San Bernardino County Sheriff's Department Crime Report produced pursuant to subpoena by the San Bernardino County District Attorney's office as 000001 – 000610.

35. Attached to the Joint Appendix of Evidence as Exhibit 34 is a true and correct copy of dashcam video of the inside of the Peterbilt truck the day of the incident produced as AGO 000850.

36. Attached to the Joint Appendix of Evidence as Exhibit 35 is a true and correct copy of dashcam video of the inside of the Peterbilt truck the day of the incident produced as AGO 000851.

37. Attached to the Joint Appendix of Evidence as Exhibit 36 is a true and correct copy of dashcam video of the inside of the Peterbilt truck the day of the incident produced as AGO 000852.

38. Attached to the Joint Appendix of Evidence as Exhibit 37 is a true and correct copy of the California Highway Patrol Stolen Vehicle Report produced as AGO 000749 – 000750.

39. Attached to the Joint Appendix of Evidence as Exhibit 38 is a true and correct copy of the West Covina Police Department Incident Report case no. 21-1596 regarding March 21, 2021 arrest of Raymond Loftin produced as AGO 000751 – 762.

40. Attached to the Joint Appendix of Evidence as Exhibit 39 are true and correct copies of San Bernardino County Superior Court records, produced pursuant to subpoena by the San Bernardino County District Attorney's office as 000847 – 000882.

///

41. Attached to the Joint Appendix of Evidence as Exhibit 40 are true and correct copies of photographs taken by San Bernardino County Sheriff's Department of the stolen Peterbilt Big Rig produced pursuant to subpoena by the San Bernardino County District Attorney's office.

42. Attached to the Joint Appendix of Evidence as Exhibit 41 is a true and correct copy of Aurora Charter Oaks Psychiatric Progress Note dated June 15, 2021, produced as AGO 000942.

43. Attached to the Joint Appendix of Evidence as Exhibit 42 is a true and correct copy of video taken by "FirePhotoGirl" produced as AGO 000961.

44. Attached to the Joint Appendix of Evidence as Exhibit 43 are true and correct copies of San Bernardino County Sheriff Department's dispatch audio produced as AGO 000763.

45. Attached to the Joint Appendix of Evidence as Exhibit 44 are true and correct copies of San Bernardino County Sheriff Department's dispatch audio produced as AGO 000764.

46. Attached to the Joint Appendix of Evidence as Exhibit 45 are true and correct copies of San Bernardino County Sheriff Department's dispatch audio produced as AGO 000765,

47. Attached to the Joint Appendix of Evidence as Exhibit 46 are true and correct copies of California Highway Patrol Inland Communication Center dispatch audio produced as AGO 000832.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that this declaration was executed this 12th day of December, 2025, at Solana Beach, California.

*/s/ Lee H. Roistacher*
Lee H. Roistacher, declarant