```
Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:    lroistacher@deangazzo.com
           ksullivan@deangazzo.com
           alau@deangazzo.com
```

Attorneys for Defendant
Sergeant Daniel Howard

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually; LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and E.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; TYLER VINSON-LOFTIN, individually and as successor in interest to Raymond Loftin, deceased; and RAYMOND ALGARIN TORRES, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br><br>Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**DECLARATION OF DR. RICHARD FRANKLIN CLARK, JR. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND SERGEANT DANIEL HOWARD**<br><br>Date:        January 21, 2026<br>Time:        1:30 p.m.<br>Courtroom:   9C<br>Judge:       Anne Hwang<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

///

1

Case No. 5:22-cv-02133-AH-DTB

I, Richard Franklin Clark, Jr. M.D., FACEP, FACMT, declare as follows:

1. I am a board-certified Medical Toxicologist and Emergency Physician. I have been practicing medicine since 1988 in various capacities, including as a professor of clinical emergency medicine at the University of California, San Diego School of Medicine. I have been licensed by the Medical Board of California as a physician and surgeon since 1991 (license # G-71265). In my practice of Emergency Medicine and Medical Toxicology, I see numerous patients every day under the influence of or intoxicated by methamphetamine. My team and I have also published book chapters and peer-reviewed studies dealing with methamphetamine effects. I also teach medical students, residents, and other health care providers on a weekly basis about the effects and toxicity associated with methamphetamine and other drugs in humans.

2. I have been retained by defendants, State of California by and through California Highway Patrol and Sergeant Daniel Howard to render opinions regarding toxicological effects of methamphetamine on behavior, physiology, cardio/respiratory, neurologic, and all other body systems affected by methamphetamine, as they pertain to and relate to decedent, Raymond Loftin's ("Mr. Loftin") death and his behavior, actions, signs, and symptoms at the time of the events at issue in this case. My opinions include the relationship between substances that Mr. Loftin had consumed or ingested and his actions, behaviors, signs, symptoms, and cause of death, as such substances were detected in pre- and

post-mortem examination and toxicological screening and/or as such substances were reported or determined through any other sources to have been consumed or ingested. If called upon to testify, I can and will competently do so of my own personal knowledge.

3. A true and correct copy of my Curriculum Vitae is attached to the Joint Appendix of Evidence as Exhibit 47.

4. In consideration of my opinions, I have considered or reviewed the case-specific materials attached to the Joint Appendix of Evidence as Exhibits 25-27.

5. Based on my knowledge of this case and the disciplines of Medical Toxicology and Emergency Medicine and review of records, I believe with a reasonable degree of medical certainty that Mr. Loftin was intoxicated by methamphetamines at the time he was shot on June 23, 2021, and the effects of this drug contributed to or led to his agitated, noncompliant, violent behavior and reckless driving witnessed by officers and bystanders on the night he was shot. Mr. Loftin's autopsy and toxicology report revealed Mr. Loftin tested positive for methamphetamine and amphetamine (metabolite of methamphetamine), and delta-9 THC (active component of marijuana). The methamphetamine concentration of Mr. Loftin's blood was measured at 450 ng/mL, while the quantity of amphetamine in his blood was measured at 76 ng/mL. This methamphetamine concentration is high and shows with medical certainty that Mr. Loftin was under

the influence of methamphetamine during the incident.

6. The concentration of methamphetamine found in Mr. Loftin's blood at autopsy was in the range or above that which has led to the behavior exhibited by Mr. Loftin on June 22 and 23, 2021 (i.e., his agitated, noncompliant, violent behavior and reckless driving witnessed by officers and bystanders). For these reasons I conclude with a reasonable degree of medical certainty that the influence of this drug contributed to or led to Mr. Loftin's behavior and driving resulting in his death.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that this declaration was executed on _____November 11,2025_____, at __San Diego_____, California.

*Richard F. Clark*
Richard Franklin Clark, Jr., M.D. declarant