Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:  lroistacher@deangazzo.com
         ksullivan@deangazzo.com
         alau@deangazzo.com

Attorneys for Defendant
Sergeant Daniel Howard

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually; LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and E.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; TYLER VINSON-LOFTIN, individually and as successor in interest to Raymond Loftin, deceased; and RAYMOND ALGARIN TORRES, individually and as successor in interest to Raymond Loftin, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br><br>Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**DECLARATION OF ROCK E. MILLER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND SERGEANT DANIEL HOWARD**<br><br>Date:       January 21, 2025<br>Time:       1:30 p.m.<br>Courtroom:  9C<br>Judge:      Anne Hwang<br>Magistrate: David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

///

1

I, Rock E. Miller, declare as follows:

1. I am a traffic engineering consultant specializing in traffic safety, traffic controls, transportation engineering, planning, design, and operations. I have a B.S. and M.S. in Civil Engineering from the University of California at Davis. I am registered in the State of California as a Professional Civil Engineer (Registration No. 29493) and a Professional Traffic Engineer (Registration No. 1139).

2. I have been retained by defendants, State of California by and through California Highway Patrol and Sergeant Daniel Howard to render opinions regarding roadway and traffic data pertaining to the vehicles on the roadway during the incident, and the route travelled by Mr. Loftin and Mr. Urquijo on the night of the incident (the "Pursuit"). The purpose of my investigation was to determine the hourly traffic flow rate on the subject freeways and determine the number of vehicles that were exposed to the danger of a vehicle driving in the wrong direction during the hours of the pursuit. If called upon to testify, I can and will competently do so of my own personal knowledge.

3. A true and correct copy of my Curriculum Vitae is attached to the Joint Appendix of Evidence as Exhibit 48.

4. The following is a list of documents reviewed in the formation of my analysis and opinions on the subject matter:

- Extracted Page from Tabs 42-27 of Crime Report DR# 602100131 indicating the route of the chase. A true and correct copy of these pages are attached to the Joint Appendix of Evidence as Exhibit 33 and identified as 000458 through 000461.
- Fourth Amended Complaint of Christopher Urquijo, et al., dated filed 07/18/2025.

///

///

- Records from the Performance Measurement System (PeMS) Data Source, an archive data system maintained by the California Department of Transportation. A true and correct copy of these records are attached to the Joint Appendix of Evidence as Exhibit 32.

5. The California Department of Transportation operates a database and data source known as the Performance Measurement System (PeMS) Data Source. PeMS is a system that collects and archives data collected from traffic flow detection and sampling stations that are located at regular intervals along urban freeways. The data collected includes traffic volume, speed, and vehicle classification by lane in 5-minute samples. Most of the 40,000 sampling stations are located at or near freeway ramp meters, and the data is collected by the ramp meter controllers and similar equipment. The data is transmitted to Caltrans offices for permanent storage and analysis.

6. The traffic data is maintained for approximately 10 years for historical analysis. The database is open to the public on a Caltrans website (https://dot.ca.gov/programs/traffic-operations/mpr/pems-source), requiring only registration. Traffic engineers use the data at this website to analyze freeway operating conditions, geometric changes, and the impact of added traffic from new developments. I have personally used the system in the past to analyze hourly patterns of freeway congestion and develop freeway traffic flow models.

7. The PeMS system operates continuously. I accessed the system and determined that there was valid data for many locations along the route of the pursuit, both on the night and morning of the incident. I used the system to identify sampling locations and generate reports indicating hourly traffic levels at various points along the route.

///

///

///

8. Following the direction of travel of the pursuit in the wrong direction, I generated reports from PeMS for night and morning of the incident for the following locations:

- I-10 Westbound at California
- I-10 Westbound at Tippecanoe
- SR 210 Eastbound/southbound at Santa Ana River Bridge
- SR 210 Eastbound at Del Rosa
- SR 210 Eastbound at Pepper
- SR 210 Westbound at Pepper
- SR 210 Westbound at Del Rosa
- SR 210 Westbound/northbound at Santa Ana River Bridge
- I-10 Eastbound at California
- I-10 Eastbound at Waterman
- I-10 Eastbound at Mt Vernon

9. A true and correct copy of a report generated by the PeMS system for each location is attached to the Joint Appendix of Evidence as Exhibit 29. Each PeMS report indicates the hourly traffic volumes during the pursuit recorded at the indicated.

10. Eight-lane freeways such as I-10 carry 200,000 or more daily vehicles. While most of the daily flow occurs between 7 am and 9 pm, even the latest hours in the night can carry 1 percent of the daily volume.

11. The wrong-way driving began on I-10 when the pursuit traveled eastbound in the westbound lanes. Table 1 shows that I-10 westbound east of Waterman carries about 1900 vehicles per hour from 11 on to midnight. This corresponds to about 1 vehicle every 1.9 seconds. A vehicle proceeding in the wrong direction and traveling at the approximate speed of freeway traffic would experience about twice the approach flowrate due to its movement toward oncoming traffic, about one vehicle per second. The distance from Waterman

4

1  Avenue to the 210 Freeway interchange is about 4 miles. The travel time would be approximately 4 minutes (240 seconds). During this four-minute period, the estimated number of vehicles traveling in the opposite direction would be about 250 vehicles. Each of these vehicles would need to recognize a wrong-way driver approaching unexpectedly.

12. I did a similar calculation to determine the volume of opposing traffic and the opposing volume while the pursuit was underway for the portions of the pursuit that involved wrong-way driving. I determined that approximately 1200 vehicles would have encountered the chase as it occurred on their side of the freeway in the direction opposite their travel. If any of these vehicles had been unable to avoid the oncoming wrong-way driver, a death or series injury would have been highly likely.

13. A vehicle traveling in the wrong-way direction during the pursuit would have faced and passed approximately 1200 vehicles for the duration of the chase. In the event of a head-on collision between opposing vehicles at freeway speeds, a fatality or severe injury would be highly likely.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that this declaration was executed on 11-7-25, at TUSTIN, California.

_____
Rock E. Miller, declarant

