**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:  (818) 347-3333
Fax:  (818) 347-4118

**LAW OFFICE OF SHARON J. BRUNNER**
Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel:  (760) 243-9997
Fax:  (760) 843-8155

**LAW OFFICE OF JAMES S. TERRELL**
James S. Terrell, Esq. (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Tel:  (760) 951-5850
Fax:  (760) 952-1085

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 5:22-cv-02133-AH-DTB <br><br> **DECLARATION OF SAMIR LYONS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: January 7, 2026 <br> Time: 1:30 p.m. <br> Courtroom: 9C <br> Judge: Anne Hwang <br><br> Complaint Filed: 11/30/2022 <br> Trial Date: 05/26/2026 |

-1-
DECLARATION OF SAMIR LYONS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**DECLARATION OF SAMIR LYONS**

I, Samir Lyons, declare as follows:

1. I am a competent adult and personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so. I make this declaration in support of Plaintiffs' opposition to Defendants' motion for summary judgment to lay the foundation for my demonstrative animation that I understand is being lodged with the Court as "Exhibit 49" and "Exhibit 50" in the Joint Appendix of Evidence. "Exhibit 49" is the demonstrative animation with no annotations, and "Exhibit 50" is the demonstrative animation with annotations. A true and correct copy of my curriculum vitae is attached to the Joint Appendix of Evidence as "Exhibit 51."

2. I reviewed and used the following evidence to create the demonstrative animation: <u>Videos</u>: CHP Jesus Garcia 191183_019183202106222235615_0419.mp4; MVARS 1540337; <u>Photos</u>: Pages from Tabs 1-15 (Photos of Officer Howard 1), Vehicle Processing (folder of photos); KG31 (folder of photos), L7C1E0A2.jpg, L7C1E001.jpg, L6O1A071.jpg, L6O1A073.jpg, L6O1A074.jpg, L6O1A075.jpg, L7C1E00E.jpg, L7C1E00F.jpg, L6O1A02E.jpg.

3. <u>Software Used</u>

<u>Adobe After Effects</u>. Adobe After Effects is a visual effects, motion graphics, and compositing software developed by Adobe Systems. It is widely used across film, television, and video game industries. Among its functions are keying, enhancements, special effects, tracking, compositing, and animation. It also serves as a basic non-linear editor, audio editor, and media transcoder. In 2019, After Effects received an Academy Award for scientific and technical achievement.

<u>Character Creator 5</u>. (Reallusion) Character Creator 5 (CC5) is a professional 3D character design application developed by Reallusion. It is used to create highly detailed, fully rigged digital humans for animation, film, games, and visualization. The software allows precise customization of body proportions, facial features, hair,

1  skin textures, and clothing, with options for photorealistic or stylized results.
2  Characters generated in CC5 are optimized for animation pipelines and can be
3  exported directly into Autodesk Maya and other 3D applications for further
4  refinement. This tool was used to generate the initial 3D avatar representing the
5  subject in this matter before integration into the larger animation environment.

6  <u>Autodesk Maya</u>. Autodesk Maya is a 3D computer graphics application that
7  runs on Windows, macOS, and Linux. It is used across industries to create assets for
8  interactive applications, animated films, TV series, advertising, forensic
9  visualization, product design, architecture, and high-end visual effects. Maya
10 operates in real-world scale and incorporates accurate physics, real-world
11 measurements, and lighting models (including latitude/longitude–based solar
12 lighting when required) to replicate physical conditions.

13      4.   <u>Process</u>

14      3D Asset Creation 3D asset creation encompasses all environments,
15 characters, props (e.g., firearms, TASERs, clothing, accessories, vehicles), anatomy,
16 and other objects required to build the demonstrative animation. For this case, the
17 primary assets created were: 3D Environment and 3D Character.

18      <u>3D Environment</u>. Using the provided evidence, a virtual environment was
19 constructed in 3D space to accurately represent the real-world location. Autodesk
20 Maya was employed to generate planar geometry, flat surfaces composed of
21 millions of vertices and faces, that can be manipulated to form any physical object.
22 These planes were reshaped, extruded, beveled, and textured to create an accurate
23 digital replica.

