Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
Aleries Lau, Esq. (SBN 340709)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:   lroistacher@deangazzo.com
          ksullivan@deangazzo.com
          alau@deangazzo.com

Attorneys for Defendant
Sergeant Daniel Howard

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, individually; LORI MEEKS, individually and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and E.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; TYLER VINSON-LOFTIN, individually and as successor in interest to Raymond Loftin, deceased; and RAYMOND ALGARIN TORRES, individually and as successor in interest to Raymond Loftin, deceased.<br><br>            Plaintiffs,<br><br>      v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SERGEANT DANIEL HOWARD, DOES 4-10, Inclusive, and DANIELLE LOFTIN, a nominal Defendant.<br><br>            Defendants. | Case No.: 5:22-cv-02133-AH-DTB<br><br>**[PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND SERGEANT DANIEL HOWARD**<br><br>Date:        January 21, 2026<br>Time:        1:30 p.m.<br>Courtroom:   9C<br>Judge:       Anne Hwang<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: 11/30/2022<br>Trial Date: 05/26/2026 |

///

1

1  Defendants State of California by and through California Highway Patrol and Sergeant Daniel Howard's Motion for Summary Judgment came on for hearing on January 21, 2025, at 1:30 p.m., in Courtroom 9C of the above-entitled court, located at 350 W. 1st Street, Los Angeles, California, the Honorable Anne Hwang, presiding.

Having fully considered the moving and opposing papers, the arguments of counsel, and all other matters presented to the Court, and good cause appearing,

IT IS ORDERED AND ADJUDGED that:

1. Defendants Motion for Summary Judgment is GRANTED;
2. Judgment shall be entered in favor of Defendants State of California by and through California Highway Patrol and Sergeant Daniel Howard and against Plaintiffs Christopher Urquijo, Lori Meeks, Y.L., B.L., and E.L., Tyler Vinson-Loftin, and Raymond Algarin Torres on all claims in the operative Complaint;
3. Plaintiffs shall take nothing by way of the operative Complaint; and
4. Defendants shall recover their costs of suit as provided by law.

IT IS SO ORDERED.

Dated:_____    _____

Hon. Anne Hwang
UNITED STATES DISTRICT JUDGE