**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

**LAW OFFICE OF SHARON J. BRUNNER**
Sharon J. Brunner, Esq. (SBN 229931)
sharonjbrunner@yahoo.com
14393 Park Ave., Suite 101
Victorville, CA 92392
Tel:   (760) 243-9997
Fax:   (760) 843-8155

**LAW OFFICE OF JAMES S. TERRELL**
James S. Terrell, Esq. (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Tel:   (760) 951-5850
Fax:   (760) 952-1085

*Attorneys for Plaintiffs*, Christopher Urquijo, et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 5:22-cv-02133-AH-DTB <br><br> *Assigned to*: <br> Hon. District Judge Anne Hwang <br> Hon. Mag. Judge David T. Bristow <br><br> **PLAINTIFFS' NOTICE OF ERRATA** <br><br> *[Declaration of Renee V. Masongsong and Exhibit filed concurrently herewith]* |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Plaintiffs hereby file this notice of errata with respect to Plaintiffs' "Exhibit 58" in support of Plaintiffs' opposition to Defendants' Motion for Summary

1  Judgment (Dkt. No. 157), which was lodged on December 12, 2025 (Dkt. No. 157-
2  5). Plaintiffs are filing an "Amended Exhibit 58" concurrently herewith. Plaintiffs'
3  "Amended Exhibit 58," which is a true and correct copy of the relevant portions of
4  the transcript of the deposition of Defendant Daniel Howard is amended to make
5  redactions consistent with the Parties' stipulation and this Court's order at Dkt. Nos.
6  137, 138.

7
8  DATED: December 31, 2025         LAW OFFICES OF DALE K. GALIPO
9                                   By: */s/ Renee Masongsong*
10                                     Dale K. Galipo
                                       Renee V. Masongsong
11                                     Attorney for Plaintiffs