# EXHIBIT 68

```
 1            TRANSCRIPTION OF RECORDED INTERVIEW

 2

 3                           OF

 4

 5                      DANIEL HOWARD

 6

 7                      MAY 10, 2023

 8                   FONTANA, CALIFORNIA

 9

10

11

12

13

14

15

16

17

18  Interviewed by:   Lieutenant Joshua Buffum,

19                    Lieutenant Lance Berns,

20                    CALIFORNIA HIGHWAY PATROL

21

22

23        The record reflects all relevant statements and
          conversations occurring during the course of the
24        interrogation but is not verbatim.  For clarity,
     superfluous words, phrases, verbal pauses and/or inaudible
25                  tones have been eliminated.
```

-1-

CONFIDENTIAL

|    |          |                                               |
|----|----------|-----------------------------------------------|
| 1  |          | would have occurred.  How did you picture     |
| 2  |          | that happening?                               |
| 3  | **Howard:** | It's as simple as somebody crossing in front |
| 4  |          | of somebody else's line of fire               |
| 5  |          | accidentally.  And with changing combat       |
| 6  |          | environments with the changing of targets     |
| 7  |          | and people's movements and stuff, oftentimes  |
| 8  |          | you get tunnel vision and don't necessarily   |
| 9  |          | see the people directly around you, so as     |
| 10 |          | you're firing, there's potential for people,  |
| 11 |          | again, to run directly into your line of      |
| 12 |          | fire.  And so if I established that baseline  |
| 13 |          | that I would be in front for any actions to   |
| 14 |          | take, then I knew that my officers would      |
| 15 |          | hopefully stay out of my line of fire if it   |
| 16 |          | came down to that.  ==That I could kind of==  |
| 17 |          | ==somewhat control their vicinity and==       |
| 18 |          | ==establish some sort of plan on how we were== |
| 19 |          | ==going to stop the vehicle if it came down to== |
| 20 |          | ==a forceful stop.==                          |
| 21 | **Buffum:** | Other than the fact that you hadn't worked  |
| 22 |          | with these officers before, what would make   |
| 23 |          | you think that they weren't capable of        |
| 24 |          | handling the rifle or making the shot?  That  |
| 25 |          | only you were the one on the scene capable    |

-99-

DANIEL HOWARD                                                MAY 10, 2023

HOWARD099

CONFIDENTIAL

|    |          |                                                                    |
|----|----------|--------------------------------------------------------------------|
| 1  |          | U-turn, I didn't start really going out                            |
| 2  |          | until I thought he was stopping and 40-                            |
| 3  |          | King's radio traffic of it looks like he's                         |
| 4  |          | making a U-turn. As they were saying that,                         |
| 5  |          | that's when I thought -- that's after I'd                          |
| 6  |          | had the thoughts of, okay, he's making a                           |
| 7  |          | U-turn, oh, he's stopping, oh, my gosh, he's                       |
| 8  |          | not stopping. And that's as 40-King was                            |
| 9  |          | putting that radio traffic out. So, I do                           |
| 10 |          | remember that some of their radio traffic,                         |
| 11 |          | it wasn't -- it kind of -- it lagged behind                        |
| 12 |          | what I was thinking at the time. Like they                         |
| 13 |          | put out how the truck rammed the patrol car                        |
| 14 |          | and I was -- when I was reviewing the video                        |
| 15 |          | I'm like, well, no, he didn't ram it. He's                         |
| 16 |          | just cruising -- he's just coasting to a                           |
| 17 |          | stop. And so again, as he's putting out the                        |
| 18 |          | U-turn, I -- when he said it looks like he's                       |
| 19 |          | making a U-turn, I no longer believed that                         |
| 20 |          | he was making a U-turn.                                            |
| 21 | **Buffum:** | Okay. So, you'd already noticed that he                         |
| 22 |          | wasn't by the time it came over the radio?                         |
| 23 | **Howard:** | Correct.                                                        |
| 24 | **Buffum:** | ==So, you did hear him over the radio say it?==                 |
| 25 | **Howard:** | ==I don't know if I heard it==. It was in                       |

-243-

DANIEL HOWARD                                                MAY 10, 2023

HOWARD243

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | | reviewing the video though. |
| 2 | **Buffum:** | Okay. So based on the video -- |
| 3 | **Howard:** | Based on -- |
| 4 | **Buffum:** | -- you had already decided he wasn't making |
| 5 | | a U-turn. |
| 6 | **Howard:** | Correct. |
| 7 | **Buffum:** | Okay. |
| 8 | | **(Video Playing)** |
| 9 | **Buffum:** | So, it's hard to stop on the exact moment |
| 10 | | when you start shooting but you can hear the |
| 11 | | engine rev up -- |
| 12 | **Howard:** | Yes. |
| 13 | **Buffum:** | -- as in the video it starts to back away. |
| 14 | **Howard:** | Yes. |
| 15 | **Buffum:** | In your mind, he was coming at you at that |
| 16 | | time? |
| 17 | **Howard:** | Yes, sir. |
| 18 | **Buffum:** | And that's why you shot him? |
| 19 | **Howard:** | Yes, sir. |
| 20 | **Buffum:** | Do you have any questions on this one?  All |
| 21 | | right.  So, like I said, this one is |
| 22 | | stationary vehicle facing the south shoulder |
| 23 | | here, the right shoulder.  And you're going |
| 24 | | to come running into the screen from right |
| 25 | | to left.  So, at this point forward |

-244-

DANIEL HOWARD                                          MAY 10, 2023

CONFIDENTIAL

HOWARD244