# EXHIBIT 69

```
 1                TRANSCRIPTION OF RECORDED INTERVIEW
 2
 3                                OF
 4
 5                            MARK GARCIA
 6
 7                          JUNE 30, 2021
 8                     RANCHO CUCAMONGA, CALIFORNIA
 9
10
11
12
13
14
15
16
17
18  Interviewed by:   Detective Adrian Bustamonte
19                    SAN BERNARDINO COUNTY SHERIFF
20
21
22
           The record reflects all relevant statements and
23      conversations occurring during the course of the
        interrogation, but is not verbatim.  For clarity,
24   superfluous words, phrases, verbal pauses and/or inaudible
                    tones have been eliminated.
25
```

-1-

MARK GARCIA                                          JUNE 30, 2021

CONFIDENTIAL                                          AGO - 000314

| | | |
|---|---|---|
| 1 | | your eyes off the vehicle for a second? |
| 2 | Garcia: | Right. |
| 3 | Bustamonte: | When was -- what was image?  What was the |
| 4 | | last thing that vehicle was doing when you |
| 5 | | took your eyes off of it? |
| 6 | Garcia: | Still going towards just the other -- just |
| 7 | | turning to the right, probably to U-turn or |
| 8 | | to go to the center. |
| 9 | Bustamonte: | Okay.  And then -- so that car is kind of |
| 10 | | maneuvering in a way to either turn as a U- |
| 11 | | turn or did you interpret it could have done |
| 12 | | anything else with that turn? |
| 13 | Garcia: | It could have driven to the center median. |
| 14 | Bustamonte: | Okay. |
| 15 | Garcia: | Just going past it.  Try to squeeze past our |
| 16 | | little wall. |
| 17 | Bustamonte: | Okay.  And then, so now you get in your car |
| 18 | | and what's the intent to get in your car. |
| 19 | | What are you getting in your car for? |
| 20 | Garcia: | I start hearing the rounds.  I mean, does it |
| 21 | | mean he's done, especially when I still see |
| 22 | | the car moving.  So, just to try and box him |
| 23 | | in. |
| 24 | Bustamonte: | Okay.  So, you hear the rounds once you're |
| 25 | | in the car, and what do you mean by boxing |

-64-

MARK GARCIA

JUNE 30, 2021

CONFIDENTIAL                                    AGO - 000377