# EXHIBIT 70

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# CHAPTER 1

# USE OF FORCE

**REVISED DECEMBER 2020**

**TABLE OF CONTENTS**



**USE OF FIREARMS** .................................................................................. 1-8
   Restriction ............................................................................................. 1-8
   Drawing or Pointing a Firearm at a Person.......................................... 1-9
   Finger Placement ................................................................................. 1-9
   Discharge of Firearm ............................................................................ 1-9

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**



5. <u>USE OF FIREARMS</u>.

    a.  <u>Restriction</u>.  Officers shall not discharge a firearm in the course of employment except as permitted in this chapter or for training purposes.

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

    b.   <u>Drawing or Pointing a Firearm at a Person</u>.  An officer may draw or point a firearm at a person when objectively reasonable based on the totality of the circumstances.

    c.   <u>Finger Placement</u>.  Officers should not place their finger on the trigger of any firearm during a tactical situation except under the following circumstances:

        (1)  When actually firing the firearm.

        (2)  When the firearm is pointed at an identified target and the use of deadly force is justified.

    d.   <u>Discharge of Firearm</u>.  An officer may discharge their firearm when objectively reasonable, based on the totality of the circumstances.  Officers should consider their surroundings and potential risks to bystanders before discharging a firearm.

        (1)  <u>Shooting at a Vehicle</u>.  Firearms, when discharged at a vehicle, moving or stationary, shall be done in accordance with this chapter.

            (a)  The discharge of a firearm at a wrong-way, high-speed, or reckless driver or vehicle solely on the assumption that other persons may be injured or killed unless the driving act is terminated is not authorized.

        (2)  <u>Shooting from a Vehicle</u>.  Firearms, when discharged from a departmental vehicle, moving or stationary, shall be done in accordance with this chapter.

        (3)  <u>Shooting from an Aircraft</u>.  Firearms shall not be discharged from a departmental aircraft except in accordance with this chapter, and only when the aircraft is not in flight.

6.