**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 5:22-cv-02133-AH(DTBx) <br><br> *Assigned to*: <br> Hon. District Judge Anne Hwang <br> Hon. Mag. Judge David T. Bristow <br><br> **NOTICE OF SETTLEMENT AS TO ALL PARTIES AND CLAIMS; REQUEST TO VACATE ALL DATES** |

**TO THIS HONORABLE COURT:**

Plaintiffs, CHRISTOPHER URQUIJO, individually; LORI MEEKS, RAYMOND ALGARIN TORRES and TYLER VINSON-LOFTIN, in each case individually and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and E.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; along with Defendants, STATE OF CALIFORNIA and DANIEL HOWARD ("the Parties"), hereby notify and petition this Court as follows:

1. The Parties have reached a settlement as to all parties and all claims. The settlement has been approved by the proper authorities.

2. Plaintiffs shall file a Petition for the Compromise of the Claims of the Minor Plaintiffs Y.L., B.L., and E.L., by and through their guardian ad litem Sebrina Lucky. Plaintiffs shall file the Petition on an Ex Parte basis.

-1-
NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES

Defendants shall remit the settlement funds within 60-90 days of this Court's approval of the Minor's Compromise Petition.

3. In light of the settlement, the Parties request that this Court vacate all future dates in this case, including the hearing on the Motion for Summary Judgment (Dkt. 157), currently set for January 21, 2026, the pretrial conference, currently set for May 6, 2026 (Dkt. 133), and the trial, currently scheduled to begin on May 26, 2026 (Dkt. 133).

4. The Parties shall file a joint stipulation to dismiss the case within ten business days of Plaintiffs' receipt of the settlement funds.

IT IS SO STIPULATED.

Dated: January 15, 2026                    LAW OFFICES OF DALE K. GALIPO

                                           By:  *s/ Dale K. Galipo*
                                                Dale K. Galipo
                                                Renee V. Masongsong
                                                Attorneys for all Plaintiffs

Dated: January 15, 2026                    Dean Gazzo Roistacher LLP

                                           By:  *s/ Kimberly A. Sullivan*
                                                Lee H. Roistacher
                                                Kimberly A. Sullivan
                                                Aleries Lau
                                                Attorneys for Defendant
                                                Sergeant Daniel Howard

| | | |
|---|---|---|
| 1 | Dated: January 15, 2026 | Rob Bonta<br>Attorney General of California<br>Elizabeth S. Angres<br>Supervising Deputy Attorney General |
| 2 | | |
| 3 | | |
| 4 | | By: _s/ Haiyan A. Li_ |
| 5 | | David Klehm<br>Haiyang A. Li<br>Attorneys for Defendant State of California (by and through the California Highway Patrol) |