**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 5:22-cv-02133-AH(DTBx) <br><br> *Assigned to*: <br> Hon. District Judge Anne Hwang <br> Hon. Mag. Judge David T. Bristow <br><br> **JOINT STIPULATION AND REQUEST FOR ADDITIONAL TIME BEYOND FEBRUARY 2, 2026, TO CONSUMMATE THE SETTLEMENT BEFORE DISMISSING THE CASE** |

**TO THIS HONORABLE COURT:**

Plaintiffs, CHRISTOPHER URQUIJO, individually; LORI MEEKS, RAYMOND ALGARIN TORRES and TYLER VINSON-LOFTIN, in each case individually and as successor in interest to Raymond Loftin, deceased; Y.L., B.L., and E.L., in each case by and through their guardian ad litem Sebrina Lucky, individually and as successor in interest to Raymond Loftin, deceased; along with Defendants, STATE OF CALIFORNIA and DANIEL HOWARD ("the Parties"), hereby stipulate and request as follows:

1. WHEREAS, on January 15, 2026, the Parties filed a Notice of Settlement of the above-referenced action. (Dkt. No. 161).

2. WHEREAS, on January 16, 2026, this Court issued an Order directing the Parties to file, no later than February 2, 2026, either a stipulation re dismissal and order for dismissal, a notice of voluntary dismissal (to the

-1-

extent permitted under Federal Rule of Civil Procedure 41(a)(1)(A)(i)), or a judgment. (Dkt. No. 162).

3. WHEREAS, the Parties are working together to finalize the terms of the written Settlement Agreement and Release.

4. WHEREAS, the guardian ad litem for the minor Plaintiffs, Sebrina Lucky, is working with a settlement broker to select annuity plans for the minor plaintiffs' portions of the settlement funds.

5. WHEREAS, after the guardian ad litem has selected the annuity plans, Plaintiffs shall file a Petition for the Compromise of the Claims of the Minor Plaintiffs Y.L., B.L., and E.L.

6. WHEREAS, Defendants need 60-90 days to remit the settlement funds after this Court's approval of the Minor's Compromise Petition.

7. WHEREAS, the Parties agree and request that Plaintiffs need not dismiss this case until after the settlement funds have been received and the annuities for the minor plaintiffs have been funded. Specifically, the Parties agree and request that the Parties need not file either a stipulation re dismissal and order for dismissal, a notice of voluntary dismissal (to the extent permitted under Federal Rule of Civil Procedure 41(a)(1)(A)(i)), or a judgment by February 2, 2026.

8. WHEREAS, the Parties agree to file a joint stipulation to dismiss the case within ten (10) business days of Plaintiffs' receipt of the settlement funds.

9. WHEREAS, if the Parties have not filed a stipulation to dismiss the case within 120 days of the filing of the instant stipulation, the Parties agree to file a status report within 120 days of the filing of the instant stipulation.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: January 23, 2026 | LAW OFFICES OF DALE K. GALIPO |
| 2 | | |
| 3 | | By: *s/ Dale K. Galipo* |
| | | Dale K. Galipo |
| 4 | | Renee V. Masongsong |
| 5 | | Attorneys for all Plaintiffs |
| 6 | Dated: January 23, 2026 | Dean Gazzo Roistacher LLP |
| 7 | | By: *s/ Kimberly A. Sullivan* |
| 8 | | Lee H. Roistacher |
| | | Kimberly A. Sullivan |
| 9 | | Aleries Lau |
| | | Attorneys for Defendant |
| 10 | | Sergeant Daniel Howard |
| 12 | Dated: January 23, 2026 | Rob Bonta |
| 13 | | Attorney General of California |
| | | Elizabeth S. Angres |
| 14 | | Supervising Deputy Attorney General |
| 15 | | By: *s/ Haiyan A. Li* |
| 16 | | David Klehm |
| | | Haiyang A. Li |
| 17 | | Attorneys for Defendant State of California (by and through the California Highway Patrol) |

-3-
JOINT STIPULATION AND REQUEST FOR ADDITIONAL TIME TO CONSUMMATE THE SETTLEMENT BEFORE DISMISSING THE CASE