1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 5:22-cv-02133-AH(DTBx) <br><br> *Assigned to*: <br> Hon. District Judge Anne Hwang <br> Hon. Mag. Judge David T. Bristow <br><br> **[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION AND REQUEST FOR ADDITIONAL TIME TO CONSUMMATE THE SETTLEMENT BEFORE DISMISSING THE CASE** |

HAVING REVIEWED THE PARTIES' Joint Stipulation and Request for Additional Time to Consummate the Settlement Before Dismissing the Case, and good cause appearing, it is hereby ordered as follows:

1. Plaintiffs shall file a Petition for the Compromise of the Claims of the Minor Plaintiffs Y.L., B.L., and E.L., by and through their guardian ad litem Sebrina Lucky.
2. Given that Plaintiffs must file a Minors' Compromise Petition, and given that Defendants represent that they need 60-90 days of this Court's approval of Plaintiffs' Minors' Compromise Petition to remit the settlement funds, the Parties are granted additional time to file a stipulation to dismiss the above-referenced action and are relieved from this Court's order directing the Parties to file, no later than February 2, 2026, either a stipulation re dismissal and order for dismissal, a notice of voluntary dismissal (to the extent permitted under Federal Rule of Civil Procedure 41(a)(1)(A)(i), or a judgment. (Dkt. No. 162).
3. This Court shall retain jurisdiction over this matter to rule on the Minors' Compromise Petition and enforce the terms of the settlement.
4. The Parties shall file a joint stipulation to dismiss the case within ten (10) business days of Plaintiffs' receipt of the settlement funds.
5. If the Parties have not filed a stipulation to dismiss the case within 120 days of the instant order, the Parties shall file a status report within 120 days of this order.

IT IS SO ORDERED.

DATED:                                                           UNITED STATES DISTRICT COURT

_____
HON. ANNE HWANG