# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 5:22-cv-02133-AH(DTBx) <br><br> *Assigned to*: <br> Hon. District Judge Anne Hwang <br> Hon. Mag. Judge David T. Bristow <br><br> **ORDER GRANTING THE PARTIES' JOINT STIPULATION AND REQUEST FOR ADDITIONAL TIME TO CONSUMMATE THE SETTLEMENT BEFORE DISMISSING THE CASE   [163]** <br><br> NOTE CHANGES MADE BY COURT |

HAVING REVIEWED THE PARTIES' Joint Stipulation and Request for Additional Time to Consummate the Settlement Before Dismissing the Case, and good cause appearing, it is hereby ordered as follows:

1. Plaintiffs shall file a Petition for the Compromise of the Claims of the Minor Plaintiffs Y.L., B.L., and E.L., by and through their guardian ad litem Sebrina Lucky, and notice the Petition for a hearing date.
2. Given that Plaintiffs must file a Minors' Compromise Petition, and given that Defendants represent that they need 60-90 days of this Court's approval of Plaintiffs' Minors' Compromise Petition to remit the settlement funds, the Parties are granted additional time to file a stipulation to dismiss the above-referenced action and are relieved from this Court's order directing the Parties to file, no later than February 2, 2026, either a stipulation re dismissal and order for dismissal, a notice of voluntary dismissal (to the extent permitted under Federal Rule of Civil Procedure 41(a)(1)(A)(i)), or a judgment. (Dkt. No. 162).
3. This Court shall retain jurisdiction over this matter to rule on the Minors' Compromise Petition and enforce the terms of the settlement.
4. The deadline for dismissal is continued to May 26, 2026.

IT IS SO ORDERED.

DATED: JANUARY 26, 2026

                                                            _____
                                                            HON. ANNE HWANG
                                                            UNITED STATES DISTRICT JUDGE