**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER URQUIJO, et al, | Case No. 5:22-cv-02133-AH(DTBx) |
| Plaintiffs, | *Assigned to*: |
| vs. | Hon. District Judge Anne Hwang |
| | Hon. Mag. Judge David T. Bristow |
| STATE OF CALIFORNIA, et al., | **[PROPOSED] ORDER GRANTING** |
| Defendants. | **THE PARTIES' JOINT** |
| | **STIPULATION TO DISMISS** |

-1-
[PROPOSED] ORDER

HAVING REVIEWED THE PARTIES' Joint Stipulation and Request for Dismissal, and good cause appearing, it is hereby ordered as follows:

1.  The foregoing case is dismissed in its entirety with prejudice.

2.  The Parties shall bear their own costs and attorney fees with respect to this dismissal.

IT IS SO ORDERED.

DATED:                                    UNITED STATES DISTRICT COURT


                                          _____

                                          HON. ANNE HWANG

[PROPOSED] ORDER