24      The environment creation began with high-resolution aerial imagery exported
25 from Google Maps to establish the event location and accurate scale. Measurements
26 were taken directly from these maps and cross-referenced with the evidence
27 provided for accuracy. Textures were derived or referenced from Google Maps and
28 photographic evidence to replicate real-world surfaces. Virtual lighting was then

applied to match the time-of-day and conditions visible in the dash cam footage and other evidence sources.

<u>3D Character</u>. The 3D character representing Sergeant Howard was created using Reallusion's Character Creator 5. The digital avatar was customized with hairstyles, eye color, facial structure, and other identifying features based on the evidence provided. After export into Autodesk Maya, the character was fitted with appropriate clothing and uniform accessories to reflect the subject accurately.

Finally, a 3D rig control system was applied. This process involved building an internal skeletal joint structure throughout the avatar and binding it to a network of external control curves. These controls—placed at key body parts such as the waist, head, neck, arms, fingers, and legs—enabled precise manipulation of the digital character's movement. The rig allowed the avatar to be posed and animated in 3D space consistent with the evidence reviewed.

<u>3D Character Animation</u>. Once the digital character was created, it was animated using Autodesk Maya, a 3D computer graphics software. Animation is achieved by setting "keyframes" on a timeline within the scene file. A keyframe is a marker that locks a specific pose or position of the character at an exact point in time.

Animations are created at 30 frames per second, meaning 30 individual frames equal one second of time. For example, a 3D animator can set a keyframe for the character's position at frame one, then move to frame 30 and set another keyframe with a new position. The software automatically generates the "in-between" motion that transitions the character smoothly from the first pose to the second.

This process can be refined on a frame-by-frame basis to ensure realistic, accurate movement. Through this method, a 3D character can be animated to perform any action necessary to represent the events in question with precision. For this matter, the dash cam footage was analyzed frame by frame to

establish positional data for both the officer and the vehicle. Visual reference points within the footage, such as lane markings, were used to determine identifiable positions. Keyframes were then placed at each frame where a position could be verified with clarity. For example, when the Sergeant's foot was observed directly over a lane line, or when the vehicle's wheel intersected with a separate lane line, those events were locked into the timeline with precise keyframes. This process was applied systematically throughout the entire video, resulting in a time-synchronized record of the officer's and vehicle's positions throughout the video or evidence.

In addition to the positional analysis, the audio track from the dash cam recording was examined to determine the precise timing of the first and last gunshots. To confirm these findings, we looked for more visual indicators, such as the visible smoke emitted at the moment each shot was fired. By cross-referencing the auditory and visual evidence, the timing of the shots was verified.

Once the positions of both the vehicle and the Sergeant were reliably matched and tracked throughout the sequence, measurable data could be extracted. Specifically, the distance between the Sergeant and the vehicle at any given moment could be calculated. This allowed for a precise, time-synchronized record of their relative positions during the entire event sequence.

Once the 3D camera animation process was finalized, the images were rendered in full high definition (HD) quality at a resolution of 1920 x 1080.

Final Demonstrative Animation

The fully rendered image sequences were imported into Adobe After Effects, where they were composited and arranged into a continuous presentation. Annotations, including measurement markers and titles, were added at this stage to clarify key points of the animation. Once the presentation was finalized, the completed sequence was exported in MP4 format.

The methods described above, and utilized in this case, are commonly used, and generally accepted within the discipline of forensic animation. This process did

1  not edit, corrupt, or otherwise destroy any of the underlying source data of the
2  videos or evidence.
3
4  I declare under penalty of perjury that the foregoing is true and correct, and that this
5  was executed this  17  day of November, 2025 at   Westlake Village   California.

*[Signature: Samir Lyons]*

Samir Lyons

-6-
DECLARATION OF SAMIR LYONS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT